| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  M Design Village, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  47-2821514

**4. Debtor's address**

Principal place of business

**701 Cottontail Lane**
**Somerset, NJ 08873**
Number, Street, City, State & ZIP Code

**Somerset**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **M Design Village, LLC** _____ Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4232**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **M Design Village, LLC**    Case number (*if known*)
    Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **M Design Village, LLC**                                      Case number (*if known*)
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 18, 2024**
               MM / DD / YYYY

**X** **/s/ Munir Hussain**                                           **Munir Hussain**
Signature of authorized representative of debtor                        Printed name

Title   **Chief Executive Officer and Manager**

**18. Signature of attorney**

**X** **/s/ Anthony Sodono, III**                                      Date  **November 18, 2024**
Signature of attorney for debtor                                              MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-622-1800**           Email address  **asodono@msbnj.com**

**NJ**
Bar number and State

# RESOLUTION OF SPECIAL MEETING OF M DESIGN VILLAGE, LLC

I hereby certify that at a duly called and held special meeting of the members of M Design Village, LLC (the "Company"), held on the 13th day of November 2024, the following Resolution was proposed and unanimously adopted:

**BE IT RESOLVED**, the aforementioned Company, in view of its financial condition, be and is hereby authorized and directed on behalf of the Company, to file a petition pursuant to Chapter 11 of the Bankruptcy Code and retain the services of counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 11 and to take all steps necessary and related thereto, and that Munir Hussain, Chief Executive Officer and Manager, is hereby authorized to execute the Petition and any other pleadings or documents he deems necessary in connection with the Chapter 11 case of the Company; and it is further

**RESOLVED,** that Munir Hussain, Chief Executive Officer and Manager of the Company, be and hereby is, authorized and directed in the name and on behalf of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents to perform any and all such acts as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

**RESOLVED**, that the Company is authorized to retain the law firm of McManimon, Scotland & Baumann, LLC to represent the Company in connection with the Chapter 11 filing.

In certification hereof, we do set our hands and seal this 13th day of November 2024.

**M DESIGN VILLAGE, LLC**

By: ___*/s/ Lavina Dsouza*___
Lavina Dsouza, Trustee for Munir 2015 Family Trust

By: ___*/s/ Lavina Dsouza*___
Lavina Dsouza, Member

4834-8640-9109v.1

Fill in this information to identify the case:

Debtor name: **M Design Village, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| RBLX Funding<br>9171 Wilshire Boulevard<br>Beverly Hills, CA 90210 | james@rlbxfunding.com | Merchant Cash Advance Loan of $1,000,000 | Disputed | $1,347,500.00 | Unknown | $1,347,500.00 |
| Interglobo Far East LTD<br>133 Hoi Bun Road<br>Suite 26E<br>Kwun Tong, Kowloon<br>Hong Kong | | Ocean Freight | Disputed | | | $1,321,454.67 |
| Michael Goldberg, as Plan Administrator<br>c/o Marianna Udem, Esq.<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165 | | Alleged Preferential Payments made by Bed Bath & Beyond | Unliquidated Disputed | | | $1,280,662.75 |
| CH Robinson Freight Services Ltd.<br>14701 Charlson Road<br>Eden Prairie, MN 55347 | | Ocean Freight | | | | $690,000.00 |
| Cheng Cia Wood Co. LTD<br>Blk 3, Uyen Hung Townlet<br>Tan Uyen Dist.<br>Binh Duong Province<br>Vietnam | | | | | | $569,724.15 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **M Design Village, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Samson Funding**  17 State Street  New York, NY 10004 | michael@samsonfunding.com | **Merchant Cash Advance of $500,000** | **Disputed** | **$391,138.80** | **Unknown** | **$391,138.80** |
| **Mainfreight Inc. (US)**  630 Sullivan Road  Elizabeth, NJ 07201 | | **Ocean Freight** | | | | $377,961.53 |
| **Samson Funding**  17 State Street  New York, NY 10004 | michael@samsonfunding.com | **Merchant Cash Advance of $600,000** | **Disputed** | **$375,955.22** | **Unknown** | **$375,955.22** |
| **Cloud Fund, LLC**  400 Rella Boulevard  Suffern, NY 10901 | | **Merchant Cash Advance of $500,000** | **Disputed** | | | $371,200.00 |
| **Merk Funding**  2102 Avenue Z  Brooklyn, NY 11235 | markl@merkfunding.com | **Merchant Cash Advance of $400,000 Fully Unsecured Based on Senior Liens** | **Disputed** | **$347,499.97** | **Unknown** | **$347,499.97** |
| **Dual Capital, LLC**  25 SE 2nd Avenue  Suite 550  Miami, FL 33131 | | **Merchant Cash Advance of $400,000** | **Disputed** | | | $339,500.06 |
| **7 Even Capital**  300 North Main Street  Spring Valley, NY 10977 | | **Merchant Cash Advance of $400,000** | **Disputed** | | | $339,499.90 |
| **SVF Trucking Inc.**  481MK Father Capadono Boulevard  Staten Island, NY 10305 | | **Transportation** | | | | $247,610.00 |
| **701 Cottontail Lane Associates LLC**  520 U.S. Highway 22 East  PO Box 6872  Bridgewater, NJ 08807 | | **Rent and real estate taxes due September 2024 through November 2024** | | | | $223,126.00 |
| **JAS Forwarding (USA) Inc.**  500 Rockaway Avenue  Valley Stream, NY 11581 | | **Ocean Freight** | | | | $166,804.98 |
| **Savino Del Bene - New York**  34 Englehard Avenue  Avenel, NJ 07001 | | **Ocean Freight** | | | | $149,250.54 |

Debtor **M Design Village, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JFB International Company Limited**<br>**9-21 Nguyen Van Troi Street**<br>**Ward 11**<br>**Phu Nhun District,**<br>**Ho Chi**<br>**Minh City, Vietnam** | | **Ocean Freight** | | | | $118,039.40 |
| **De Well Container Shipping Inc.**<br>**5553 Bandini Boulevard**<br>**Unit A**<br>**Bell Gardens, CA 90201** | | | | | | $78,173.33 |
| **Honour Lane Logistics Co.**<br>**17870 Castleton Street**<br>**Rowland Heights, CA 91748** | | **Ocean Freight** | | | | $65,000.00 |
| **Ronald Sequeira**<br>**28 Central Square Park**<br>**Metuchen, NJ 08840** | | **Personal Loan** | | | | $50,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

.

7 Even Capital
300 North Main Street
Spring Valley, NY 10977


701 Cottontail Lane Associates LLC
520 U.S. Highway 22 East
PO Box 6872
Bridgewater, NJ 08807


701 Cottontail Lane Associates LLC
520 US Highway 22 East
PO Box 6872
Bridgewater, NJ 08807


Accurate Transport
130 Moonachie Avenue
Carlstadt, NJ 07072


Active Disposal Services, INc.
P.O. Box 1115
Somerville, NJ 08876


Adam Singer
17 Damascus Drive
Marlboro, NJ 07746


Bell Environmental Services
P.O. Box 810
Pine Brook, NJ 07058


CH Robinson Freight Services Ltd.
14701 Charlson Road
Eden Prairie, MN 55347


Cheng Cia Wood Co. LTD
Blk 3, Uyen Hung Townlet
Tan Uyen Dist.
Binh Duong Province
Vietnam


Cloud Fund, LLC
400 Rella Boulevard
Suffern, NY 10901

De Well Container Shipping Inc.
5553 Bandini Boulevard
Unit A
Bell Gardens, CA 90201


Dual Capital, LLC
25 SE 2nd Avenue
Suite 550
Miami, FL 33131


Ed Eagen
967 Country Club Drive
Apartment 121
Titusville, FL 32780


Element 78 Partners, LLC
P.O. Box 735443
Chicago, IL 60673


Essex Retirement Services, LLC
60 Roseland Avenue
Caldwell, NJ 07006


Estes Express Lines
P.O. Box 105160
Atlanta, GA 30348


Federal Express
P.O. Box 371461
Pittsburgh, PA 15250-7461


First Insurance Funding
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062-7917


Five Corners, LLC
Ford Fowler Wealth Management
One Main Street
Suite 202
Chatham, NJ 07928


Francesco DiPietro, Esq.
Moses & Singer, LLP
405 Lexington Avenue
New York, NY 10174

Franklin Township
Department of Water Utility
475 Demott Lane
Somerset, NJ 08873


Franklin Township
Sewerage Authority
70 Commerce Drive
Somerset, NJ 08873


Gul Khan
222 Delaware Avenue
Second Floor
Jersey City, NJ 07306


Honour Lane Logistics Co.
17870 Castleton Street
Rowland Heights, CA 91748


Interglobo Far East LTD
133 Hoi Bun Road
Suite 26E
Kwun Tong, Kowloon
Hong Kong


Interglobo International Freight
22411 Bonita Street
Carson, CA 90745


JAS Forwarding (USA) Inc.
500 Rockaway Avenue
Valley Stream, NY 11581


Jersey Joe's Lawn Service
P.O. Box 455
Somerville, NJ 08876


JFB International Company Limited
9-21 Nguyen Van Troi Street
Ward 11
Phu Nhun District, Ho Chi
Minh City, Vietnam


Lavina Dsouza
28 Central Square Park
Metuchen, NJ 08840

Leaf Capital Funding
One Commerce Square
2005 Market Street
14th Floor
Philadelphia, PA 19103


Mainfreight Inc. (US)
630 Sullivan Road
Elizabeth, NJ 07201


Mediha Hussain
65 Tintle Road
Butler, NJ 07405


Merk Funding
2102 Avenue Z
Brooklyn, NY 11235


Michael Goldberg, as Plan Administrator
c/o Marianna Udem, Esq.
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165


Modern Group LTD
P.O. Box 216
Bridgeport, CT 06601-0216


Munir 2015 Family Trust
c/o Lavina Dsouza, Trustee
28 Central Square Park
Metuchen, NJ 08840


Munir Hussain
65 Tintle Road
Butler, NJ 07405


Oakmont Capital Services
600 Willowbrook Lane
West Chester, PA 19382


Omega System Consultants
1121 Snyder Road West
Reading, PA 19609

Opal Interglobo International Freight
24341 South Wilmington Avenue
Carson, CA 90745

Oracle Credit Corp. (OFD Contracts)
c/o Bank of America
PO Box 412622
Boston, MA 02241

OTGO Logistics Company Limited
121/13 Tan Chang Street, Ward 25
Binh Thanh District
Ho Chi Minh City, Vietnam

Pilot Freight Services
P.O. Box 654058
Dallas, TX 75265-4058

Principal Life Insurance Company
PO Bo 77202
Minneapolis, MN 55480

Priority 1 Inc.
c/o Bank of America
PO Bo 840808
Dallas, TX 75284

PSE&G
PO BOX 14444
New Brunswick, NJ 08906

RBLX Funding
9171 Wilshire Boulevard
Beverly Hills, CA 90210

Robert L. Rattet, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY 10605

Ronald Sequeira
28 Central Square Park
Metuchen, NJ 08840

Salsify, Inc.
P.O. Box 23898
New York, NY 10087


Samson Funding
17 State Street
New York, NY 10004


Savino Del Bene - New York
34 Englehard Avenue
Avenel, NJ 07001


Sharp Business Systems
P.O. Box 41602
Philadelphia, PA 19101


SPS Commerce
P.O. Box 205782
Dallas, TX 75320


SVF Trucking Inc.
481MK Father Capadono Boulevard
Staten Island, NY 10305


The Meglio Group
28 Bloomfield Avenue
Pine Brook, NJ 07058


Timothy W. Fafinski, Esq.
Corporate Counsel, P.A.
3411 Brei Kessel Road
Independence, MN 55359


Tomar Industries
P.O. Box 36
Adelphia, NJ 07710


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


UL Verification Services
62045 Collections Center Drive
Chicago, IL 60693

Versant Funding, LLC  
2500 North Military Trail  
Suite 465  
Boca Raton, FL 33431

# United States Bankruptcy Court
### District of New Jersey

In re **M Design Village, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **M Design Village, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 18, 2024**
Date

**/s/ Anthony Sodono, III**
**Anthony Sodono, III**
Signature of Attorney or Litigant
Counsel for **M Design Village, LLC**
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Second Floor**
**Roseland, NJ 07068**
**973-622-1800 Fax:973-712-1463**
**asodono@msbnj.com**