**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to M Design Village, LLC,*
*Chapter 11 Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>M DESIGN VILLAGE, LLC,<br><br>                                    Debtor. | Case No. 24-21406 (MEH)<br><br>Chapter 11<br><br>Honorable Mark E. Hall, U.S.B.J. |

**DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE DESCRIBING FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY M DESIGN VILLAGE, LLC, THE CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION**

**PLEASE READ THIS DISCLOSURE STATEMENT CAREFULLY. THIS DISCLOSURE STATEMENT CONTAINS INFORMATION THAT MAY BEAR UPON YOUR DECISION TO ACCEPT OR REJECT THE PLAN OF REORGANIZATION. THE PLAN PROPONENT BELIEVES THAT THE PLAN IS IN THE BEST INTEREST OF THE CREDITORS AND THAT THE PLAN IS FAIR AND EQUITABLE. THE PROPONENT URGES THAT THE VOTER ACCEPT THE PLAN.**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
*Counsel for M Design Village, LLC,*
*Chapter 11 Debtor and Debtor-in-Possession*

By:    /s/ Michele M. Dudas
        MICHELE M. DUDAS

**M DESIGN VILLAGE, LLC**

    /s/Munir Hussain

Dated:  February 14, 2025    By:   MUNIR HUSSAIN
           Chief Executive Officer

## TABLE OF CONTENTS

**Page**

I. INTRODUCTION ................................................................................................................ 1
  A. Purpose of This Document ............................................................................................ 1
  B. Confirmation Procedures ............................................................................................. 3
    1. Time and Place of the Confirmation Hearing .......................................................... 3
    2. Deadline For Voting For or Against the Plan ........................................................... 4
    3. Deadline For Objecting to the Confirmation of the Plan ......................................... 4
    4. Identity of Person to Contact for More Information Regarding the Plan .................. 4
  C. Disclaimer ..................................................................................................................... 4
II. BACKGROUND ............................................................................................................... 5
  A. Description and History of the Debtor .......................................................................... 5
  B. Events Leading to Chapter 11 Filing ............................................................................ 7
  C. Bankruptcy Filing and Significant Events During the Bankruptcy Filing .................. 10
    1. Procedures Implemented to Resolve Financial Problems ...................................... 14
    2. Current and Historical Conditions ......................................................................... 14
III. SUMMARY OF THE PLAN OF REORGANIZATION ................................................ 14
  A. What Creditors Will Receive Under the Proposed Plan ............................................. 14
  B. Unclassified Claims .................................................................................................... 14
    1. Administrative Expenses and Fees ........................................................................ 15
    2. Priority Tax Claims ............................................................................................... 16
  C. Classified Claims and Interests .................................................................................. 17
    1. Classes of Secured Claims .................................................................................... 17
    2. Classes of Priority Unsecured Claims ................................................................... 18
    3. Class of General Unsecured Claims ....................................................................... 19
    4. Class of Interests .................................................................................................. 19
  D. Means of Effectuating the Plan .................................................................................. 20
    1. Funding for the Plan ............................................................................................. 20
    2. Disbursing Agent ................................................................................................. 20
  E. Other Provisions of the Plan ....................................................................................... 21
    1. Executory Contracts and Unexpired Leases .......................................................... 21
    2. Changes in Rates Subject to Regulatory Commission Approval ............................ 21
    3. Retention of Jurisdiction ....................................................................................... 21
    4. Procedures for Resolving Contested Claims .......................................................... 23
    5. Effective Date ....................................................................................................... 23
    6. Modification ......................................................................................................... 23
  F. Tax Consequences of Plan .......................................................................................... 24
  G. Risk Factors ................................................................................................................ 24
IV. CONFIRMATION REQUIREMENTS AND PROCEDURES ........................................ 25
  A. Who May Vote or Object ............................................................................................ 25
    1. Who May Object to Confirmation of the Plan ....................................................... 25
    2. Who May Vote to Accept/Reject the Plan ............................................................. 25
      a. What Is an Allowed Claim ................................................................................ 25
      b. What Is an Impaired Claim ............................................................................... 26

3. Who Is Not Entitled to Vote ................................................................................. 26
4. Who Can Vote in More Than One Class ............................................................. 27
5. Votes Necessary to Confirm the Plan.................................................................. 27
6. Votes Necessary for a Class to Accept the Plan ................................................. 27
7. Treatment of Nonaccepting Classes .................................................................... 27
8. Request for Confirmation Despite Nonacceptance by Impaired Class(es) ............. 28
B. Liquidation Analysis ................................................................................................. 28
C. Feasibility ................................................................................................................. 30
V. EFFECT OF CONFIRMATION OF PLAN ........................................................................ 31
A. Discharge .................................................................................................................. 31
B. Exemption from Certain Transfer Taxes .................................................................. 32
C. Revesting of Property in the Debtor ......................................................................... 32
D. Modification of Plan ................................................................................................. 33
E. Binding Effect .......................................................................................................... 33
F. Post-Confirmation Conversion/Dismissal ................................................................ 33
G. Closing of Case ........................................................................................................ 34

ii

# I.

# INTRODUCTION

M Design Village, LLC. (the "Debtor" or "Proponent") is the debtor and debtor-in-possession in the instant Chapter 11 bankruptcy case.   On November 18, 2024, the Debtor commenced a bankruptcy case by filing a voluntary Chapter 11 petition under the United States Bankruptcy Code (the "Code"), 11 U.S.C. § 101, *et seq.*   Chapter 11 of the Code allows the Debtor to propose a plan of reorganization or liquidation (the "Plan").

The Plan may provide for the Debtor to reorganize by continuing to operate, to liquidate by selling assets of its estate, or a combination of both.   THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT ("Disclosure Statement") FOR THE PLAN OF REORGANIZATION ("Plan") WHICH IS ANNEXED AS **EXHIBIT "A**." This is a reorganization plan.

**A.**     **Purpose of This Document**

This Disclosure Statement summarizes what is in the Plan and tells you certain information relating to the Plan and the process the Court follows in determining whether or not to confirm the Plan.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

> **(1)**     **WHO CAN VOTE OR OBJECT,**
>
> **(2)**     **THE PROPOSED TREATMENT OF YOUR CLAIM (i.e., what your claim will receive if the Plan is confirmed), AND HOW THIS TREATMENT COMPARES TO WHAT YOU WOULD RECEIVE IN A CHAPTER 7 LIQUIDATION,**
>
> **(3)**     **THE HISTORY OF THE DEBTOR AND SIGNIFICANT EVENTS DURING THE BANKRUPTCY,**

**(4)    WHAT THE COURT WILL CONSIDER WHEN DECIDING WHETHER TO CONFIRM THE PLAN,**

**(5)    THE EFFECT OF CONFIRMATION, AND**

**(6)    THE FEASIBILITY OF THE PLAN.**

This Disclosure Statement cannot tell you everything about your rights. You should consider consulting your own lawyer to obtain more specific advice on how this Plan will affect you and what is the best course of action for you.

Be sure to read the Plan as well as the Disclosure Statement.  If there are any inconsistencies between the Plan and the Disclosure Statement, the Plan provisions will govern.

Code Section 1125 requires a Disclosure Statement to contain "adequate information" concerning the Plan. The term "adequate information" is defined in Code Section 1125(a) as "information of a kind, and in sufficient detail," about a debtor and its operations "that would enable a hypothetical reasonable investor typical of holders of claims or interests" of the debtor to make an informed judgment about accepting or rejecting the Plan. The Bankruptcy Court ("Court") has determined that the information contained in this Disclosure Statement is adequate, and it has approved this document in accordance with Code Section 1124.

This Disclosure Statement is provided to each creditor whose claim has been scheduled by the Debtor or who has filed a proof of claim against the Debtor as of the date of approval of this Disclosure Statement. Under the Bankruptcy Code, your acceptance of the Plan may not be solicited unless you receive a copy of this Disclosure Statement prior to or concurrently with such solicitation.

4905-8107-6504, v. 1

**B.      Confirmation Procedures**

<u>Persons Potentially Eligible to Vote on the Plan</u>

In determining acceptance of the Plan, votes will only be counted if submitted by a creditor whose claim is duly scheduled by the Debtor as undisputed, non-contingent and unliquidated, or who, prior to the hearing on confirmation of the Plan, has filed with the Court a proof of claim which has not been disallowed or suspended prior to computation of the votes on the Plan. The Ballot Form that you received does not constitute a proof of claim. If you are uncertain whether your claim has been correctly scheduled, you should check the Debtor's Schedules, as same may be amended, which are on file at the office of the Clerk of the Bankruptcy Court located at: United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608. The Clerk of the Bankruptcy Court will not provide this information by telephone.

THE COURT HAS NOT YET CONFIRMED THE PLAN DESCRIBED IN THIS DISCLOSURE STATEMENT. IN OTHER WORDS, THE TERMS OF THE PLAN ARE NOT YET BINDING ON ANYONE. HOWEVER, IF THE COURT LATER CONFIRMS THE PLAN, THEN THE PLAN WILL BE BINDING ON THE DEBTOR AND ON ALL CREDITORS AND INTEREST HOLDERS IN THIS CASE.

**1.      Time and Place of the Confirmation Hearing**

The hearing at which the Court will determine whether to confirm the Plan will take place on _____ ____, **2025, at** _____ __**.m.,** in Courtroom 2, United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608.

3

**2.      Deadline for Voting for or Against the Plan**

If you are entitled to vote, it is in your best interest to timely vote on the enclosed Ballot and return the Ballot in the enclosed envelope to Michele M. Dudas, Esq. at McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068, on or before _____ ___, **2025**.

Your Ballot must be received by _____ ___, **2025,** or it will not be counted.

**3.      Deadline for Objecting to the Confirmation of the Plan**

Objections to the confirmation of the Plan must be filed with the Court and served upon Michele M. Dudas, Esq. at McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068, on or before _____, **2025**.

**4.      Identity of Person to Contact for More Information Regarding the Plan**

Any interested party desiring further information about the Plan should contact Debtor's counsel, Michele M. Dudas, Esq. at McManimon, Scotland & Baumann, LLC ("MSB"), 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068, telephone (973) 622-1800, e-mail: mdudas@msbnj.com.

**C.      Disclaimer**

The financial data relied upon in formulating the Plan is based on the Debtor's books and records.  The information contained in this Disclosure Statement is provided by the Debtor and its professionals.  The Proponent represents that everything stated in the Disclosure Statement is true to the Proponent's best knowledge, information, and belief.

**PLEASE NOTE THAT THE APPROVAL OF THIS DISCLOSURE STATEMENT BY THE BANKRUPTCY COURT DOES NOT CONSTITUTE A RULING ON THE MERITS, FEASIBILITY OR DESIRABILITY OF THE PLAN.**

4

## II.

## BACKGROUND

**A.      Description and History of the Debtor**

On January 16, 2015, the Debtor was formed as a New Jersey limited liability company, specializing in nursery and children's furniture.

The Chief Executive Officer and Manager of the Debtor is Munir Hussain ("Mr. Hussain"). Mr. Hussain has over three (3) decades of experience in the furniture industry. The Chief Operating Officer of the Debtor is Lavina Dsouza ("Ms. Dsouza").

The members of the Debtor are the 2015 Munir Family Trust ("Trust"), with a ninety-eight (98%) percent ownership in the Debtor, and Ms. Dsouza, with a two (2%) percent ownership interest in the Debtor (collectively, the "Members"). Ms. Dsouza is the trustee of the Trust, and the Trust's sole asset is its ownership interest in the Debtor and the beneficiaries of the Trust are Mr. Hussain's two (2) daughters.

The Debtor sells its products under two popular brands, Oxford Baby and Soho Baby, and product categories include convertible cribs, dressers, conversion accessories, gliders, recliners, mattresses and crib bedding (collectively, the "Products"). It has various trademarks relating to the brands.

The Debtor operates out of 701 Cottontail Lane, Franklin Township, New Jersey ("Leased Premises") pursuant to a written Lease with 701 Cottontail Lane Associates, LLC, which currently expires on December 31, 2029. The Debtor also leases a warehouse in Vietnam where it stores finished goods ("Asia Lease") (where appropriate, the "Leased Premises" and the "Asia Lease" will be collectively referred to as the "Leases"). The Debtor owes approximately $183,000 in pre-petition rent for the Leased Premises. The Debtor intends to assume these Leases.

4905-8107-6504, v. 1

All Products are imported as finished goods from various factories in Asia and Canada (collectively, the "Factories"). The finished Products are transported from Asia via freight containers to the Ports in New Jersey and New York, and then shipped to the Debtor's Leased Premises. Notably, the Debtor does not take title to the Products until they are paid for in full and are received at the Leased Premises.

The Products are sold to large brick and mortar retailers, such as Walmart, Target, Toys "R" Us Canada, The Brick, City Furniture, Nebraska Furniture Mart, as well as specialty stores and major online retailers including, but not limited to, Amazon, Wayfair and Overstock.

Since nearly the inception of its business, the Debtor's primary source of funding came from Versant Funding LLC ("Versant"), a factor, which purchases receivables of the Debtor. On May 22, 2015, the Debtor and Versant entered into a Factoring Agreement relating to the purchase by Versant of the Debtor's accounts receivables due from its customers. The Factoring Agreement has been extended from time-to-time by letter agreement, with the most recent amendment dated November 28, 2023 (the "Factoring Agreement"). On average, after accounting for all the fees and charges, the Debtor nets between ninety-one (91%) and ninety-three (93%) percent of the face value of the invoices factored by Versant. This arrangement is critical to the Debtor's business operations, given the amount of time from when the Factories are paid for the Products until the time they are sold to the Customers and the Customers pay the invoices.

On May 3, 2019, Versant extended additional credit to the Debtor by way of a line of credit ("LOC"). The LOC has been amended and restated over the years, with the Sixth Amended and Restated Promissory Grid Note, Guaranty and Security Agreement ("Sixth

<center>6</center>

Amendment") being executed on December 28, 2022. The current LOC has a credit limit of $7,500,000, which was fully utilized as of the Petition Date.

The Debtor currently has fifteen (15) full-time employees and four (4) independent contractors which work out of the Leased Premises. Additionally, the Debtor utilizes two (2) independent contractors in India (for Amazon content/e-commerce and for order processing/customer service), and eight (8) independent contractors in Vietnam and China (to interact with the Factories to ensure that the Products are manufactured and shipped, and coordinate with other suppliers in Asia, such as the photography company, product testing company, and other similar companies used by the Debtor in connection with the sale of its Products). The Debtor maintains a 401(k) retirement benefit plan titled *M Design Village 401(k) Plan* (the "401(k) Plan").

**B.      Events Leading to Chapter 11 Filing**

When the Debtor was formed, the Debtor booked a shareholder loan due from Mr. Hussain in the original amount of approximately $3,600,000 representing payments made by the Debtor on account of obligations owed by Mr. Hussain as a result of personal guaranties of debt of a previous company owned by Mr. Hussain that closed (the "Shareholder Loan"). The Shareholder Loan was expected to be repaid by way of setoff when the Debtor would award bonuses and other compensation to Mr. Hussain. As explained below, given the financial strains suffered by the Debtor, Mr. Hussain has deferred bonuses and other payments to allow those funds to be used contribute to the success of the business. Through other sources of repayment from Mr. Hussain and contributions from family members, including his daughters, the Shareholder Loan has been reduced by several hundred thousand dollars, to $2,996,782.76. as of the Petition Date

7

When the Debtor was formed in 2015, Babies "R" Us ("BRU") was its first customer, and the sales grew rapidly due to the success of the Products that were launched in more than four-hundred fifty (450) stores.  As the Debtor was in the process of expanding its customer base, on September 18, 2017, Toys "R" Us ("TRU"), the parent company of BRU, and twenty-four (24) affiliates filed a voluntary Chapter 11 bankruptcy case in the United States Bankruptcy Court in the District of Virginia at Case No. 17-34665 (KLP).  In March of 2018, TRU began liquidating all its stores.  At that time, BRU accounted for approximately ninety (90%) percent of the Debtor's sales. The Debtor lost over $3.2 million dollars in receivables, which was a crippling blow to the Debtor.

With the assistance of financing from Versant, the Debtor was able to continue ordering and receiving Products from the Factories and quickly started growing through sales to other customers.  The Products were a success at Buy Buy Baby ("BBB"), owned by Bed, Bath & Beyond ("Bed Bath"), which allowed the Debtor to recoup the volume of the Debtor's business over the next several years.

Just as the Debtor was recovering from the losses caused by the BRU liquidation, in early-2020, the COVID-19 pandemic ("Pandemic") impacted the world and had a devastating and direct impact on the Debtor's business.  First, Customers with brick and mortar stores closed their retail stores due to the lockdown for approximately three (3) months, which significantly slowed the Debtor's sales.  When the lockdown was finally lifted and stores started selling the Products once again, the Factories located in Asia went into lockdown, which halted production and left the Debtor unable to fulfill the orders it was finally receiving.

Then, when the world was beginning to emerge from the Pandemic and sales started increasing once again, the cost of ocean freight for containers increased from approximately

8

$3,500 per container to $18,000 per container.  Initially, the Debtor was unable to pass these additional costs to its customers causing it to lose money.  It took another two (2) years for the freight costs to normalize; the Debtor survived this turbulent period by borrowing money from Versant.    At that same time, unfortunately, the Debtor started relying on Merchant Cash Advances (the "MCAs") to cover its cash shortfalls, which had exorbitant interest rates and engaged in predatory lending practices.  Despite the exorbitant fees, the Debtor successfully satisfied numerous MCAs in full prior to entering into new Agreements in or about the Spring of 2024.

Just when the Debtor once again thought the business was getting back on track, in April 2023, Bed Bath filed for Chapter 11 bankruptcy relief in this District at Case No. 23-13359 (VFP) ("Bed Bath Bankruptcy Case"), which included the BBB brand. In the end, Bed Bath sought to liquidate through the Bed Bath Bankruptcy Case.  Overnight, the Debtor *again* lost more than fifty (50%) percent of its sales.

The Debtor could not react quickly enough to the new loss and was left with no choice but to borrow more money.  This time it was forced to accept particularly unfavorable terms with the MCAs, in the hope to survive.  Adding insult to injury, in the Spring of 2024, the Debtor received a demand to recover alleged preferential transfers in excess of $1,280,000 in the Bed Bath Bankruptcy Case; suit followed shortly thereafter ("Bed Bath Preference Demand").  *See* Adv. Pro. No. 24-1375 (VFP).  While the Debtor contends it has complete meritorious defenses to the Bed Bath Preference Demand, it caused unnecessary distraction and expense to the Debtor, and had the potential to expose it to significant liabilities if it is not successfully defended. Notably, Bed Bath has filed a Proof of Claim reflecting an increased preference and turnover demand to in excess of $2.9 million. *See* Proof of Claim 2-2.  The entire amount is disputed.

<div align="center">9</div>

In March 2024, Ms. Dsouza and Mr. Hussain borrowed approximately $60,000 from their 401(k) Plan for the Debtor's operations (collectively, the "401(k) Loans").  The 401(k) Loans were documented by way of Promissory Note and provide for repayment bi-weekly directly from their respective paychecks over eighteen (18) months, with interest at the rate of 10.5% *per annum*. While the Debtor reimbursed them, in part, for the 401(k) Loans, there is still an outstanding balance due of approximately $31,000.

The final blow to the Debtor occurred at the end of October 2024, when one of the Debtor's largest Factories in Asia closed abruptly, without any prior notice due to a labor strike. Without the Products being produced at this factory, the Debtor was forced to cancel over $1,000,000 in customer orders, since the Debtor did not know if or when production would recommence.  While the Debtor engaged with a new factory at that time, it caused delays which had a direct impact on business.

With this sudden new loss of sales, it was impossible to address the mounting debt, particularly based upon the amounts being paid for various MCA loans.

In order to further streamline costs, on October 31, 2024, the Debtor laid off one (1) employee and also sent notice to the Employees who participate in the 401(k) Plan to advise that effective January 1, 2025, the Debtor was suspending its safe harbor match.

The factors that undermined the Debtor's profitability, sales volume and financial health were completely outside of the Debtor's control and left the Debtor with no choice but to file this Chapter 11 proceeding on November 18, 2024 ("Petition Date").

**C.**    **Bankruptcy Filing and Significant Events During the Bankruptcy Filing**

The following is a chronological list of significant events which have occurred during this case:

On the Petition Date, the Debtor filed its voluntary Chapter 11 petition on an emergent basis.

On November 19, 2024, the Debtor filed various first day motions, including:

- Motion for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 363(c)(2)(B), 363(e), 507(b), Fed. R. Bankr. P. 4001(b) and D.N.J. L.B.R. 4001-4; (II) to Enter Into Factoring Arrangement with Versant Funding LLC to (i) Sell Certain Accounts Receivable Pursuant to 11 U.S.C. §§ 105, 363(b) and (f), and (ii) to Grant Versant Funding LLC Security Interests and Claims Pursuant to 11 U.S.C. §§ 364(c) and (d); and (III) to Schedule a Final Hearing on the Matters [ECF 5] ("Cash Collateral and DIP Financing Motion");

- Motion for Order: (I) Directing Certain Vendors Be Designated as Critical Vendors Pursuant to 11 U.S.C. §§ 105(a); and (II) Authorizing, But Not Directing, Payment to Critical Vendors [ECF 6];

- Motion for an Interim Order and a Final Order (i) Prohibiting Utility Companies From Discontinuing, Altering, or Refusing Service; (ii) Deeming Utility Companies to Have Adequate Assurance of Payment; and (iii) Establishing Procedures for Resolving Requests for Additional Assurance Pursuant to 11 U.S.C. §§ 105(a) and 366 [ECF 7];

- Motion for Authority to Continue to Use Existing Bank Accounts and Business Forms Pursuant to 11 U.S.C. §§ 105(a) and 363(c) [ECF 8];

- Motion for Interim and Final Order: (I) Authorizing the Debtor to (A) Pay Pre-Petition Wages and Related Obligations; (B) Pay and Remit Payroll Taxes and Other Deductions to Third Parties; and (C) Honor and Process Workers' Compensation and Employee Benefit Obligations; and (II) Directing All Banks to Honor Checks and Transfers for Payment of Pre-Petition Employee Obligations [ECF 9]; and

- Motion for Interim and Final Orders Authorizing: (I) the Continuation of the Insurance Policies; (II) the Continuation of the Debtor's Premium Financing Agreement; and (III) the Performance of All Pre-Petition Obligations Related Thereto [ECF 10].

(collectively, the "First Day Motions"), which also included the first Day Declaration of Mr. Hussain filed in support of the First Day Motions. ECF 11.  The First Day Motions were heard on an expedited basis [ECF 12 and 13] on November 22, 2024.

On November 20, 2024, the Debtor filed its Application to retain McManimon, Scotland

11

& Baumann, LLC [ECF 14], which was granted by Order entered December 11, 2024. ECF 69.

On November 21, 2024, RBLX Funding, LLC ("RBLX") and Merk Funding, Inc. ("Merk") (collectively, the "Objecting MCAs") filed Objections to the Cash Collateral and DIP Financing Motion. ECF 16 and 22. Over their Objections, the Cash Collateral and DIP Financing Motion was granted on an interim basis. The parties were to inform the Court whether they could proceed to a final hearing on an expedited basis by way of evidentiary hearing, or whether the MCAs required the matter to proceed by adversary proceeding. After additional objections were raised regarding the participation of Versant in any evidentiary hearing, the Debtor filed an Adversary Complaint on December 4, 2024 at Adv. Pro. No. 24-1639 (MEH), against Defendants Versant Funding LLC ("Versant"), the United States Small Business Administration ("SBA"), Cloudfund LLC ("Cloudfund"), Samson MCA LLC ("Samson"), 7even Capital LLC ("7even"), Dual Capital LLC ("Dual"), Merk and RBLX (where appropriate, Cloudfund, Samson, 7even, Dual, Merk and RBLX will be collectively referred to as the "MCA Defendants") seeking, *inter alia*, (i) a determination of the nature, extent, validity and priority of security interests, (ii) for a declaration that merchant cash advance agreements are loan agreements, (iii) for declaratory judgment that none of the MCA Defendants have a lien on the Debtor's collateral as of the Petition Date, (iv) for declaratory judgment that none of the MCA Defendants have perfected liens, (v) for equitable subordination of any claims of the MCA Defendants, (vi) for a declaration that the merchant cash advance-type agreements are void and unenforceable, (vii) for the avoidance of preferential payments made to the MCA Defendants, (viii) for violation of the automatic stay against Defendant 7even, (ix) for disallowance of claims of the MCA Defendants, and (x) for false claims made by Samson and 7even (the "Adversary Complaint"). ECF 61.

12

On November 27, 2024, Interim Orders were entered granting the First Day Motions (except for the Cash Collateral and DIP Financing Motion, which is described below). ECF 36 – 39 and 46.

On November 27, 2024, missing and amended Schedules and related documents were filed. [ECF 41, 43, and 44].

On December 3, 2024, the Initial Debtor Interview was conducted by the Office of the United States Trustee.

On December 5, 2024, this Court issued its ruling respecting the evidentiary hearing on the Cash Collateral and DIP Financing Motion, which was scheduled for December 23, 2024. Based upon that ruling, the Debtor and the Objecting MCAs entered into an expedited discovery schedule, and a briefing schedule issued.

On or about December 12, 2024, the Debtor and the Objecting MCAs resolved the Objection and the Interim Order on the Cash Collateral and DIP Financing Motion was entered on December 12, 2024.  ECF 70.  On December 26, 2024, a Stipulation and Consent Order memorializing the terms of the resolution was entered.  ECF 79.

On December 19, 2024 the Debtor's Meeting of Creditors was conducted.

On January 6, 2025, the Debtor filed its Application to retain NLC Financial Services, LLC as its accountant [ECF 82], which was granted by Order entered January 14, 2025.  ECF 84.

The final hearings on the First Day Motions were unopposed, and on January 27, 2025, Final Orders granting the First Day Motions were entered.  ECF 88 through 93.

On January 21, 2025, the Debtor filed its Initial Monthly Operating Report for the period of November 18, 2024 through January 31, 2025. ECF 87.

Proof of Claim deadline was January 27, 2025.

A Status Conference was conducted by the Court on January 30, 2024.

### 1.    Procedures Implemented to Resolve Financial Problems

To remedy the problems that led to the bankruptcy filing, the Debtor has diversified its customer base and was able to stop the weekly bank account sweeps by the MCA lenders.  The MCA debts, if allowed, are being reclassified as general unsecured debt.

### 2.    Current and Historical Conditions

The Debtor refers creditors and other interested parties to its Petition, Schedules and Statement of Financial Affairs regarding its historical and current conditions. The Debtor's Monthly Operating Report for the period ending December 31, 2024, is annexed as **Exhibit "B."**  This is a reorganization Plan and the funds derived from the continued operation of the business will be used to fund a Plan.

### III.

### SUMMARY OF THE PLAN

### A.    What Creditors Will Receive Under the Proposed Plan

The Plan classifies claims in various classes.  The Plan states whether each class of claims is impaired or unimpaired.  The Plan provides the treatment each class will receive.

### B.    Unclassified Claims

Certain types of claims are not placed into voting classes. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code.  As such, the Proponent has not placed the following claims in a class: not applicable.

14

1.      **Administrative Expenses and Fees**

Administrative expenses are claims for costs or expenses of administering the Debtor's

Chapter 11 case which are allowed under Code Section 503(b).  Fees payable to the Clerk of the

Bankruptcy Court and the Office of the United States Trustee were also incurred during the

Chapter 11 Case.  The Code requires that all administrative expenses be paid on the Effective

Date of the Plan, unless a particular claimant agrees to a different treatment.

The following chart lists all of the Debtor's unpaid administrative fees and expenses

("Compensation"), an estimate of future professional fees and other administrative claims and fees

and their treatment the Plan:

| NAME | AMOUNT ESTIMATED | TREATMENT | TYPE OF CLAIM |
|---|---|---|---|
| McManimon, Scotland & Baumann, LLC | $100,000 (Estimated) | Payment in full on Effective Date, or through other agreement | Administrative |
| NLC Financial Services, LLC | $20,000 (Estimated) | Payment in full on Effective Date, or through other agreement | Administrative |
| Office of U.S. Trustee Fees | TBD | Payment in full on Effective Date | Administrative |
| **APPROXIMATE TOTAL** | $120,000 **(Estimated)** | | |

**<u>Court Approval of Professional Compensation Required:</u>**

Pursuant to orders of the Bankruptcy Court, the following professional was retained: (a)

McManimon, Scotland & Baumann, LLC, as counsel; and (b) NLC Financial Services, LLC, as

accountants.

Pursuant to the Bankruptcy Code, the Court must rule on all professional compensation and

expenses listed in this chart before the compensation and expenses will be owed.  The

15

professional in question must file and serve a properly noticed fee application for compensation and reimbursement of expenses and the Court must rule on the application. Only the amount of compensation and reimbursement of expenses allowed by the Court will be owed and required to be paid under this Plan as an administrative claim.

Each professional person who asserts a further administrative claim that accrues before the confirmation date shall file with the Bankruptcy Court, and serve on all parties required to receive notice, an application for compensation and reimbursement of expenses no later than thirty (30) days after the Effective Date of the Plan. Failure to file such an application timely shall result in the professional person's claim being forever barred and discharged. Each and every other person asserting an administrative claim shall be entitled to file a motion for allowance of the asserted administrative claim within ninety (90) days of the Effective Date of the Plan, or such administrative claim shall be deemed forever barred and discharged. No motion or application is required to fix the fees payable to the Clerk's Office or Office of the United States Trustee. Such fees are determined by statute.

As indicated above, the Debtor will need to satisfy approximately $120,000 in administrative claims and fees on the Effective Date of the Plan unless a claimant has agreed to be paid later or the Court has not yet ruled on the claim.

### 2. Priority Tax Claims

Priority tax claims are certain unsecured income, employment and other taxes described by Code Section 507(a)(8). The Code requires that each holder of such a Section 507(a)(8) priority tax claim receive the present value of such claim in deferred cash payments, over a period not exceeding five (5) years from the Filing Date.

Upon information and belief, no such claims exist. The Debtor reserves the right to review

any priority taxes owed to any taxing authority, and, if applicable, said claims will be satisfied in accordance with the requirements of Section 507(a)(8), with interest at the rate of three (3%) percent.

**C.     Classified Claims and Interests**

    **1.     Classes of Secured Claims**

Secured claims are claims secured by liens on property of the estate. The following chart lists all classes of creditors containing the holders of the Debtor's secured pre-petition claims and their treatment under the Plan:

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|---|---|---|---|---|---|
| 1 | Versant Funding LLC | N | Y | $7,331,915 (secured portion of Claim) | Class 1 Claim shall be satisfied in accordance with the pre-petition loan documents and post-petition Factoring Arrangement. There shall be no prepayment penalty |
| 2 | United States Small Business Administration | N | N | $506,607.97 | Class 2 Claim shall be satisfied in accordance with the pre-petition loan documents by the Debtor making regular monthly payments. There shall be no prepayment penalty |

17

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|-------|-------------|----------------|----------------|-------------|-----------|
| 3 | Leaf Capital Funding | N | N | $14,729.32 | Class 3 Claim shall be satisfied in accordance with the pre-petition loan documents by the Debtor making regular monthly payments. There shall be no prepayment penalty |

## 2.    Classes of Priority Unsecured Claims

Certain priority claims that are referred to in Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Code requires that each holder of such a claim receive cash on the Effective Date equal to the allowed amount of such claim.  However, a class of unsecured priority claim holders may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claims.

The Debtor has employee claims pursuant to Section 507(a)(4) of approximately $65,000. Of that amount, $35,000 are for priority amounts due to Mr. Hussain, Ms. Dsouza and Mediha Hussain, a beneficiary of the Trust (the "Insider Priority Claims").  Upon confirmation of the Plan, the Insider Priority Claims will be released and deemed satisfied. Non-insider priority claims will be satisfied in accordance with Section 507(a)(4).

18

### 3.    Class of General Unsecured Claims

General unsecured claims are uncollateralized claims not entitled to priority under Code

Section 507(a).  The following chart identifies this Plan's treatment of the class containing all of

Debtor's general unsecured claims:

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|-------|-------------|----------------|----------------|-------------|-----------|
| 4 | General Unsecured Claims[1] | N | Y | Including the bifurcated unsecured portion of Versant's claim, total amount of claims are estimated between $13,000,000 (including unsecured portion of the claim of Versant, but not including disputed claims; amount is approximately $17,400,000 if including disputed claims of various MCAs and BBB) | Allowed Class 4 Claims shall be paid as follows, commencing on the Effective Date: <br> • ten (10%) of the allowed claim <br> • Payment Interval = Quarterly <br> • Begin Date = Effective Date <br> • End Date = Five (5) years from the Effective Date <br> • There shall be no prepayment penalty |
| 5 | 701 Cottontail Lane Associates, LLC | N | Y | $183,116.05 | Class 5 Claim shall be satisfied by the Debtor, in addition to making regular rent payments, making payment of $22,889.50 in May through November 2025, and a final payment of $22,889.55 in December 2025. <br><br> There shall be no prepayment penalty. The underlying Lease will be assumed by the Debtor. |

---

[1] In addition to general unsecured claims, certain critical vendors are being paid approximately $450,000 outside of the Plan pursuant to the Final Order.  ECF 89.

4905-8107-6504, v. 1

4.      **Class of Interests**

The Members of the Debtor shall retain their equity and nothing in the Plan shall impair, alter or affect such equity and/or security interests in such equity interest.  As a condition for retaining their equity, the Members will waive any Insider Priority Claims, 401(k) Loans (as to Ms. Dsouza) and unsecured claims against the Estate, and continue their employment with the Debtor through, at a minimum, the date which all payments under the Plan are required to be made, which provides significant value to the Debtor.

D.      **Means of Effectuating the Plan**

1.      **Funding for the Plan**

Distributions under the Plan will be funded by the continued operations of the Debtor. Distributions under the Plan will be funded by the continued operations of the Debtor.  As an additional source of funding, Mr. Hussain will satisfy the Shareholder Loan in the manner originally contemplated, through the application of awarded bonuses and salary. He also agrees to waive any Insider Priority Claim, 401(k) Loan, and unsecured claim for the balance of past due salary.  Mr. Hussain's employment with the Debtor is his sole source of income and it is his vision and designs that provide the Debtor with value.

There shall be no prepayment penalty for any priority, administrative or Class of claims referenced above.

2.      **Disbursing Agent**

The Reorganized Debtor shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan.  The Disbursing Agent shall not be compensated as set forth in the Plan.

20

### E.    Other Provisions of the Plan

#### 1.    Executory Contracts and Unexpired Leases

The Plan provides that all Executory Contracts and Unexpired Leases shall be assumed, unless expressly rejected.   The Debtor's Leases will be assumed upon the Effective Date.

All proofs of claim with respect to claims arising from any rejection must be filed with the Bankruptcy Court within the earlier of (i) the date set forth for filing claims in any order of the Bankruptcy Court approving such rejection or (ii) thirty (30) days after the Confirmation Date.  Any such claims, proofs of which are not filed timely, will be barred forever from assertion.

#### 2.    Changes in Rates Subject to Regulatory Commission Approval

The Debtor is not subject to governmental regulatory commission approval of its rates.

#### 3.    Retention of Jurisdiction

The Court shall retain jurisdiction of this case pursuant to the provisions of Chapter 11 of the Code, pending the final allowances or disallowances of all Claims effected by the Plan, and with respect to the following matters:

> (a)    To enable the Proponent to consummate the Plan and to resolve any disputes arising therefrom;
>
> (b)    To adjudicate all controversies concerning the classification, estimation or allowance of any Claim herein;
>
> (c)    To make such Orders as are necessary or appropriate to implement the provisions of this Plan;
>
> (d)    To determine the classification, estimation and priority of all claims against the Debtor and to re-examine any Claims which may have been allowed;
>
> (e)    To determine applications for the rejection or assumption of executory contracts or unexpired leases pursuant to the provisions of this Plan which are not determined prior to the Confirmation date and to determine allowance of Claims for damages with respect to rejection of any such executory

21

contracts or unexpired leases within such time as the Court may direct;

(f)    To oversee and issue further appropriate orders respecting disbursement of amounts deposited as may be required by this Plan;

(g)    To conduct hearings on valuation, as necessary, and to determine whether any party in interest is entitled to recover against any Person any Claim, whether arising under Section 506(c) of the Bankruptcy Code, or arising out of a voidable preference, a fraudulent transfer, or otherwise;

(h)    To hear and determine all applications for compensation and other Administrative Expenses;

(i)    To hear and determine any and all pending adversary proceedings or contested matters;

(j)    To determine all causes of action which may exist in favor of the Debtor;

(k)    To determine any modification of the Plan after confirmation pursuant to Section 1127 of the Code;

(l)    To enter any order, including injunctions, necessary to establish and enforce the rights and powers of the Debtor under the Plan;

(m)    To enter a final decree pursuant to Rule 3022 of the Bankruptcy Rules.

(n)    To hear and determine all controversies, suits and disputes, if any, as may arise in connection with the interpretation or enforcement of the Plan;

(o)    To hear and determine all controversies, suits and disputes, if any, as may arise with regard to orders of Bankruptcy Court in the Chapter 11 Case entered on or before the Confirmation Date;

(p)    To hear and determine any and all controversies and disputes arising under, or in connection with, the Plan;

(q)    To hear and determine any and all objections to payments under the Plan;

22

(r)     To liquidate damages in connection with any disputed, contingent or unliquidated Claims;

(s)     To adjudicate all Claims to a security or ownership interest in any property of the Debtor or in any proceeds thereof;

(t)     To adjudicate all causes of action to recover all assets and properties of the Debtor wherever located;

(u)     To enter any order, including injunctions necessary to enforce the title, rights and powers of the Debtor, and to impose such limitations, restrictions, terms and conditions on such title rights and powers as the Bankruptcy Court may deem necessary or appropriate; and

(v)     To make such orders as are necessary or appropriate to carry out the provisions of the Plan, including but not limited to orders interpreting, or enforcing the provisions thereof.

**4.      Procedures for Resolving Contested Claims**

The Debtor, the Disbursing Agent, and any other party in interest shall have sixty (60) days subsequent to confirmation to object to the allowance of claims.  The bar date for submission of claims was January 27, 2025.  The Debtor reserves the right to object to any and all claims which have been or which may be filed.

**5.      Effective Date**

**The Plan will become effective on the Effective Date, which is thirty (30) days after the Confirmation Order is entered.**

**6.      Modification**

The Plan Proponent may alter, amend or modify the Plan at any time prior to the Confirmation Date and thereafter as provided in Section 1127(b) of the Bankruptcy Code.

23

### F.    Tax Consequences of Plan

CREDITORS AND INTEREST HOLDERS CONCERNED WITH HOW THE PLAN MAY AFFECT THEIR TAX LIABILITY SHOULD CONSULT WITH THEIR OWN ACCOUNTANTS, ATTORNEYS, AND/OR ADVISORS.  The following disclosure of possible tax consequences is intended solely for the purpose of alerting readers to possible tax issues this Plan may present to the Debtor. The Proponent CANNOT and DOES NOT represent that the tax consequences contained below are the only tax consequences of the Plan because the Tax Code embodies many complicated rules which make it difficult to state completely and accurately all the tax implications of any action.

The following are the tax consequences that the Plan will have on the Debtor's tax liability: None anticipated.

### G.    Risk Factors

The following discussion is intended to be a non-exclusive summary of certain risks attendant upon the consummation of the Plan.  You are encouraged to supplement this summary with your own analysis and evaluation of the Plan and Disclosure Statement, in their entirety, and in consultation with your own advisors.  Based on the analysis of the risks summarized below, the Plan Proponent believes that the Plan is viable and will meet all requirements of confirmation:

There are no known risks at this time other than the normal risks associated with the Debtor's business, including customers being subject to insolvency proceedings and increased costs to the Debtor.

# IV.

## CONFIRMATION REQUIREMENTS AND PROCEDURES

PERSONS OR ENTITIES CONCERNED WITH CONFIRMATION OF THIS PLAN SHOULD CONSULT WITH THEIR OWN ATTORNEYS BECAUSE THE LAW ON CONFIRMING A PLAN IS VERY COMPLEX.  The following discussion is intended solely for the purpose of alerting readers about basic confirmation issues, which they may wish to consider, as well as certain deadlines for filing claims.  The Plan Proponent CANNOT and DOES NOT represent that the discussion contained below is a complete summary of the law on this topic.

**A.      Who May Vote or Object**

**1.      Who May Object to Confirmation of the Plan**

Any party in interest may object to the confirmation of the Plan, but as explained below not everyone is entitled to vote to accept or reject the Plan.

**2.      Who May Vote to Accept/Reject the Plan**

A creditor has a right to vote for or against the Plan if that creditor has a claim that is both (1) allowed or allowed for voting purposes and (2) classified in an impaired class.

**a.      What Is an Allowed Claim**

As noted above, a creditor must first have an <u>allowed claim</u> to have the right to vote. Generally, any proof of claim will be allowed, unless a party in interest brings a motion or adversary proceeding objecting to the claim.  When an objection to a claim is filed, the creditor holding the claim cannot vote unless the Court, after notice and hearing, either overrules the objection or allows the claim for voting purposes.

THE BAR DATE FOR FILING A PRE-PETITION PROOF OF CLAIM IN THIS CASE WAS JANUARY 27, 2025.

A creditor may have an allowed claim even if a proof of claim was not timely filed. A claim is deemed allowed if (1) it is scheduled on the Debtor's schedules and such claim is not scheduled as disputed, contingent, or unliquidated, and (2) no party in interest has objected to the claim.

### b.    What Is an Impaired Claim

As noted above, an allowed claim has the right to vote if it is in a class that is <u>impaired</u> under the Plan.  A class is impaired if the Plan alters the legal, equitable, or contractual rights of the members of that class.  For example, a class comprised of general unsecured claims is impaired if the Plan fails to pay the members of that class 100% of their claim plus interest.

In this case, all Classes except for Class 2 and Class 3, are impaired.

### 3.    Who Is <u>Not</u> Entitled to Vote

The following four types of claims are not entitled to vote: (1) claims that have been disallowed; (2) claims in unimpaired classes; (3) claims entitled to priority pursuant to Code Section 507(a)(1), (a)(2), and (a)(8); and (4) claims in classes that do not receive or retain any value under the Plan.  Claims in unimpaired classes are not entitled to vote because such classes are deemed to have accepted the Plan.  Except as otherwise provided, claims entitled to priority pursuant to Code Section 507(a)(1), (a)(2), and (a)(7) are not entitled to vote because such claims are not placed in classes and they are required to receive certain treatment specified by the Code.  Claims in classes that do not receive or retain any value under the Plan do not vote because such classes are deemed to have rejected the Plan. EVEN IF YOUR CLAIM IS OF THE TYPE DESCRIBED ABOVE, YOU MAY STILL HAVE A RIGHT TO OBJECT TO THE CONFIRMATION OF THE PLAN.

4905-8107-6504, v. 1

4. **Who Can Vote in More Than One Class**

A creditor whose claim has been allowed in part as a secured claim and in part as an unsecured claim is entitled to accept or reject a Plan in both capacities by casting one ballot for the secured part of the claim and another ballot for the unsecured claim.

5. **Votes Necessary to Confirm the Plan**

If impaired classes exist, the Court cannot confirm the Plan unless (1) at least one impaired class has accepted the Plan without counting the votes of any insiders within that class, and (2) all impaired classes have voted to accept the Plan, unless the Plan is eligible to be confirmed by "cramdown" on non-accepting classes, as discussed later in Section (IV.A.8.).

6. **Votes Necessary for a Class to Accept the Plan**

A class of claims is considered to have accepted the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the allowed claims that actually voted, voted in favor of the Plan.

7. **Treatment of Nonaccepting Classes**

As noted above, even if all impaired classes do not accept the proposed Plan, the Court may nonetheless confirm the Plan if the nonaccepting classes are treated in the manner required by the Code.  The process by which nonaccepting classes are forced to be bound by the terms of the Plan is commonly referred to as "cramdown."  The Code allows the Plan to be "crammed down" on nonaccepting classes of claims if it meets all consensual requirements except the voting requirements of Section 1129(a)(8) and if the Plan does not "discriminate unfairly" and is "fair and equitable" toward each impaired class that has not voted to accept the Plan as referred to in 11 U.S.C. §1129(b) and applicable case law.

27

8.      **Request for Confirmation Despite Nonacceptance by Impaired Class(es)**

The party proposing this Plan asks the Court to confirm this Plan by cramdown on impaired classes if any of these classes do not vote to accept the Plan.

**B.      Liquidation Analysis**

Another confirmation requirement is the "Best Interest Test," which requires a liquidation analysis.  Under the Best Interest Test, if a claimant is in an impaired class and that claimant does not vote to accept the Plan, then that claimant must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor's assets were liquidated under Chapter 7 of the Bankruptcy Code.

In a Chapter 7 case, the debtor's assets are usually sold by a Chapter 7 trustee. Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien. Administrative claims are paid next.  Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority share in proportion to the amount of their allowed claims.

In order for the Court to be able to confirm this Plan, the Court must find that all creditors who do not accept the Plan will receive at least as much under the Plan as such holders would receive under a Chapter 7 liquidation. The Plan Proponent maintains that this requirement is met here for the following reasons:

Conversion of the case to Chapter 7 will substantially delay the dividend to creditors herein and result in an additional layer of administrative expenses associated with Chapter 7 Trustee's commissions and the professional fees of the Chapter 7 Trustee which will be paid before priority unsecured and general unsecured creditors receive their *pro rata* share of available estate assets.  As such, Debtor believes that secured, priority unsecured and general

28

unsecured creditors are receiving more favorable results through the proposed reorganization set forth in the Plan, as opposed to conversion of the case to a proceeding under Chapter 7.  In Chapter 7 liquidation, general unsecured creditors will receive <u>no</u> dividend.

| **ASSETS** | **VALUE** |
|---|---|
| Cash and Cash Equivalents | $    28,328.00[2] |
| Accounts Receivable | $1,828,057.20[3] |
| Loans Receivable | $          0.00[4] |
| Inventory | $1,125,000.00[5] |
| Office Furniture and Equipment (including forklift) | $      5,389.00[6] |
| Security Deposits with Landlords | $      7,000.00[7] |
| Potential Recovery from Adversary Proceeding | $    472,811.35[8] |
| Potential Recovery from Other Potential Avoidance Actions | $    115,075.00[9] |
| **TOTAL ASSETS** | $3,581,660.55 |

**ADMINISTRATIVE AND PRIORITY CLAIMS**

| | |
|---|---|
| Chapter 11 Administrative Fees | $125,000.00 |
| Chapter 7 Administrative Fees | $100,000.00[10] |
| Priority Wage Claims | $  65,215.38 |
| **TOTAL ADMINISTRATIVE & PRIORITY CLAIMS** | **$290,215.38** |

[2] Pursuant to Initial Operating Report [ECF 87], the value of cash as of December 31, 2024 is $28,328.00.  Versant Funding LLC ("Versant") has a blanket lien on cash, which lien exceeds the value of this asset.

[3] Pursuant to Initial Operating Report [ECF 87], accounts receivable as of December 31, 2024 are $3,046,762.00. Value estimated at sixty (60%) percent recovery.  Versant has a blanket lien on accounts receivable, which lien exceeds the value of this asset.

[4] Based upon Schedule A/B [ECF 41] loan payable due from Munir Hussain is $2,996,782.76 and subject to blanket lien of Versant. If case converted to Chapter 7, no recovery, as employment with Debtor is sole source of income for Munir Hussain.

[5] Current book value of $4,500,000, subject to blanket lien of Versant.  If inventory was liquidated, estimated twenty-five (25%) percent liquidation value of $1,125,000.

[6] Based upon Schedule A/B [ECF 41], full value of office equipment and furniture (including forklift) is $53,889.12. Subject to blanket lien of Versant.  If assets were liquidated in a Chapter 7 proceeding, estimated ten (10%) percent liquidation value.

[7] Based upon Schedule A/B [ECF 41], the full value of the security deposit is $107,000, broken down as $100,000 for New Jersey property, and $7,000 for a warehouse in Asia.  The landlord for the New Jersey property has asserted a secured claim against $100,000 of the deposit.  Proof of Claim No. 8.

[8] Based upon preferential payments made to Defendants in Adv. Pro. No. 24-1639 (MEH), which have not been resolved. Total outstanding demand is $945,622.70.  Recovery in Chapter 7 proceeding is estimated at fifty (50%) percent.

[9] Demand amount will be approximately $230,150.  Recovery in a Chapter 7 proceeding estimated at fifty (50%) percent.

[10] Estimated recovery by a chapter 7 trustee for commissions and counsel fees is based on potential maximum recoveries for avoidance action(s); Versant has a blanket lien on all other assets.

**SECURED CLAIMS**

| | |
|---|---|
| Versant Funding LLC | $7,331,915.00 |
| United States Small Business Administration | $ 506,607.97 |
| Leaf Funding | $ 14,729.32 |
| | |
| **TOTAL SECURED CLAIMS** | $7,853,252.29 |

**UNSECURED CLAIMS**

| | |
|---|---|
| General Unsecured Claims | $12,478,210.40 |
| Landlord Claim | $ 183,116.05 |
| Other Disputed Claims[11] | $ 4,692,194.07 |
| | |
| **TOTAL ANTICIPATED UNSECURED CLAIMS** | $17,353,520.50 |

| | |
|---|---|
| NET AVAILABLE IN LIQUIDATION | $0 |
| AMOUNT AVAILABLE FOR UNSECURED CREDITORS | $0 |
| PERCENTAGE DISTRIBUTION IN HYPOTHETICAL CHAPTER 7 | 0% |

**C.      Feasibility**

Another requirement for confirmation involves the feasibility of the Plan, which means that confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

There are at least two important aspects of a feasibility analysis.  The first aspect considers whether the Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the claims and expenses that are entitled to be paid on such date.  The Plan Proponent maintains that this aspect of feasibility is satisfied as illustrated here, based upon ongoing business operations without the burden of the pre-petition MCA-type payments being made.

---

[11] Includes disputed debt allegedly owing for MCA-type debt and Plan Administrator for Bed Bath & Beyond.

The second aspect considers whether the Proponent will have enough cash over the life of the Plan to make the required Plan payments.  The Proponent submits that this second aspect of the feasibility requirement is satisfied based upon the five (5) year Projections annexed as **Exhibit "C."**

Accordingly, the Plan Proponent believes, on the basis of the foregoing, that the Plan is feasible.

## V.

## EFFECT OF CONFIRMATION OF PLAN

### A.  Discharge

(1)    Upon the Effective Date, the Debtor shall be deemed discharged and released under Section 1141(d)(1)(A) of the Bankruptcy Code from any and all Claims, including, but not limited to, demands and liabilities that arose before the Effective Date, and all debts of the kind specified in Section 502 of the Bankruptcy Code, whether or not (i) a proof of claim based upon such debt is filed or deemed filed under Section 501 of the Bankruptcy Code, (ii) a Claim based upon such debt is allowed under Section 502 of the Bankruptcy Code, (iii) a Claim based upon such debt is or has been disallowed by order of the Bankruptcy Court, or (iv) the Holder of a Claim based upon such debt accepted the Plan.

(2)    As of the Effective Date, except as provided in the Plan or the Confirmation Order, all persons shall be precluded from asserting against the Debtor, the Reorganized Debtor and their respective members, shareholders, officers, directors, partners, attorneys or advisors, any other or further Claims, debts, rights, causes of action, claims for relief, liabilities, or equity interests relating to the Debtor based upon any act, omission, transaction, occurrence, or other activity of any nature that occurred prior to the Effective Date.  In accordance with the foregoing, except as provided in the Plan or the Confirmation Order, the Confirmation Order shall be a

31

judicial determination of discharge of all such Claims and other debts and liabilities against the

Debtor, pursuant to Sections 524 and 1141 of the Bankruptcy Code, and such discharge shall

void any judgment obtained against the Debtor and/or Reorganized Debtor at any time, to the

extent that such judgment relates to a discharged Claim.

**B.  Exemption from Certain Transfer Taxes**

As provided by Section 1146(a) of the Bankruptcy Code, any sale by any Debtor made in

connection with this Plan, including any post-confirmation sale, or any transfer pursuant to, in

contemplation of, or in connection with the Plan or pursuant to: (1) the issuance, distribution,

transfer, or exchange of any debt, equity security, or other interest in the Debtor; or (2) the

making, delivery, or recording of any deed or other instrument of transfer under, in furtherance

of, or in connection with, the Plan, including any deeds, bills of sale, assignments, or other

instruments of transfer executed in connection with any transaction arising out of, contemplated

by, or in any way related to the Plan, shall not be subject to any document recording tax, bulk

sales tax, stamp tax, conveyance fee, intangibles or similar tax, mortgage tax, real estate transfer

tax, mortgage recording tax, Uniform Commercial Code filing or recording fee, or other similar

tax or governmental assessment, in each case to the extent permitted by applicable bankruptcy

law, and the appropriate state or local government officials or agents shall forego collection of

any such tax or governmental assessment and accept for filing and recordation any of the

foregoing instruments or other documents without the payment of any such tax or governmental

assessment.

**C.  Revesting of Property in the Debtor**

Except as provided in the Plan, the confirmation of the Plan revests all of the property of the

estate in the Debtor.

32

### D.  Modification of Plan

The Proponent may modify the Plan at any time before confirmation.  However, the Court may require a new disclosure statement and/or revoting on the Plan if Proponent modify the plan before confirmation.

The Proponent may also seek to modify the Plan at any time after confirmation so long as (1) the Plan has not been substantially consummated and (2) the Court authorizes the proposed modification after notice and a hearing. Proponent further reserves the right to modify the treatment of any Allowed Claims at any time after the Effective Date of the Plan upon the consent of the Creditor whose Allowed Claim treatment is being modified, so long as no other Creditors are materially adversely affected.

### E.  Binding Effect

Except as otherwise expressly provided in the Plan, on and after the Effective Date, the Plan shall bind all Holders of Claims and interests. Subject to the terms of the Plan, upon the Effective Date, every Holder of a Claim or interests shall be precluded and permanently enjoined from asserting against the Debtor and/or Reorganized Debtor any Claim based on any document, instrument, judgment, award, order, act, omission, transaction or other activity of any kind or nature that occurred before the Petition Date.

### F.  Post-Confirmation Conversion/Dismissal

A creditor or party in interest may bring a motion to convert or dismiss the case under Section 1112(b), after the Plan is confirmed, if there is a default in performance of the Plan or if cause exists under Section 1112(b).  If the Court orders the case converted to Chapter 7 after the Plan is confirmed, then all property that had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan, will revest in the Chapter 7 estate, and the automatic stay

33

will be reimposed upon the revested property only to the extent that relief from stay was not previously granted by the Court during this case.

Quarterly fees pursuant to 28 U.S.C. § 1930(a)(6) continue to be payable to the Office of the United States Trustee post-confirmation until such time as the case is converted, dismissed, or closed pursuant to a final decree.

### G.  Closing of Case

After the initial distribution by the Debtor as provided in this Plan, the case shall be closed. Nothing herein shall prevent the Debtor from completing or instituting such proceedings as may be necessary for the enforcement of any claim of the Debtor which may have existed against any third-party before or which may exist after Confirmation which may have not been enforced or prosecuted prior to Confirmation.

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
*Counsel for M Design Village, LLC,
Chapter 11 Debtor and Debtor-in-Possession*

By:    /s/ Michele M. Dudas
       MICHELE M. DUDAS

**M DESIGN VILLAGE, LLC**

    /s/Munir Hussain
By:    Munir Hussain
Title:  Chief Executive Officer

Dated:  February 14, 2025

34

# EXHIBIT "A"

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to M Design Village, LLC,*
*Chapter 11 Debtor and Debtor-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>M DESIGN VILLAGE, LLC,<br><br><div align="right">Debtor.</div> | Case No. 24-21406 (MEH)<br><br>Chapter 11<br><br>Honorable Mark E. Hall, U.S.B.J. |

## PLAN OF REORGANIZATION

M Design Village, LLC, Chapter 11 debtor and debtor-in-possession ("Debtor") and Plan

Proponent respectfully submits Plan of Reorganization pursuant to Chapter 11, Title 11 of the

United States Code, in the form annexed and made a part hereof.

<div style="margin-left: 40%">

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
*Counsel for M Design Village, LLC*
*Chapter 11 Debtor and Debtor-in-Possession*


By:____/s/ Michele M. Dudas_____
      MICHELE M. DUDAS

**M DESIGN VILLAGE, LLC**


    ___/s/ Munir Hussain_____
By:    MUNIR HUSSAIN, CEO

</div>

Dated: February 14, 2025

# TABLE OF CONTENTS

**Page**

I.     INTRODUCTION ...................................................................................1

II.    CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS ...............2

    A.     General Overview ..........................................................................2

    B.     Definitions........................................................................................2

    C.     Unclassified Claims .......................................................................6

        1.     Administrative Expenses and Fees ...............................6

        2.     Priority Tax Claim ...........................................................8

    D.     Classified Claims ...........................................................................8

        1.     Classes of Secured Claims ............................................8

        2.     Priority Non-Tax Claims...............................................9

        3.     Class of General Unsecured Claims ...........................10

        4.     Class of Interests ...........................................................11

    E.     Acceptance or Rejection of Plan ................................................11

    F.     Means of Effectuating the Plan...................................................12

        1.     Funding for the Plan .....................................................12

        2.     Disbursing Agent ..........................................................12

III.   TREATMENT OF MISCELLANEOUS ITEMS....................................13

    A.     Executory Contracts and Unexpired Leases .............................13

    B.     Changes in Rates Subject to Regulatory Commission Approval....................13

    C.     Retention of Jurisdiction .............................................................13

    D.     Procedures for Resolving Contested Claims.............................16

    E.     Notices under the Plan .................................................................16

IV.    EFFECT OF CONFIRMATION OF PLAN .........................................16

    A.     Discharge ........................................................................................16

    B.     Exemption from Certain Transfer Taxes ...................................18

    C.     Revesting of Property in the Debtor ..........................................18

    D.     Modification of Plan .....................................................................18

    E.     Binding Effect................................................................................18

    F.     Post-Confirmation Conversion/Dismissal ................................18

    G.     Post-Confirmation Quarterly Fees .............................................19

# I.

## INTRODUCTION

M Design Village, LLC (the "Debtor") is the debtor-in-possession in the instant bankruptcy case.  On November 18, 2024, the Debtor commenced a bankruptcy case by filing a voluntary Chapter 11 petition under the United States Bankruptcy Code (the "Bankruptcy Code"), 11 U.S.C. § 101 et seq.  This document is the Chapter 11 Plan of Reorganization ("Plan") proposed by the Debtor (the "Proponent").  Sent to you in the same envelope as this document is the Disclosure Statement ("Disclosure Statement") which has been approved by the United States Bankruptcy Court for the District of New Jersey (the "Court"), and which is provided to help you understand the Plan.

This is a reorganization plan.  In other words, the Proponent seeks to accomplish payments under the Plan by satisfying Administrative Expense Claims, with the exception of Administrative Tax Claims, in full on the Effective Date.  Allowed Secured Claims will be satisfied in accordance with their respective pre-petition agreements with the Debtor.  Allowed Unsecured Claims shall receive a ten (10%) percent distribution by receiving quarterly payments over five (5) years.  The Debtor will assume its New Jersey lease by satisfying the pre-petition debt owed to the landlord by making eight (8) equal payment to cure any arrears starting in May 2025. The members of the Debtor shall retain their equity and nothing in the Plan shall impair, alter or affect such equity and/or security interests in such equity interest.   The Effective Date of the proposed Plan is thirty (30) days after the date on which the Confirmation Order becomes final.

1

## II.

## CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

**A.     General Overview**

As required by the Bankruptcy Code, the Plan classifies claims in various classes according to their right to priority of payments as provided in the Bankruptcy Code.  The Plan states whether each class of claims is impaired or unimpaired.  The Plan provides the treatment each class will receive under the Plan.  You are encouraged to review the Disclosure Statement which provides, among other things, information regarding the Debtor's history, reason for filing bankruptcy and treatment of claims under the Plan.

**B.     Definitions**

**Scope of Definitions**.  For purposes of this Plan, except as expressly otherwise provided or unless the context otherwise requires, all capitalized terms not otherwise defined shall have the meanings assigned to them in this Section of the Plan.  In all references herein to any parties, persons, entities, or corporations, the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text may require.

**1.     Administrative Expense** shall mean any cost or expense of administration of the Chapter 11 case allowable under Section 507(a) of the Bankruptcy Code, including, without limitation, any actual and necessary expenses of preserving the estate of the Debtor, any actual and necessary expense of operating the business of the Debtor, any indebtedness or obligation incurred or assumed by the Debtor in connection with the conduct of its business or for the acquisition or lease of property or the rendition of services to the Debtor, all allowances of compensation and reimbursement of expenses, any fees or charges assessed against the estate of any Debtor under Chapter 123, Title 28, of the United States Code, and the reasonable fees and expenses incurred by the Proponent in connection with the proposal and confirmation of this Plan.

**2.     Allowed** when used as an adjective preceding the words "Claim" or "Claims" shall mean any Claim against the Debtor, proof of which was filed on or before the date designated by the Bankruptcy Court as the last date for filing proofs of claim against such Debtor, or, if no proof of claim is filed, which has been or hereafter is listed by the Debtor as

2

liquidated in amount and not disputed or contingent and, in either case, a Claim as to which no objection to the allowance thereof has been interposed with the applicable period of limitations fixed by the Plan, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Local Rules, or as to which any objection has been interposed and such Claim has been allowed in whole or in part by a Final Order.  Unless otherwise specified in the Plan, "Allowed Claim" shall not, for purposes of computation of distributions under the Plan, include interest on the amount of such Claim from and after the Petition Date.

3.      **Allowed Administrative Expense** shall mean any Administrative Expense allowed under Section 507(a)(1) of the Bankruptcy Code.

4.      **Allowed Secured Claim** shall mean the allowed Secured Claim of Versant Funding LLC and the United States Small Business Administration.

5.      **Allowed Unsecured Claim** shall mean an Unsecured Claim that is or has become an Allowed Claim.

6.      **Bankruptcy Code** shall mean the Bankruptcy Reform Act of 1978, as amended, and as codified in Title 11 of the United States Code.

7.      **Bankruptcy Court** shall mean the United States Bankruptcy Court for the District of New Jersey having jurisdiction over the Chapter 11 Case and, to the extent of any reference made pursuant to 28 U.S.C. Section 158, the unit of such District Court.

8.      **Bankruptcy Rules** shall mean the rules and forms of practice and procedure in bankruptcy, promulgated under 28 U.S.C. § 2075 and also referred to as the Federal Rules of Bankruptcy Procedure.

9.      **Business Day** means and refers to any day except Saturday, Sunday, and any other day on which commercial banks in New Jersey are authorized by law to close.

10.      **Causes of Action** shall mean the avoidance actions and all other claims, actions, causes of action, choses in action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, third-party claims, counterclaims, and crossclaims of any Debtor and/or the Estate against any Entity, based in law or equity, including, but not limited to, under the Bankruptcy Code, whether direct, indirect, derivative, or otherwise and whether asserted or unasserted, and any and all commercial tort claims against any party.

11.      **Chapter 11 Case** shall mean a case under Chapter 11 of the Bankruptcy Code in which M Design Village, LLC is the Debtor.

12.      **Claim** shall mean any right to payment from the Debtor whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or any right to an equitable remedy for breach of performance if such breach gives rise to a right of payment from

3

the Debtor whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. All claims as such term is defined in Section 101(5) of the Bankruptcy Code.

13. **Class** shall mean a grouping of substantially similar Claims for common treatment thereof pursuant to the terms of this Plan.

14. **Code** shall mean Title 11 of the United States Code, otherwise known as the Bankruptcy Code.

15. **Confirmation** shall mean the entry of an Order by this Court approving the Plan in accordance with the provisions of the Bankruptcy Code.

16. **Confirmation Hearing** shall mean a hearing conducted before the Bankruptcy Court for the purpose of considering confirmation of the Plan.

17. **Confirmation Order** shall mean an Order of the Bankruptcy Court confirming the Plan in accordance with the provisions of Chapter 11 of the Bankruptcy Code.

18. **Creditor** shall mean any person that has a Claim against the Debtor that arose on or before the Petition Date or a Claim against the Debtor's estate of any kind specified in Section 502(g), 502(h) or 502(i) of the Bankruptcy Code. This includes all persons, corporations, partnerships, or business entities holding claims against the Debtor.

19. **Debt** means, refers to and shall have the same meaning ascribed to it in Section 101(12) of the Code.

20. **Debtor** shall mean M Design Village, LLC.

21. **Disbursing Agent** shall mean the Reorganized Debtor or any party appointed by and subject to Court approval, which shall effectuate this Plan and hold and distribute consideration to be distributed to holders of Allowed Claims pursuant to the provisions of the Plan and Confirmation Order.

22. **Disclosure Statement** means and refers to the Disclosure Statement filed by the Debtor as required pursuant to Section 1125, *et seq.* of the Bankruptcy Code.

23. **Effective Date** shall mean thirty (30) days after the day on which the Confirmation Order becomes a Final Order.

24. **Final Order** shall mean an order of the Bankruptcy Court of a court of competent jurisdiction to hear appeals from the Bankruptcy Court which, not having been reversed, modified, or amended, and not being stayed, and the time to appeal from which or to seek review or rehearing of which having expired, has become final and is in full force and effect.

4

25.     **Holder** means the beneficial holder of any Claim or Equity Interest.

26.     **Impaired** when used as an adjective preceding the words "Class of Claims" shall mean that the Plan alters the legal, equitable, or contractual rights of the member(s) of that class.

27.     **Person** shall mean an individual, a corporation, a partnership, an association, a joint stock company, a joint venture, an estate, a trust, an unincorporated organization, or a government or any political subdivision thereof or other entity.

28.     **Petition Date** shall mean November 18, 2024, the date on which the Debtor filed its petition for relief commencing the Chapter 11 Case.

29.     **Plan** shall mean the Plan of Reorganization filed in this case, together with any additional modifications and amendments.

30.     **Priority Non-Tax Claim** shall mean a Claim entitled to priority under sections 507(a)(2), (3), (4), (5), (6), or (7) of the Bankruptcy Code, but only to the extent it is entitled to priority in payment under any such subsection.

31.     **Priority Tax Creditor** shall mean a Creditor holding a priority tax claim.

32.     **Priority Tax Claim** shall mean any Claim entitled to priority in payment under Section 507(a)(8) of the Bankruptcy Code, but only to the extent it is entitled to priority under such subsection.

33.     **Proceeding** shall mean Chapter 11 Case of the Debtor.

34.     **Professional Persons** means and refers to all attorneys, accountants, appraisers, consultants, and other professionals retained or to be compensated pursuant to an Order of the Court entered under Sections 327, 328, 330, or 503(b) of the Bankruptcy Code.

35.     **Professional Claim** means and refers to a claim by any and all professionals as provided for in Sections 327, 328, 330, and 503(b) of the Bankruptcy Code.

36.     **Proponent** means the Debtor.

37.     **Reorganized Debtor** means the Debtor after confirmation of the Plan.

38.     **Secured Claim** means and refers to a Claim which is secured by a valid lien, security interest, or other interest in property in which the Debtor has an interest which has been perfected properly as required by applicable law, but only to the extent of the value of the Debtor's interest in such property, determined in accordance with Section 506(a) of the Bankruptcy Code.

**39.** **Unsecured Claim** shall mean any claim against the Debtor which arose or which is deemed by the Bankruptcy Code to have arisen prior to the Petition Date for such Debtor, and which is not (i) a secured claim pursuant to Section 506 of the Bankruptcy Code, as modified by Section 1111(b) of the Bankruptcy Code, or (ii) a Claim entitled to priority under Sections 503 or 507 of the Bankruptcy Code.  "Unsecured Claim" shall include all Claims against the Debtor that are not expressly otherwise dealt with in the Plan.

**40.** **Other Definitions**, a term used and not defined herein but that is defined in the Bankruptcy Code, shall have the meaning set forth therein.  The words "herein," "hereof," "hereto," "hereunder," and others of similar import refer to the Plan as a whole and not to any particular section, subsection, or clause contained in the Plan.  Moreover, some terms defined herein are defined in the section in which they are used.

## C.    Unclassified Claims

Certain types of claims are not placed into voting classes; instead they are unclassified. They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code.  As such, the Proponent has <u>not</u> placed the following claims in a class.  The treatment of these claims is provided below.

### 1.    Administrative Expenses and Fees

Administrative expenses are claims for costs or expenses of administering the Debtor's Chapter 11 case which are allowed under Code Section 503(b).  Fees payable to the Clerk of the Bankruptcy Court and the Office of the United States Trustee were also incurred during the Chapter 11 Case.  The Code requires that all administrative expenses be paid on the Effective Date of the Plan, unless a particular claimant agrees to a different treatment.

The following chart lists all of the Debtor's unpaid administrative fees and expenses ("Compensation"), an estimate of future professional fees and other administrative claims and fees and their treatment the Plan:

6

| NAME | AMOUNT ESTIMATED | TREATMENT | TYPE OF CLAIM |
|---|---|---|---|
| McManimon, Scotland & Baumann, LLC | $100,000 (Estimated) | Payment in full on Effective Date, or through other agreement | Administrative |
| NLC Financial Services, LLC | $20,000 (Estimated) | Payment in full on Effective Date, or through other agreement | Administrative |
| Office of U.S. Trustee Fees | TBD | Payment in full on Effective Date | Administrative |
| **APPROXIMATE TOTAL** | $120,000 **(Estimated)** | | |

### Court Approval of Professional Compensation Required:

Pursuant to orders of the Bankruptcy Court, the following professional was retained: (a) McManimon, Scotland & Baumann, LLC, as counsel; and (b) NLC Financial Services, LLC, as accountants.

Pursuant to the Bankruptcy Code, the Court must rule on all professional compensation and expenses listed in this chart before the compensation and expenses will be owed. The professional in question must file and serve a properly noticed fee application for compensation and reimbursement of expenses and the Court must rule on the application. Only the amount of compensation and reimbursement of expenses allowed by the Court will be owed and required to be paid under this Plan as an administrative claim.

Each professional person who asserts a further administrative claim that accrues before the confirmation date shall file with the Bankruptcy Court, and serve on all parties required to receive notice, an application for compensation and reimbursement of expenses no later than thirty (30) days after the Effective Date of the Plan. Failure to file such an application timely shall result in the professional person's claim being forever barred and discharged. Each and every other person

4910-6784-6426, v. 1

asserting an administrative claim shall be entitled to file a motion for allowance of the asserted administrative claim within ninety (90) days of the Effective Date of the Plan, or such administrative claim shall be deemed forever barred and discharged.  No motion or application is required to fix the fees payable to the Clerk's Office or Office of the United States Trustee. Such fees are determined by statute.

As indicated above, the Debtor will need to satisfy approximately $120,000 in administrative claims and fees on the Effective Date of the Plan unless a claimant has agreed to be paid later or the Court has not yet ruled on the claim.

### 2.      Priority Tax Claim

Priority Tax claims are certain unsecured income, employment and other taxes described by Code Section 507(a)(8).  The Code requires, and thus this Plan provides, that each holder of such a 507(a)(8) priority tax claim receives the present value of such claim in deferred cash payments, over a period not exceeding five (5) years from the Filing Date.

Upon information and belief, no such claims exist.  The Debtor reserves the right to review any priority taxes owed to any taxing authority, and, if applicable, said claims will be satisfied in accordance with the requirements of Section 507(a)(8), with interest at the rate of three (3%) percent.

### D.      Classified Claims

### 1.      Classes of Secured Claims

Secured claims are claims secured by liens on property of the estate.  The following represent all classes containing Debtor's secured pre-petition claims and their treatment under this Plan:

8

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|-------|-------------|----------------|----------------|-------------|-----------|
| 1 | Versant Funding LLC | N | Y | $7,331,915 (secured portion of claim) | Class 1 Claim shall be satisfied in accordance with the pre-petition loan documents and post-petition Factoring Arrangement. There shall be no prepayment penalty |
| 2 | United States Small Business Administration | N | N | $506,607.97 | Class 2 Claim shall be satisfied in accordance with the pre-petition loan documents by the Debtor making regular monthly payments. There shall be no prepayment penalty |
| 3 | Leaf Capital Funding | N | N | $14,729.32 | Class 3 Claim shall be satisfied in accordance with the pre-petition loan documents by the Debtor making regular monthly payments. There shall be no prepayment penalty |

## 2.    Priority Non-Tax Claims

Certain priority claims that are referred to in Code Sections 507(a)(3), (4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment as follows: the Code requires that each holder of such a claim receive cash on the Effective Date

9

equal to the allowed amount of such claim.  However, a class of unsecured priority claim holders

may vote to accept deferred cash payments of a value, as of the Effective Date, equal to the

allowed amount of such claims.

The Debtor has employee claims pursuant to Section 507(a)(4) of approximately $65,000.

Of that amount, $35,000 are for priority amounts due to Mr. Hussain, Ms. Dsouza and Mediha

Hussain, a beneficiary of the Trust (the "Insider Priority Claims").  Upon confirmation of the

Plan, the Insider Priority Claims will be released and deemed satisfied.  Non-insider priority

claims will be satisfied in accordance with Section 507(a)(4).

### 3.    Class of General Unsecured Claims

General unsecured claims are unsecured claims not entitled to priority under Code

Section 507(a).  These claims are to be treated as follows:

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|---|---|---|---|---|---|
| 4 | General Unsecured Claims[1] | N | Y | Including the bifurcated unsecured portion of Versant's claim, total amount of claims is estimated to be between $13,000,000 (including unsecured portion of the claim of Versant, but not including disputed claims; amount is approximately $17,400,000 if including disputed claims of various MCAs and BBB) | Allowed Class 4 Claims shall be paid as follows, commencing on the Effective Date: • ten (10%) of the allowed claim • Payment Interval = Quarterly • Begin Date = Effective Date • End Date = Five (5) years from the Effective Date • There shall be no prepayment penalty |

[1] In addition to general unsecured claims, certain critical vendors are being paid approximately $450,000 outside of the Plan pursuant to the Final Order.  ECF 89.

4910-6784-6426, v. 1

| CLASS | DESCRIPTION | INSIDERS (Y/N) | IMPAIRED (Y/N) | AMOUNT OWED | TREATMENT |
|-------|-------------|----------------|----------------|-------------|-----------|
| 5 | 701 Cottontail Lane Associates, LLC | N | Y | $183,116.05 | Class 5 Claim shall be satisfied by the Debtor, in addition to making regular rent payments, making payment of $22,889.50 in May through November 2025, and a final payment of $22,889.55 in December 2025.<br><br>There shall be no prepayment penalty.<br><br>The underlying Lease will be assumed by the Debtor. |

**4.      Class of Interests**

The Members of the Debtor shall retain their equity and nothing in the Plan shall impair, alter or affect such equity and/or security interests in such equity interest.  As a condition for retaining their equity, the Members will waive any Insider Priority Claims, 401(k) Loans (as to Ms. Dsouza) and unsecured claims against the Estate, and continue their employment with the Debtor at a minimum, the date which all payments under the Plan are required to be made, which provides significant value to the Debtor.

**E.      Acceptance or Rejection of Plan**

Each impaired class of Creditors with claims against the Debtor's estate shall be entitled to vote separately to accept or reject the Plan.  A class of Creditors shall have accepted the Plan if the Plan is accepted by at least two-thirds in the aggregate dollar amount and more than one-

half in number of holders of the allowed Claims of such class that have accepted or rejected the Plan.  In the event that any impaired class of Creditors shall fail to accept the Plan in accordance with Section 1129(a) of the Bankruptcy Code, the Proponent reserves the right to request that the Bankruptcy Court confirm the Plan in accordance with Section 1129(b) of the Bankruptcy Code.

**F.      Means of Effectuating the Plan**

**1.      Funding for the Plan**

Distributions under the Plan will be funded by the continued operations of the Debtor. As an additional source of funding, Mr. Hussain will satisfy the Shareholder Loan in the manner originally contemplated, through the application of awarded bonuses and salary. He also agrees to waive any Insider Priority Claim, 401(k) Loan, and unsecured claim for the balance of past due salary.  Mr. Hussain's employment with the Debtor is his sole source of income and it is his vision and designs that provide the Debtor with value.

There will be no prepayment penalty for any priority, administrative or Class of claims referenced above.

**2.      Disbursing Agent**

Reorganized Debtor ("Disbursing Agent") shall act as the disbursing agent for the purpose of making all distributions provided for under the Plan.  The Disbursing Agent shall serve without bond and shall receive no remuneration for distribution services rendered and expenses incurred pursuant to the Plan.

12

# III.

## TREATMENT OF MISCELLANEOUS ITEMS

**A.      Executory Contracts and Unexpired Leases**

The Plan provides that all Executory Contracts and Unexpired Leases shall be assumed, unless expressly rejected.   The Debtor anticipates assuming both of its existing unexpired leases, as required for continued business operations.

The Order confirming the Plan shall constitute an Order approving the rejection of any and all the leases or contracts except as set forth in the paragraph above.  If you are a party to a contract or lease to be rejected and you object to the rejection of your contract or lease, you must file and serve your objection to the Plan within the deadline for objecting to the confirmation of the Plan.  See Disclosure Statement for the specific date.

Any claim based on the rejection of an executory contract or unexpired lease will be barred if the proof of claim is not timely filed unless the Court later orders otherwise.

**B.      Changes in Rates Subject to Regulatory Commission Approval**

The Debtor is not subject to governmental regulatory commission of approval of its rates.

**C.      Retention of Jurisdiction**

The Court shall retain jurisdiction of this case pursuant to the provisions of Chapter 11 of the Bankruptcy Code, pending the final allowance or disallowance of all Claims affected by the Plan, to make such orders as are necessary or appropriate to carry out the provisions of this Plan, and with respect to the following matters:

(a)      To enable the Plan Proponent to consummate the Plan and to resolve any disputes arising therefrom;

(b)      To adjudicate all controversies concerning the classification, estimation or allowance of any Claim herein;

4910-6784-6426, v. 1

(c)     To make such Orders as are necessary or appropriate to implement the provisions of this Plan;

(d)     To determine the classification, estimation and priority of all claims against the Debtor and to re-examine any Claims which may have been allowed;

(e)     To determine applications for the rejection or assumption of executory contracts or unexpired leases pursuant to the provisions of this Plan which are not determined prior to the Confirmation date and to determine allowance of Claims for damages with respect to rejection of any such executory contracts or unexpired leases within such time as the Court may direct;

(f)     To oversee and issue further appropriate orders respecting disbursement of amounts deposited as may be required by this Plan;

(g)     To conduct hearings on valuation, as necessary, and to determine whether any party in interest is entitled to recover against any Person any Claim, whether arising under Section 506(c) of the Bankruptcy Code, or arising out of a voidable preference, a fraudulent transfer, or otherwise;

(h)     To hear and determine all applications for compensation and other Administrative Expenses;

(i)     To hear and determine any and all pending adversary proceedings or contested matters;

(j)     To determine all causes of action which may exist in favor of the Debtor;

(k)     To determine any modification of the Plan after confirmation pursuant to Section 1127 of the Code;

(l)     To enter any order, including injunctions, necessary to establish and enforce the rights and powers of the Debtor under the Plan;

(m)     To enter a final decree pursuant to Rule 3022 of the Bankruptcy Rules.

(n)     To hear and determine all controversies, suits and disputes, if any, as may arise in connection with the interpretation or enforcement of the Plan;

4910-6784-6426, v. 1

(o)     To hear and determine all controversies, suits and disputes, if any, as may arise with regard to orders of Bankruptcy Court in the Chapter 11 Case entered on or before the Confirmation Date;

(p)     To hear and determine any and all controversies and disputes arising under, or in connection with, the Plan;

(q)     To hear and determine any and all objections to payments under the Plan;

(r)     To liquidate damages in connection with any disputed, contingent or unliquidated Claims;

(s)     To adjudicate all Claims to a security or ownership interest in any property of the Debtor or in any proceeds thereof;

(t)     To adjudicate all causes of action to recover all assets and properties of the Debtor wherever located;

(u)     To enter any order, including injunctions necessary to enforce the title, rights and powers of the Debtor, and to impose such limitations, restrictions, terms and conditions on such title rights and powers as the Bankruptcy Court may deem necessary or appropriate; and

(v)     To make such orders as are necessary or appropriate to carry out the provisions of the Plan, including but not limited to orders interpreting, or enforcing the provisions thereof.

In addition, this Court shall retain jurisdiction to implement the provisions of the Plan in the manner as provided under Section 1142, sub-paragraphs (a) and (b) of the Bankruptcy Code.  If the Court abstains from exercising, or declines to exercise jurisdiction, or is otherwise without jurisdiction over any matter set forth in this Section, or if the Debtor or the Reorganized Debtor elect to bring an action or proceeding in any other forum, then this Section shall have no effect upon and shall not control, prohibit or limit the exercise of jurisdiction by any other court, public authority or commission having competent jurisdiction over such matters.

15

**D.**      **Procedures for Resolving Contested Claims**

Objections to Claims, except for those Claims more specifically deemed Allowed in the Plan, may be filed by the Reorganized Debtor or any party in interest up to and including sixty (60) days following entry of the Confirmation Order.  With respect to disputed Claims, the Disbursing Agent will hold in a separate interest-bearing reserve account such funds as would be necessary to make the required initial distribution on the Claim, as listed either in the Debtor's schedules or the filed proof(s) of claim.

**E.**      **Notices under the Plan**

All notices, requests or demands with respect to this Plan shall be in writing and shall be deemed to have been received within five (5) days of the date of mailing, provided they are sent by registered mail or certified mail, postage prepaid, return receipt requested, and if sent to the Proponent, addressed to Michele M. Dudas, Esq., McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068.

## IV.

## EFFECT OF CONFIRMATION OF PLAN

**A.**      **Discharge**

(1)      Upon the Effective Date, the Debtor shall be deemed discharged and released under Section 1141(d)(1)(A) of the Bankruptcy Code from any and all Claims, including, but not limited to, demands and liabilities that arose before the Effective Date, and all debts of the kind specified in Section 502 of the Bankruptcy Code, whether or not (i) a proof of claim based upon such debt is filed or deemed filed under Section 501 of the Bankruptcy Code, (ii) a Claim based upon such debt is allowed under Section 502 of the Bankruptcy Code, (iii) a Claim based upon such debt is or has been disallowed by order of the Bankruptcy Court, or (iv) the Holder of a Claim based upon such debt accepted the Plan.

16

(2)      As of the Effective Date, except as provided in the Plan or the Confirmation

Order, all persons shall be precluded from asserting against the Debtor, the Reorganized Debtor

and their respective members, shareholders, officers, directors, partners, attorneys or advisors,

any other or further Claims, debts, rights, causes of action, claims for relief, liabilities, or equity

interests relating to the Debtor based upon any act, omission, transaction, occurrence, or other

activity of any nature that occurred prior to the Effective Date.  In accordance with the foregoing,

except as provided in the Plan or the Confirmation Order, the Confirmation Order shall be a

judicial determination of discharge of all such Claims and other debts and liabilities against the

Debtor, pursuant to Sections 524 and 1141 of the Bankruptcy Code, and such discharge shall

void any judgment obtained against the Debtor and/or Reorganized Debtor at any time, to the

extent that such judgment relates to a discharged Claim.

## B.      Exemption from Certain Transfer Taxes

As provided by  Section 1146(a) of the Bankruptcy Code, any sale by any Debtor made

in connection with this Plan, including any post-confirmation sale, or any transfer pursuant to, in

contemplation of, or in connection with the Plan or pursuant to: (1) the issuance, distribution,

transfer, or exchange of any debt, equity security, or other interest in the Debtor; or (2) the

making, delivery, or recording of any deed or other instrument of transfer under, in furtherance

of, or in connection with, the Plan, including any deeds, bills of sale, assignments, or other

instruments of transfer executed in connection with any transaction arising out of, contemplated

by, or in any way related to the Plan, shall not be subject to any document recording tax, bulk

sales tax, stamp tax, conveyance fee, intangibles or similar tax, mortgage tax, real estate transfer

tax, mortgage recording tax, Uniform Commercial Code filing or recording fee, or other similar

tax or governmental assessment, in each case to the extent permitted by applicable bankruptcy

17

law, and the appropriate state or local government officials or agents shall forego collection of any such tax or governmental assessment and accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax or governmental assessment.

**C.      Revesting of Property in the Debtor**

Except as provided in the Plan, the confirmation of the Plan revests all of the property of the estate in the Debtor.

**D.      Modification of Plan**

The Proponent of the Plan may modify the Plan at any time before Confirmation. However, the Court may require a new disclosure statement or revoting on the Plan if Proponent modifies the Plan before Confirmation.

The Proponent may also seek to modify the Plan at any time after Confirmation so long as (1) the Plan has not been substantially consummated <u>and</u> (2) the Court authorizes the proposed modification after notice and a hearing.

**E.      Binding Effect**

Except as otherwise expressly provided in the Plan, on and after the Effective Date, the Plan shall bind all Holders of Claims and interests. Subject to the terms of the Plan, upon the Effective Date, every Holder of a Claim or interest shall be precluded and permanently enjoined from asserting against the Debtor and/or Reorganized Debtor any Claim based on any document, instrument, judgment, award, order, act, omission, transaction or other activity of any kind or nature that occurred before the Petition Date.

18

**F.      Post-Confirmation Conversion/Dismissal**

A creditor or party in interest may bring a motion to convert or dismiss the case under

§ 1112(b), after the Plan is confirmed, if there is a default in performing under the Plan.  If the

Court orders the case converted to Chapter 7 after the Plan is confirmed, then all property that

had been property of the Chapter 11 estate, and that has not been disbursed pursuant to the Plan,

will revest in the Chapter 7 estate, and the automatic stay will be reimposed upon the revested

property only to the extent that relief from the stay was not previously granted by the Court

during this case.

**G.      Post-Confirmation Quarterly Fees**

Quarterly fees pursuant to 28 U.S.C. Section 1930(a)(6) continue to be payable to the

Office of the United States Trustee post-confirmation until such time as the case is converted,

dismissed, or closed pursuant to a final decree.  Quarterly reports shall continue to be filed

quarterly until the case is closed or dismissed.

> **McMANIMON, SCOTLAND**
> **& BAUMANN, LLC**
> *Counsel for M Design Village, LLC,*
> *Chapter 11 Debtor and Debtor-in-Possession*
>
> By:      /s/ Michele M. Dudas
>       MICHELE M. DUDAS
>
> **M DESIGN VILLAGE, LLC**
>
>    /s/Munir Hussain
> By:      Munir Hussain
> Title:   Chief Executive Officer

Dated:  February 14, 2025

4910-6784-6426, v. 1

# EXHIBIT "B"

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   New Jersey

| | | |
|---|---|---|
| In Re. M Design Village LLC | § | Case No.  24-21406 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2024              Petition Date: 11/18/2024

Months Pending: 1                               Industry Classification: | 4 | 2 | 3 | 2 |

Reporting Method:          Accrual Basis ⊙      Cash Basis ○

Debtor's Full-Time Employees (current):                     14

Debtor's Full-Time Employees (as of date of order for relief):    15

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☒ Statement of capital assets
☒ Schedule of payments to professionals
☒ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☒ Description of the assets sold or transferred and the terms of the sale or transfer

Adam Singer
Signature of Responsible Party

01/20/2025
Date

Adam Singer
Printed Name of Responsible Party

701 Cottontail Lane Somerset NJ 08873
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  M Design Village LLC                                        Case No. 24-21406

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $70,298 | |
| b. Total receipts (net of transfers between accounts) | $2,640,289 | $2,640,289 |
| c. Total disbursements (net of transfers between accounts) | $2,682,259 | $2,682,559 |
| d. Cash balance end of month (a+b-c) | $28,328 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,682,259 | $2,682,559 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $3,046,762 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $226,443 |
| c. Inventory   (Book ●  Market ○  Other ○  (attach explanation)) | $7,411,396 |
| d. Total current assets | $13,743,142 |
| e. Total assets | $17,651,789 |
| f. Postpetition payables (excluding taxes) | $1,507,825 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $1,507,825 |
| k. Prepetition secured debt | $7,331,915 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $19,478,385 |
| n. Total liabilities (debt) (j+k+l+m) | $28,318,125 |
| o. Ending equity/net worth (e-n) | $-10,666,336 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $2,255,131 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $1,661,944 | |
| c. Gross profit (a-b) | $593,187 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $699,615 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $3,783 | |
| h. Interest | $164,377 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-274,588 | $-274,588 |

UST Form 11-MOR (12/01/2021)                           2

Debtor's Name  M Design Village LLC                                    Case No.  24-21406

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | None | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                    3

Debtor's Name  M Design Village LLC

Case No.  24-21406

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  M Design Village LLC                                    Case No. 24-21406

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | . |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | None | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | .. | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  M Design Village LLC

Case No.  24-21406

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  M Design Village LLC                                Case No.  24-21406

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  M Design Village LLC                                           Case No. 24-21406

|   |     |                                              |     |     |     |     |
|---|-----|----------------------------------------------|-----|-----|-----|-----|
|   | xcix |                                             |     |     |     |     |
|   | c    |                                             |     |     |     |     |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

## Part 6:  Postpetition Taxes

|     |                                                              | Current Month | Cumulative |
|-----|--------------------------------------------------------------|---------------|------------|
| a.  | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  | Postpetition employer payroll taxes accrued | $4,195 | $4,195 |
| d.  | Postpetition employer payroll taxes paid | $9,015 | $9,015 |
| e.  | Postpetition property taxes paid | $0 | $0 |
| f.  | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:        Worker's compensation insurance? | Yes ●  No ○ |
|   |         If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
|   |         Casualty/property insurance? | Yes ●  No ○ |
|   |         If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
|   |         General liability insurance? | Yes ●  No ○ |
|   |         If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name M Design Village LLC                                    Case No. 24-21406

| Part 8: Individual Chapter 11 Debtors (Only) | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Adam Singer
Signature of Responsible Party

Chief Financial Officer
Title

Adam Singer
Printed Name of Responsible Party

01/20/2025
Date

Debtor's Name M Design Village LLC                                    Case No. 24-21406



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  M Design Village LLC                                      Case No.  24-21406



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name M Design Village LLC

Case No. 24-21406



PageThree



PageFour

**M Design Village**
**Statement of Cash Receipts & Disbursements - Checking (Operating) Account**
**11/18/24 - 12/31/24**

| | Receipts | | | Disbursements | | |
|---|---|---|---|---|---|---|
| **Date** | **Customer** | **Amount** | **Date** | **Supplier** | **Amount** | **Type** |
| 11/18/24 | Ecomm - Shopify - Oxford | $ 58.08 | 11/18/24 | Castle Gate Logistics | $ 1,560.00 | Wire |
| 11/18/24 | Ecomm - Shopify - Soho | 397.92 | 11/19/24 | Hoang Sinh (MA) | 95,273.00 | Wire |
| 11/18/24 | Ecomm - Shopify - Soho | 1,225.64 | 11/19/24 | Qingdao | 85,310.00 | Wire |
| 11/18/24 | Maersk | 291.77 | 11/19/24 | Best Furniture | 169,560.00 | Wire |
| 11/19/24 | Ecomm - Shopify - Oxford | 1,042.64 | 11/20/24 | Savino | 11,124.52 | Wire |
| 11/19/24 | Ecomm - Shopify - Soho | 5,507.84 | 11/20/24 | SFV | 3,270.00 | Wire |
| 11/19/24 | Ecomm - Shopify - Soho | 1,050.51 | 11/21/24 | SFV | 3,637.00 | Wire |
| 11/19/24 | Ecomm - Shopify - Soho Affirm | 948.20 | 11/21/24 | Oakmont | 421.23 | EFT |
| 11/19/24 | HOM | 6,983.00 | 11/22/24 | Mario Sinohui - 1099 Contractor | 760.00 | 7252 |
| 11/19/24 | Homemakers Plaza | 3,962.70 | 11/22/24 | Ismael Rodriquez - 1099 Contractor | 720.00 | 7253 |
| 11/19/24 | Buy Buy Baby - To Versant (A) | 25,038.77 | 11/22/24 | Lucio Bello - 1099 Contractor | 760.00 | 7254 |
| 11/19/24 | Buy Buy Baby - To Versant (B) | 1,212.75 | 11/22/24 | Buy Buy Baby - To Versant (A), (B) & (C) | 50,295.65 | Wire |
| 11/19/24 | Versant | 350,000.00 | 11/22/24 | Hoang Sinh (MA) | 34,624.79 | Wire |
| 11/20/24 | Ecomm - Shopify - Oxford | 177.68 | 11/22/24 | Best Furniture | 16,896.00 | Wire |
| 11/20/24 | Ecomm - Shopify - Soho | 314.93 | 11/22/24 | Accurate Transport | 201.60 | Wire |
| 11/20/24 | Ecomm - Shopify - Soho | 104.77 | 11/25/24 | Chase (3062) | 500.00 | EFT |
| 11/20/24 | Buy Buy Baby - To Versant (C) | 24,044.13 | 11/25/24 | Principal Insurance | 977.32 | EFT |
| 11/20/24 | Overstock.com | 2,875.90 | 11/25/24 | Hoa Hin | 50,000.00 | Wire |
| 11/20/24 | Versant | 10,000.00 | 11/26/24 | UPS | 33.56 | EFT |
| 11/20/24 | Raymour & Flanigan | 284.83 | 11/26/24 | Accurate Transport | 560.80 | Wire |
| 11/21/24 | Ecomm - Shopify - Oxford | 408.69 | 11/27/24 | Olympic Payroll | 38,408.91 | EFT |
| 11/21/24 | Ecomm - Shopify - Soho | 104.77 | 11/27/24 | Olympic Payroll - Taxes | 11,335.76 | EFT |
| 11/21/24 | Ecomm - Shopify - Soho | 185.91 | 11/27/24 | American Funds | 6,834.05 | EFT |
| 11/21/24 | Ecomm - Shopify - Oxford Affirm | 151.13 | 11/27/24 | Next Insurance - Worker's Comp. | 524.88 | EFT |
| 11/21/24 | Cardi's | 180.00 | 11/27/24 | Lucio Bello - 1099 Contractor | 760.00 | 7255 |
| 11/22/24 | Versant # 1 | 9,316.00 | 11/27/24 | Mario Sinohui - 1099 Contractor | 760.00 | 7256 |
| 11/22/24 | Versant # 2 | 38,483.00 | 11/27/24 | Ismael Rodriquez - 1099 Contractor | 720.00 | 7257 |
| 11/22/24 | Ecomm - Shopify - Oxford | 2,632.27 | 11/27/24 | Verizon - Wireless - Munir | 147.87 | EFT |
| 11/22/24 | Ecomm - Shopify - Soho | 734.63 | 11/27/24 | Verizon - Wireless - Lavina | 162.65 | EFT |
| 11/25/24 | Versant | 37,791.00 | 11/27/24 | Asia Payroll & M. Wang Expenses (11/24) | 13,552.00 | Wire |
| 11/25/24 | Ecomm - Shopify - Oxford | 2,206.81 | 11/27/24 | Amrutha Lakshmi - Foreign Contractor | 1,666.00 | Wire |
| 11/25/24 | Ecomm - Shopify - Soho | 40.57 | 11/27/24 | Delisha Dsouza - Foreign Contractor | 1,000.00 | Wire |
| 11/25/24 | Ecomm - Shopify - Soho | 314.93 | 11/27/24 | Best Furniture | 136,669.00 | Wire |
| 11/25/24 | Ecomm - Shopify - Soho Affirm | 919.17 | 11/27/24 | Mainfreight - Demurrage | 92,010.00 | Wire |
| 11/25/24 | Ecomm - Shopify - Soho Affirm | 875.39 | 11/27/24 | Qingdao - HY | 117,500.00 | Wire |
| 11/25/24 | Ecomm - Shopify - Soho Affirm | 39.22 | 11/27/24 | Bee Logistics | 16,755.41 | Wire |
| 11/25/24 | Bedroom Gallery | 994.00 | 11/27/24 | Bach Kiem | 3,667.50 | Wire |
| 11/26/24 | Versant(D) | 21,982.00 | 11/27/24 | FedEx | 1,609.90 | EFT |
| 11/26/24 | Ecomm - Shopify - Oxford | 5,098.70 | 11/27/24 | Versant - Advance Repayment (D) | 108,656.00 | (D) |
| 11/26/24 | Ecomm - Shopify - Soho | 3,774.65 | 11/29/24 | SFV - Demurrage | 3,547.50 | Wire |
| 11/27/24 | Versant #1 (D) | 76,156.00 | 11/29/24 | Ashley Cruz - Custome Refund | 249.00 | 7258 |
| 11/27/24 | Versant #2 (D) | 47,146.00 | 11/29/24 | Dawn Flaherty - Customer Refund | 100.00 | 7259 |
| 11/27/24 | Versant - Advance | 330,000.00 | 11/29/24 | Lacie LaJoie - Customer Refund | 149.00 | 7260 |
| 11/27/24 | Ecomm - Shopify - Oxford | 1,148.92 | 11/29/24 | Element78 | 225.00 | 7261 |
| 11/27/24 | Ecomm - Shopify - Soho | 3,030.56 | 11/29/24 | Comcast | 595.58 | 7262 |
| 11/27/24 | Ecomm - Shopify - Oxford Affirm | 1,210.73 | 12/2/24 | Accurate Transport | 4,165.00 | Wire |
| 11/27/24 | Stanley's Bedding | 390.00 | 12/2/24 | SFV - Demurrage | 5,612.40 | Wire |
| 11/29/24 | Ecomm - Shopify - Oxford | 192.12 | 12/2/24 | Accurate Transport | 546.00 | Wire |
| 11/29/24 | Ecomm - Shopify - Soho | 791.38 | 12/2/24 | Capital One - Credit Card Prepayment | 4,000.00 | ACH |
| 11/29/24 | Ecomm - Shopify - Soho | 1,906.60 | 12/3/24 | Sharp | 355.22 | EFT |
| 11/29/24 | Ecomm - Shopify - Oxford Affirm | 104.77 | 12/3/24 | UPS | 34.23 | EFT |
| 12/2/24 | Ecomm - Shopify - Oxford | 1,799.52 | 12/3/24 | Hoang Sinh (MA) | 132,407.78 | Wire |
| 12/2/24 | Ecomm - Shopify - Soho | 264.35 | 12/4/24 | Tomar | 3,518.01 | ACH |
| 12/2/24 | Ecomm - Shopify - Soho | 843.24 | 12/4/24 | Accurate Transport (B) | 600.10 | Wire |
| 12/2/24 | Ecomm - Shopify - Oxford Affirm | 1,100.65 | 12/4/24 | Buy Buy Baby - To Versant (A) | 3,317.49 | Wire |

**M Design Village**
**Statement of Cash Receipts & Disbursements - Checking (Operating) Account**
**11/18/24 - 12/31/24**

| Receipts | | | Disbursements | | | |
|---|---|---|---|---|---|---|
| **Date** | **Customer** | **Amount** | **Date** | **Supplier** | **Amount** | **Type** |
| 12/2/24 | Ecomm - Shopify - Soho Affirm | 420.03 | 12/4/24 | Accurate Transport | 1,785.00 | Wire |
| 12/2/24 | Bambi Baby | 37,630.45 | 12/4/24 | Chase - Service Charges - 11/24 | 1,788.30 | EFT |
| 12/2/24 | Bambi Baby | 30,961.98 | 12/5/24 | KRE | 74,375.24 | ACH |
| 12/2/24 | Raymour & Flanigan | 722.54 | 12/5/24 | Hoa Hin | 50,000.00 | Wire |
| 12/2/24 | Harco | 522.96 | 12/5/24 | Rob's Cleaning Service | 767.70 | 7263 |
| 12/2/24 | Pequeno Angelito | 2,730.00 | 12/5/24 | Freight & Logistics | 1,648.03 | Wire |
| 12/2/24 | Pequeno Angelito | 2,730.00 | 12/5/24 | One Circle Logistics (Bee) | 11,215.31 | Wire |
| 12/3/24 | Versant | 59,195.00 | 12/5/24 | First Insurance Funding | 20,849.87 | EFT |
| 12/3/24 | Ecomm - Shopify - Soho | 3,438.88 | 12/5/24 | Adam Singer - Employee Reimbursements | 1,616.68 | ACH |
| 12/3/24 | Ecomm - Shopify - Soho | 5,390.97 | 12/5/24 | Accurate Transport | 600.10 | Wire |
| 12/3/24 | Ecomm - Shopify - Soho Affirm | 196.08 | 12/5/24 | Ecomm - Shopify - Soho Affirm Refund | 629.99 | EFT |
| 12/3/24 | Ecomm - Shopify - Soho Affirm | 202.95 | 12/6/24 | Lucio Bello - 1099 Contractor | 760.00 | 7264 |
| 12/3/24 | Buy Buy Baby - To Versant (A) | 3,317.49 | 12/6/24 | Mario Sinohui - 1099 Contractor | 760.00 | 7265 |
| 12/4/24 | Versant | 137,185.00 | 12/6/24 | Ismael Rodriquez - 1099 Contractor | 720.00 | 7266 |
| 12/4/24 | Ecomm - Shopify - Oxford | 2,538.34 | 12/6/24 | Comcast (6833) | 768.03 | 7267 |
| 12/4/24 | Ecomm - Shopify - Soho | 2,733.44 | 12/6/24 | ecUtopia | 75.00 | 7268 |
| 12/4/24 | Ecomm - Shopify - Soho Affirm | 1,363.17 | 12/6/24 | NRG | 182.21 | 7269 |
| 12/4/24 | Overstock.com | 188.70 | 12/6/24 | Ed Eagen - Employee Reimbursements | 3,943.70 | ACH |
| 12/4/24 | Posh | 491.00 | 12/6/24 | Ecomm - Shopify - Oxford Affirm Refund | 501.60 | EFT |
| 12/4/24 | Returned Accurate Wire (B) | 555.10 | 12/9/24 | UPS | 58.48 | EFT |
| 12/5/24 | Versant | 68,595.00 | 12/9/24 | Qingdao - HY | 259,752.00 | Wire |
| 12/5/24 | Ecomm - Shopify - Oxford | 564.71 | 12/9/24 | Accurate Transport - Returned Wire Fee | 45.00 | Wire |
| 12/5/24 | Ecomm - Shopify - Soho | 2,061.48 | 12/10/24 | Accurate Transport | 1,566.40 | Wire |
| 12/6/24 | Versant | 33,586.00 | 12/10/24 | Buy Buy Baby - To Versant (C) | 6,999.30 | Wire |
| 12/6/24 | Ecomm - Shopify - Oxford | 411.01 | 12/10/24 | Accurate Transport | 2,000.00 | Wire |
| 12/9/24 | Versant #1 | 67,551.00 | 12/11/24 | Olympic Payroll | 39,396.61 | EFT |
| 12/9/24 | Versant #2 | 119,081.00 | 12/11/24 | Olympic Payroll - Taxes | 10,966.33 | EFT |
| 12/9/24 | Ecomm - Shopify - Oxford | 4,531.11 | 12/11/24 | Olympic Payroll - Fees | 172.24 | EFT |
| 12/9/24 | Ecomm - Shopify - Soho Affirm | 406.20 | 12/11/24 | American Funds | 4,219.72 | EFT |
| 12/9/24 | Bison Office | 3,040.30 | 12/11/24 | Next Insurance - Worker's Comp. | 564.80 | EFT |
| 12/9/24 | Bambi Baby | 4,503.00 | 12/12/24 | Freight & Logistics | 747.10 | Wire |
| 12/10/24 | Versant | 21,149.00 | 12/12/24 | Qingdao - HY | 50,787.00 | Wire |
| 12/10/24 | Ecomm - Shopify - Oxford | 698.79 | 12/13/24 | Lucio Bello - 1099 Contractor | 760.00 | 7270 |
| 12/10/24 | Ecomm - Shopify - Soho | 985.40 | 12/13/24 | Mario Sinohui - 1099 Contractor | 760.00 | 7271 |
| 12/10/24 | Ecomm - Shopify - Soho | 167.70 | 12/13/24 | Ismael Rodriquez - 1099 Contractor | 720.00 | 7272 |
| 12/10/24 | Buy Buy Baby - To Versant (C) | 6,999.30 | 12/13/24 | Qingdao - HY | 20,757.30 | Wire |
| 12/10/24 | Newborn Nursery | 40.00 | 12/13/24 | Hoa Hin | 50,000.00 | Wire |
| 12/11/24 | Versant | 13,099.00 | 12/13/24 | Best | 31,350.00 | Wire |
| 12/11/24 | Ecomm - Shopify - Oxford | 146.74 | 12/13/24 | One Circle Logistics (Bee) | 5,767.55 | Wire |
| 12/11/24 | Ecomm - Shopify - Soho | 1,906.18 | 12/13/24 | Mentfield | 3,900.00 | Wire |
| 12/11/24 | Ecomm - Shopify - Soho Affirm | 507.83 | 12/13/24 | Bureau Veritas - HK | 1,050.00 | Wire |
| 12/11/24 | Raymour & Flanigan | 227.50 | 12/13/24 | Freight & Logistics | 938.30 | Wire |
| 12/12/24 | Versant | 89,653.00 | 12/13/24 | FedEx | 1,931.01 | EFT |
| 12/12/24 | Ecomm - Shopify - Oxford | 1,364.32 | 12/13/24 | Capital One - Credit Card Prepayment | 1,000.00 | EFT |
| 12/12/24 | Ecomm - Shopify - Soho | 784.91 | 12/13/24 | Element78 | 225.00 | 7273 |
| 12/12/24 | The Classy Home | 4,372.00 | 12/16/24 | UPS | 32.90 | EFT |
| 12/13/24 | Versant #1 | 40,443.00 | 12/16/24 | EIDL SBA Loan | 2,515.00 | EFT |
| 12/13/24 | Versant #2 | 78,166.00 | 12/17/24 | DeLage | 210.99 | EFT |
| 12/13/24 | Ecomm - Shopify - Oxford | 639.23 | 12/17/24 | Mainfreight (1 of 3) | 39,425.00 | Wire |
| 12/13/24 | Ecomm - Shopify - Soho | 949.99 | 12/17/24 | Freight & Logistics | 552.12 | Wire |
| 12/13/24 | Ecomm - Shopify - Soho Affirm | 350.69 | 12/17/24 | Buy Buy Baby - To Versant (D) | 2,762.00 | Wire |
| 12/16/24 | Versant | 14,708.00 | 12/18/24 | Estes | 695.29 | ACH |
| 12/16/24 | Ecomm - Shopify - Oxford | 1,505.55 | 12/19/24 | Freight & Logistics | 880.15 | Wire |
| 12/16/24 | Ecomm - Shopify - Soho | 1,738.17 | 12/19/24 | Weather Vane | 1,998.00 | EFT |
| 12/16/24 | Ecomm - Shopify - Soho | 80.93 | 12/19/24 | Hoa Hin | 200,000.00 | Wire |

**M Design Village**
**Statement of Cash Receipts & Disbursements - Checking (Operating) Account**
**11/18/24 - 12/31/24**

| Receipts | | | Disbursements | | | |
|---|---|---|---|---|---|---|
| Date | Customer | Amount | Date | Supplier | Amount | Type |
| 12/16/24 | Ecomm - Shopify - Oxford Affirm | 39.22 | 12/19/24 | Bao Vehicles | 1,651.14 | Wire |
| 12/16/24 | Ecomm - Shopify - Soho Affirm | 812.40 | 12/19/24 | Chase (3062) - Business Expenses | 500.00 | EFT |
| 12/16/24 | Cardi's | 140.00 | 12/20/24 | FedEx | 2,670.83 | EFT |
| 12/16/24 | Cullens | 120.00 | 12/20/24 | Omega Computer | 948.75 | EFT |
| 12/17/24 | Versant | 66,549.00 | 12/20/24 | SFV | 4,270.00 | ACH |
| 12/17/24 | Ecomm - Shopify - Oxford | 3,419.92 | 12/20/24 | Ed Eagen - Employee Reimbursements | 4,190.04 | ACH |
| 12/17/24 | Ecomm - Shopify - Soho | 4,431.51 | 12/20/24 | ecUtopia | 75.00 | 7274 |
| 12/17/24 | Ecomm - Shopify - Soho | 629.89 | 12/20/24 | Essex Retirement | 415.00 | 7275 |
| 12/17/24 | Ecomm - Shopify - Oxford Affirm | 101.32 | 12/20/24 | Lucio Bello - 1099 Contractor | 760.00 | 7276 |
| 12/17/24 | Ecomm - Shopify - Oxford Affirm | 39.22 | 12/20/24 | Mario Sinohui - 1099 Contractor | 760.00 | 7277 |
| 12/17/24 | Ecomm - Shopify - Soho Affirm | 823.22 | 12/20/24 | Ismael Rodriquez - 1099 Contractor | 720.00 | 7278 |
| 12/17/24 | Ecomm - Shopify - Soho Affirm | 101.32 | 12/20/24 | ATM - Employee Appreciation | 600.00 | ATM |
| 12/17/24 | Overstock.com | 1,563.22 | 12/23/24 | Verizon | 145.37 | EFT |
| 12/17/24 | Buy Buy Baby - To Versant (D) | 2,762.00 | 12/23/24 | Verizon | 152.56 | EFT |
| 12/18/24 | Versant | 50,959.00 | 12/23/24 | UPS | 32.90 | EFT |
| 12/18/24 | Ecomm - Shopify - Oxford | 334.92 | 12/23/24 | Ecomm - Shopify - Oxford Affirm Refund | 896.14 | EFT |
| 12/18/24 | Ecomm - Shopify - Soho | 40.57 | 12/23/24 | Qingdao - HY | 164,609.50 | Wire |
| 12/18/24 | City Furniture | 29,819.00 | 12/24/24 | Olympic Payroll | 38,498.07 | EFT |
| 12/18/24 | Bambi Baby | 35,520.50 | 12/24/24 | Olympic Payroll - Taxes | 10,251.02 | EFT |
| 12/19/24 | Versant | 25,079.00 | 12/24/24 | American Funds | 3,973.52 | EFT |
| 12/19/24 | Ecomm - Shopify - Oxford | 1,174.18 | 12/24/24 | Next Insurance - Worker's Comp. | 558.74 | EFT |
| 12/19/24 | Ecomm - Shopify - Soho | 2,608.62 | 12/24/24 | Leaf Capital (Formerly OCS) | 421.23 | EFT |
| 12/19/24 | Ecomm - Shopify - Soho Affirm | 982.08 | 12/24/24 | Freight & Logistics | 1,096.39 | Wire |
| 12/19/24 | Raymour & Flanigan | 426.79 | 12/24/24 | Oxford Health | 15,796.73 | EFT |
| 12/20/24 | Versant | 25,028.00 | 12/26/24 | Ecomm - Shopify - Soho Affirm Refund | 628.60 | EFT |
| 12/20/24 | Ecomm - Shopify - Oxford | 40.57 | 12/26/24 | Rob's Cleaning Service | 767.70 | 7279 |
| 12/20/24 | Ecomm - Shopify - Soho | 209.86 | 12/26/24 | Buy Buy Baby - To Versant (E) | 2,072.00 | Wire |
| 12/20/24 | Ecomm - Shopify - Soho | 1,347.93 | 12/27/24 | Wuxi Tianxiu Textile | 67,990.00 | Wire |
| 12/23/24 | Versant | 12,955.00 | 12/27/24 | Versant - OA Repayment (F) | 75,000.00 | Wire |
| 12/23/24 | Ecomm - Shopify - Soho | 481.15 | 12/27/24 | Accurate Transport | 2,000.00 | Wire |
| 12/23/24 | Versant - Over Advance | 150,000.00 | 12/27/24 | FedEx | 1,756.67 | EFT |
| 12/24/24 | Versant | 40,020.00 | 12/27/24 | UPS | 32.90 | EFT |
| 12/24/24 | Ecomm - Shopify - Oxford | 2,267.21 | 12/27/24 | Omega Computer | 2,424.35 | EFT |
| 12/24/24 | Ecomm - Shopify - Soho | 2,634.56 | 12/27/24 | Capital One - Credit Card Prepayment | 3,000.00 | EFT |
| 12/26/24 | Versant | 30,857.00 | 12/27/24 | SPS | 9,175.69 | ACH |
| 12/26/24 | Ecomm - Shopify - Oxford | 268.27 | 12/27/24 | Estes | 792.16 | 7280 |
| 12/26/24 | Raymour & Flanigan | 507.78 | 12/27/24 | Pilot | 1,137.82 | 7281 |
| 12/26/24 | Buy Buy Baby - To Versant (E) | 2,072.00 | 12/27/24 | Bell Environmental | 347.08 | 7282 |
| 12/27/24 | Versant #1 (F) | 105,797.00 | 12/27/24 | Void | - | 7283 |
| 12/27/24 | Versant #2 | 20,326.00 | 12/27/24 | Great American Insurance | 1,000.00 | 7284 |
| 12/27/24 | Ecomm - Shopify - Oxford | 56.31 | 12/27/24 | Jersey Joe's Landscaping | 1,226.19 | 7285 |
| 12/27/24 | Ecomm - Shopify - Soho | 104.77 | 12/27/24 | NRG | 1,525.57 | 7286 |
| 12/30/24 | Versant #1 | 13,268.00 | 12/27/24 | Tom Schneider - 1099 Contractor | 420.00 | 7287 |
| 12/30/24 | Versant #2 | 51,941.00 | 12/27/24 | US Coffee | 320.81 | 7288 |
| 12/30/24 | Ecomm - Shopify - Oxford | 2,791.46 | 12/27/24 | Edwin Valerio - Customer Refund | 219.98 | 7289 |
| 12/30/24 | Ecomm - Shopify - Soho | 1,527.00 | 12/27/24 | Lucio Bello - 1099 Contractor | 760.00 | 7290 |
| 12/31/24 | Versant | 30,296.00 | 12/27/24 | Mario Sinohui - 1099 Contractor | 760.00 | 7291 |
| 12/31/24 | Ecomm - Shopify - Oxford | 3,083.29 | 12/27/24 | Ismael Rodriquez - 1099 Contractor | 720.00 | 7292 |
| 12/31/24 | Ecomm - Shopify - Soho | 6,072.42 | 12/30/24 | Ecomm - Shopify - Oxford Affirm Refund | 42.00 | EFT |
| 12/31/24 | United Health Care (Oxford) | 2,492.04 | 12/30/24 | Mainfreight (2 of 3) | 39,425.00 | Wire |
| **Total Receipts** | | **$ 2,640,289.38** | 12/30/24 | Qingdao - HY | 38,976.00 | Wire |
| | | | 12/30/24 | One Circle Logistics (Bee) | 615.00 | Wire |
| | | | 12/30/24 | Freight & Logistics | 1,584.14 | Wire |
| | | | 12/31/24 | Asia Payroll & M. Wang Expenses (12/24) | 13,141.00 | Wire |
| | | | 12/31/24 | Amrutha Lakshmi - Foreign Contractor | 1,966.00 | Wire |

**M Design Village**
**Statement of Cash Receipts & Disbursements - Checking (Operating) Account**
**11/18/24 - 12/31/24**

| Receipts | | | Disbursements | | | |
|---|---|---|---|---|---|---|
| Date | Customer | Amount | Date | Supplier | Amount | Type |
| | | | 12/31/24 | Delisha Dsouza - Foreign Contractor | 1,300.00 | Wire |
| | | | **Total Disbursements** | | **$ 2,682,259.85** | |

| Summary & Reconciliation | | |
|---|---|---|
| Opening Book Balance at 11/18/24 | $ | 69,447.31 |
| Total Cash Receipts | | 2,640,289.38 |
| Total Cash Disbursements | | (2,682,259.85) |
| Closing Book Balance at 12/31/24 | | 27,476.84 |
| Reconciling Items - See Attached | | 5,071.72 |
| Bank Statement Balance at 12/31/24 | $ | 32,548.56 |

1/16/2025

**M Design Village**
**Balance Sheet (*)**
**12/31/2024**

| ASSETS | | | LIABILITIES & EQUITY | |
|---|---|---|---|---|
| **Current Assets** | | | **Current Liabilities** | |
| **Cash** | | | **Accounts Payable** | |
| **1000 - Cash Accounts** | | | 3100 - Accounts Payable | 6,422,996.01 |
| 1025 - Petty Cash | $ | 300.00 | **Total Accounts Payable** | **6,422,996.01** |
| 1050 - Chase Bank | | 27,476.84 | | |
| 1075 - Chase Savings | | 551.32 | **Credit Card Payable** | |
| **Total Cash** | | **28,328.16** | **3250 - Credit Card Accounts** | |
| | | | 3255 - Chase Credit Card - 3062 | 9,678.11 |
| **Accounts Receivable** | | | 3260 - Chase Credit Card - 3927 | 85,018.65 |
| **1200 - Accounts Receivable** | | | 3265 - Capital One Credit Card - 9290 | (3,041.44) |
| 1205 - Accounts Receivable - USD | | 3,046,761.95 | **Total Credit Card Payable** | **91,655.32** |
| **Total Accounts Receivable** | | **3,046,761.95** | | |
| | | | **Other Current Liability** | |
| **Inventory** | | | | |
| **1300 - Inventory - Merchandise** | | | 3150 - Accrued Expenses | **312,557.37** |
| 1300 - Inventory - Merchandise | | 5,820,169.70 | | |
| 3101 - Merchandise In Transit | | 1,683,241.63 | **3300 - Short Term Loans** | |
| 1310 - Inventory - Obsolescence Reserve | | (92,015.00) | 3303 - Loan - Satwant Kaur Ahuja | 120,167.84 |
| **Total - 1300 - Inventory - Merchandise** | | **7,411,396.33** | 3304 - Loan - A.P. Ahuja | 178,623.22 |
| | | | 3305 - Loan - Trust / A.P. Ahuja | 106,440.16 |
| **Other Current Asset** | | | 3306 - Loan - 401k #1 -Lavina Dsouza | 1,417.47 |
| 1400 - Security Deposits | | 112,504.28 | 3307 - Loan - 401k- #1 - Munir Hussain | 1,506.55 |
| 1450 - Employee Loan | | 2,966,782.76 | 3309 - Loan - 401k - Munir #2 | 15,195.82 |
| 1510 - Prepaid Expenses | | 60,390.20 | 3315 - Loan - 401k - Lavina #2 | 15,579.16 |
| 1525 - Pre-Paid Insurance | | 46,240.58 | 3323 - Loan Payable - Gul Khan | 38,632.96 |
| 1526 - Factory Pre-Payments | | 70,737.30 | 3324 - Loan Payable - Ronald Sequeira | 50,000.00 |
| **Total Other Current Asset** | | **3,256,655.12** | 3313 - Loan Payable - Cloud Fund LLC | 484,486.98 |
| | | | 3314 - Loan Payable - Samson Funding | 342,319.72 |
| **Total Current Assets** | | **13,743,141.56** | 3316 - Loan Payable - Merk Funding | 244,244.57 |
| | | | 3320 - Loan Payable - RBLX Funding | 923,333.20 |
| **Fixed Assets** | | | 3325 - Loan Payable - Even Capital | 238,489.13 |
| **2100 - Furniture & Fixtures** | | | 3326 - Loan Payable - Dual Capital | 238,489.13 |
| 2105 - Furniture & Fixtures - Cost | | 55,785.01 | **Total Short Term Loans** | **2,998,925.91** |
| 2125 - Accum. Depr. - F & F | | (54,284.02) | | |
| **Total - 2100 - Furniture & Fixtures** | | **1,500.99** | **3500 - Factoring** | |
| **2200 - Computer Equipment** | | | 3510 - Factoring Advances | 6,345,709.52 |
| 2205 - Computer Equipment - Cost | | 51,202.31 | **Total Factoring** | **6,345,709.52** |
| 2225 - Accum. Depr. - Computer Equipment | | (42,089.10) | | |
| **Total - 2200 - Computer Equipment** | | **9,113.21** | **3550 - Bank Financing** | |
| **2300 - Warehouse Equipment** | | | 3555 - Line of Credit | 7,500,000.00 |
| 2305 - Warehouse Equipment - Cost | | 168,082.42 | **Total Bank Financing** | **7,500,000.00** |
| 2325 - Accum. Depr. - Warehouse Equip | | (124,807.50) | | |
| **Total - 2300 - Warehouse Equipment** | | **43,274.92** | **3570 - SBA Disaster Loans** | |
| **2400 - Tools & Equipment** | | | 3571 - SBA EIDL | 474,242.99 |
| 2405 - Tools & Equipment - Cost | | 1,562.08 | **Total SBA Disaster Loans** | **474,242.99** |
| 2425 - Accum. Depr. - Tools & Equip. | | (1,562.08) | | |
| **Total - 2400 - Tools & Equipment** | | **-** | **3600 - Sales Tax Payable** | |
| **2600 - Leasehold Improvements** | | | 3605 - Sales Taxes Payable NJ | 1,704.30 |
| 2605 - Leasehold Improvements - Cost | | 7,441.47 | **Total Sales Tax Payable** | **1,704.30** |
| 2625 - Accum. Depr. - Leasehold Impr. | | (7,441.47) | | |
| **Total - 2600 - Leasehold Improvements** | | **-** | **Total Other Current Liability** | **17,320,582.72** |
| **Total Fixed Assets** | | **53,889.12** | | |
| | | | **Total Current Liabilities** | **24,147,791.42** |
| **Other Assets** | | | | |
| **2700 - Intangible Assets** | | | **Long Term Liabilities** | |
| 2705 - Intangible Asset - Cost | | 1,000.00 | 3725 - Capital Lease - Oakmont | 12,966.23 |
| 2725 - Accum. Depr.-Intangible Assets | | (500.00) | 3850 - Lease Commitment (ASU 2016-02) | 4,157,367.63 |
| **Total - 2700 - Intangible Assets** | | **500.00** | **Total Long Term Liabilities** | **4,170,333.86** |
| | | | | |
| 2750 - Lease Asset (ASU 20162) | | 3,854,258.63 | **Equity** | |
| | | | 4300 - Return of Capital | (152,750.18) |
| **Total Other Assets** | | **3,854,758.63** | **Total - Equity** | **(152,750.18)** |
| | | | Retained Earnings | (4,508,341.75) |
| **Total ASSETS** | | **$ 17,651,789.31** | Net Income | (6,005,244.04) |
| | | | **Total Equity** | **(10,666,335.97)** |
| | | | | |
| | | | **Total Liabilities & Equity** | **$ 17,651,789.31** |

**Note:**
(*) Detail for all accounts available upon requst.

1/20/2025

# M Design Village
## Statement of Operations
### 11/18/24 - 12/31/24

**Financial Row**

| | | |
|---|---|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| **5000 - Sales** | | |
| 5100 - Sales - Merchandise | $ | 2,337,843.99 |
| 5105 - Sales - Discount  Allowance | | (50,939.35) |
| 5110 - Sales - Terms Discount | | (31,773.54) |
| **Total - 5000 - Sales** | | **2,255,131.10** |
| **Total - Income** | | **2,255,131.10** |
| | | |
| **Cost Of Sales** | | |
| **6000 - Cost of Good Sold** | | |
| 6100 - Cost of Goods Sold-Merchandise | | 1,661,944.19 |
| **Total - Cost Of Sales** | | **1,661,944.19** |
| **Gross Profit** | | **593,186.91** |
| | | |
| **Expense** | | |
| **7100 - Salaries & Wages** | | |
| 7101 - Salaries & Wages - Executive | | 24,685.93 |
| 7102 - Salaries & Wages - Operations | | 75,463.03 |
| 7103 - Salaries & Wages - Finance | | 25,174.72 |
| 7104 - Salaries & Wages - Sales & Mar. | | 19,441.55 |
| 7105 - Salaries & Wages - Admin. | | 16,643.49 |
| 7106 - Salaries & Wages - Warehouse | | 32,598.10 |
| **Total - 7100 - Salaries & Wages** | | **194,006.82** |
| 7120 - Payroll Taxes | | 11,561.04 |
| **7150 - Employee Benefits** | | |
| 7155 - Health Insurance - Employee | | 25,160.71 |
| 7160 - Life Insurance | | - |
| 7170 - Workers Compensation | | 1,805.42 |
| 7190 - 401K Company Contributions | | 2,514.87 |
| **Total - 7150 - Employee Benefits** | | **29,481.00** |
| **7203 - Other Travel** | | |
| 7203-1 - Other Travel - General | | |
| 7203-3 - Other Travel - Asia Office | | 4,070.30 |
| **Total - 7203 - Other Travel** | | **4,070.30** |
| **Total - 7200 - Travel Expense** | | **4,070.30** |
| 7205 - Asia Office Expenses | | |
| **7210 - Business Meals** | | |
| 7211 - Business Meals - General | | 236.25 |
| 7213 - Business Meals - Asia Office | | 1,917.37 |
| **Total - 7210 - Business Meals** | | **2,153.62** |
| **7220 - Entertainment Expense** | | |
| **7250 - Contract Labor** | | |
| 7252 - Contract Labor - Warehouse Staff | | 14,336.00 |
| 7253 - Contract Labor - Asia Staff | | 25,640.00 |
| 7254 - Contract Labor - Sales Commissions | | - |
| 7255 - Contract Labor - India Staff | | 5,932.00 |
| **Total - 7250 - Contract Labor** | | **45,908.00** |
| **7300 - Rent Expense** | | |
| 7301 - Rent Expense - Somerset NJ Office | | 96,754.48 |
| 7303 - Rent Expense - Vietnam Apartment | | 3,678.38 |
| **Total - 7300 - Rent Expense** | | **100,432.86** |
| 7310 - Real Estate Taxes & Insurance | | 16,880.25 |
| **7320 - Utilities** | | |
| 7321 - Utilities - Gas & Electric | | 14,008.89 |
| 7322 - Utilities - Water & Sewer | | 778.59 |

1/20/2025

# M Design Village
## Statement of Operations
### 11/18/24 - 12/31/24

**Financial Row**

| | |
|---|---|
| **Total - 7320 - Utilities** | **14,787.48** |
| 7325 - Telecommunications Expense | 3,329.97 |
| **7330 - Computer and Internet Expenses** | |
| 7332 - EDI Expenses | 13,876.03 |
| 7333 - Website Expenses | 606.50 |
| 7334 - Enterprise Cloud Services | 12,512.52 |
| **Total - 7330 - Computer and Internet Expenses** | **$26,995.05** |
| **7340 - Office Maintenance** | |
| 7341 - Cleaning Service | 1,151.55 |
| 7343 - Landscaping | - |
| 7345 - Security | 444.95 |
| 7346 - Pest Control | 173.54 |
| **Total - 7340 - Office Maintenance** | **1,770.04** |
| 7350 - Office Supplies | 2,202.14 |
| 7352 - Warehouse Supplies | 3,518.01 |
| 7353 - Repairs and Maintenance | 423.83 |
| **7355 - Postage** | |
| 7357 - UPS Expenses | 286.82 |
| **Total - 7355 - Postage** | **286.82** |
| 7370 - Office Equipment Rental | (1,097.98) |
| **7400 - Professional Fees** | |
| 7401 - Accounting Fees | (9,717.00) |
| 7402 - Consulting Fees | 415.00 |
| 7403 - Legal Fees | - |
| **Total - 7400 - Professional Fees** | **(9,302.00)** |
| **7410 - Advertising and Promotion** | |
| 7411 - Graphic Design | 420.00 |
| 7412 - Photography | - |
| 7414 - Social Media | 2,535.00 |
| 7416 - Bazaar Voice / Reviews / Gift Cards | 1,500.00 |
| **Total - 7410 - Advertising and Promotion** | **4,455.00** |
| **7430 - Freight Expense** | |
| 7431 - Air Freight | |
| 7433 - Domestic Freight - Repl. Parts | 5,419.74 |
| 7434 - Ocean Freight - Samples / Parts / Demurrage | 11,443.46 |
| 7435 - Delivery Charges / (Income) | 21,723.75 |
| **Total - 7430 - Freight Expense** | **38,586.95** |
| **7440 - Insurance Expense** | |
| 7442 - General Liability Insurance | 26,313.53 |
| 7444 - Ocean Marine Insurance | 3,000.00 |
| 7445 - Accidental Death/Dismemberment Insurance | 158.00 |
| 7446 - D & O / EPLI Insurance | 849.48 |
| 7448 - Cyber Insurance | 623.44 |
| **Total - 7440 - Insurance Expense** | **30,944.45** |
| **7450 - Registration & Licensing Expense** | |
| 7451 - Compliance /Testing | 32,798.90 |
| 7454 - Other Registration & Licensing Expense | 6,808.99 |
| **Total - 7450 - Registration & Licensing Expense** | **39,607.89** |
| **7470 - Bank / CC Service Charges** | |
| 7470 - Bank / CC Service Charges | 7,114.69 |
| 7471 - Bank Fees - Shopify | 555.04 |
| **Total - 7470 - Bank / CC Service Charges** | **7,669.73** |
| 7480 - Payroll Processing Fee | 325.35 |
| 7490 - Other Misc. Expenses | 1,417.00 |
| **7510 - Customer Expenses** | |
| 7511 - Floor Model Display / Markdown Expense | 752.85 |

# M Design Village
## Statement of Operations
### 11/18/24 - 12/31/24

**Financial Row**

| | |
|---|---:|
| 7514 - Bad Debt / Payment Disputes | 292.00 |
| 7516 - Chargebacks | 13,688.77 |
| 7517 - Customer Promotions - Other | 24,707.16 |
| 7518 - Product Damages | 16,570.70 |
| 7523 - Returned Merchandise | 13,005.43 |
| 7524 - Digital Accrual Fee - Target | 33,999.49 |
| 7525 - Walmart COOP | - |
| **Total - 7510 - Customer Expenses** | **103,016.40** |
| **7530 - Amazon Expenses** | |
| 7534 - Amazon - Chargebacks | 14,382.18 |
| 7536 - Amazon - Returns | 956.48 |
| **Total - 7530 - Amazon Expenses** | **15,338.66** |
| **7575 - Wayfair Expenses** | |
| 7576 - Wayfair Returns | 3,254.58 |
| **Total - 7575 - Wayfair Expenses** | **3,254.58** |
| 7900 - Depreciation Expense | 3,782.94 |
| **Total - Expense** | **695,806.20** |
| | |
| **Net Ordinary Loss** | **(102,619.29)** |
| **Other Income and Expenses** | |
| **Other Income** | |
| 8100 - Interest Income | 0.02 |
| **Total - Other Income** | **0.02** |
| | |
| **Other Expense** | |
| 8300 - Interest Expense | 94,248.00 |
| 8310 - Ins / Lease Finance Charges | 226.05 |
| 8325 - Interest Expense - Factor | 69,902.46 |
| **8300 - Interest Expenses** | **164,376.51** |
| | |
| 8335 - Factor Expenses | 1,238.75 |
| **Total - 8315 - Factor Expenses** | **1,238.75** |
| 8400 - Inventory Adjustments | 6,353.56 |
| 8500 - Cost of Goods Sold Adjustments | - |
| 8800 - State Sales Taxes | 0.05 |
| **Total - Other Expense** | **171,968.87** |
| | |
| **Net Other Income/(Expense)** | **(171,968.85)** |
| | |
| **Net Loss** | **$    (274,588.14)** |

1/20/2025

# M Design Village
## A/R Aging Summary
### As of December 31, 2024

| Customer | Current | 12/1/2024 - 12/30/2024 (30) | 11/1/2024 - 11/30/2024 (60) | 10/2/2024 - 10/31/2024 (90) | Before 10/2/2024 (>90) | Total |
|---|---|---|---|---|---|---|
| 1 | $ 96,574.29 | $ - | $ - | $ - | $ - | $ 96,574.29 |
| 2 | 575,994.00 | - | - | - | - | 575,994.00 |
| 3 | 294,078.05 | 2,012.00 | - | - | 11,981.88 | 308,071.93 |
| 4 | 31,747.10 | (680.00) | - | - | (91.20) | 30,975.90 |
| 5 | - | 2,390.00 | - | - | - | 2,390.00 |
| 6 | 1,878.00 | - | - | - | - | 1,878.00 |
| 7 | - | - | 59,808.00 | 61,703.00 | 81,575.96 | 203,086.96 |
| 8 | - | 7,452.00 | 29,252.00 | 35,758.00 | 8,514.50 | 80,976.50 |
| 9 | 292.00 | - | - | - | - | 292.00 |
| 10 | - | 7,902.00 | - | - | - | 7,902.00 |
| 11 | - | - | 240.00 | - | - | 240.00 |
| 12 | 65,966.28 | (329.70) | - | - | - | 65,636.58 |
| 13 | 4,890.00 | - | - | - | - | 4,890.00 |
| 14 | 60,433.00 | - | - | - | - | 60,433.00 |
| 15 | 13,665.00 | 3,625.00 | - | - | - | 17,290.00 |
| 16 | 1,298.72 | 191.99 | - | - | - | 1,490.71 |
| 17 | - | (795.00) | - | - | - | (795.00) |
| 18 | 1,666.00 | - | - | - | - | 1,666.00 |
| 19 | 670.00 | - | - | - | (32.00) | 638.00 |
| 20 | 1,008.00 | - | - | - | - | 1,008.00 |
| 21 | 84,970.00 | - | - | - | - | 84,970.00 |
| 22 | 164,749.00 | - | - | - | - | 164,749.00 |
| 23 | - | - | - | - | (100.78) | (100.78) |
| 24 | 1,413.00 | - | - | - | - | 1,413.00 |
| 25 | - | - | - | - | 24,900.00 | 24,900.00 |
| 26 | 9,110.00 | 120.00 | - | 30.00 | 96.00 | 9,356.00 |
| 27 | 1,126,759.50 | 88,092.01 | 8.21 | - | 1,456.00 | 1,216,315.72 |
| 28 | - | 0.01 | - | - | 0.05 | 0.06 |
| 29 | 2,261.60 | 79.20 | 55.50 | - | - | 2,396.30 |
| 30 | 81,472.53 | - | - | - | 651.25 | 82,123.78 |
| | $ 2,620,896.07 | $ 110,059.51 | $ 89,363.71 | $ 97,491.00 | $ 128,951.66 | $ 3,046,761.95 |

1/21/2025

**M Design Village**
**M Design A/P Aging Summary - Post Petition**
**As of December 31, 2024**

| Vendor | Current | 12/9/2024 - 1/7/2025 (30) | 11/9/2024 - 12/8/2024 (60) | 10/10/2024 - 11/8/2024 (90) | Before 10/10/2024 (>90) | Total | Comments |
|---|---|---|---|---|---|---|---|
| 434 Accurate Transport | $ (920.40) | $ - | $ - | $ - | $ - | $ (920.40) | Prepayment |
| 455 Anderson Merchandisers LLC | - | 752.85 | - | - | - | 752.85 | |
| 145 B&H Securities | - | 444.95 | - | - | - | 444.95 | |
| 274 Bach Kiem Albion Co., LTD | - | (10.00) | - | - | - | (10.00) | |
| 191 Bao Vehicles | 1,645.13 | - | - | - | - | 1,645.13 | |
| 316 Bazaarvoice | 1,500.00 | - | - | - | - | 1,500.00 | |
| 345 Best Furniture International Corp. | 426,486.00 | 212,927.00 | - | - | - | 639,413.00 | |
| 101 Bureau Veritas Consumer Products | - | 31,698.90 | - | - | - | 31,698.90 | |
| 296 Bureau Veritas Hong Kong Limited Kowloon Bay Office | 50.00 | - | - | - | - | 50.00 | |
| 490 CastleGate Logistics Inc. | 49,180.02 | 12,445.00 | - | - | - | 61,625.02 | |
| 44 Comcast-6833 | - | 759.88 | - | - | - | 759.88 | |
| 241 De Lage Landen Financial Services | 210.99 | - | - | - | - | 210.99 | |
| 142 Edward Eagen | 8,662.73 | - | - | - | - | 8,662.73 | |
| 282 Element 78 Partners, LLC | - | 176.25 | - | - | - | 176.25 | |
| 84 Fedex | 720.56 | 888.44 | - | - | - | 1,609.00 | |
| 257 First Insurance Funding | - | 20,849.87 | - | - | - | 20,849.87 | |
| 489 Freight and Logistics, Inc. | - | 10.00 | - | - | - | 10.00 | |
| 325 Hoa Hinh Co., LTD | 61,824.20 | 90,756.22 | - | - | - | 152,580.42 | |
| 242 Hoang Sinh Import Export Joint Stock Comp | - | (615.00) | - | - | - | (615.00) | |
| 333 Jupiter Industries | - | 13,370.00 | - | - | - | 13,370.00 | |
| 492 Leaf Capital Funding, LLC | 421.23 | - | - | - | - | 421.23 | |
| 448 Maersk Customs Services USA Inc. | 37,189.80 | 181.06 | - | - | - | 37,370.86 | |
| 446 Mainfreight Inc. (US) | 127,144.76 | 39,425.00 | - | - | - | 166,569.76 | |
| 53 Modern Group LTD | 423.83 | - | - | - | - | 423.83 | |
| 186 Omega Systems Consultants / ACE | 371.25 | - | - | - | - | 371.25 | |
| 485 One Circle Logistics (USA) Corporation | - | 55,816.06 | - | - | - | 55,816.06 | |
| 461 Oracle Credit Corp (OFD Contrats) | - | 4,475.35 | - | - | - | 4,475.35 | |
| 94 Pilot Freight Services | - | 154.19 | - | - | - | 154.19 | |
| 324 Preferred Business Systems, Inc. | - | 189.95 | - | - | - | 189.95 | |
| 468 Progistics Distribution , LLC DBA FragilePak | 2,872.95 | 7,226.49 | - | - | - | 10,099.44 | |
| 223 PSE&G CO | - | 7,195.50 | - | - | - | 7,195.50 | |
| 349 QingDao HongYang Wooden Co.,LTD | 145,607.00 | - | - | - | - | 145,607.00 | |
| 418 Savino Del Bene - New York | - | 5,306.54 | - | - | - | 5,306.54 | |
| 322 SFV Trucking Inc. | 22,364.40 | 11,670.00 | - | - | - | 34,034.40 | |
| 306 Sharp Business Systems | - | 355.22 | - | - | - | 355.22 | |
| 236 Soulcraft Group | 187.50 | 225.00 | - | - | - | 412.50 | |
| 139 SPS Commerce | 9,175.69 | - | - | - | - | 9,175.69 | |
| 219 Tin Phuoc Express | - | 198.00 | - | - | - | 198.00 | |
| 64 U S Coffee | 227.11 | - | - | - | - | 227.11 | |
| 289 UL Verification Services Inc. | - | 1,298.00 | - | - | - | 1,298.00 | |
| 216 UPS | 61.85 | - | - | - | - | 61.85 | |
| 13 Versant Funding LLC | 66,402.00 | 27,846.00 | - | - | - | 94,248.00 | |
| **Total** | **$ 961,808.60** | **$ 546,016.72** | **$ -** | **$ -** | **$ -** | **$ 1,507,825.32** | |

1/20/2025

## M DESIGN VILLAGE, LLC
## Fixed Assets - Summary
## 12/31/24

| Description | Ending Cost | Closing Accumulated Depreciation | Ending Book Value |
|---|---|---|---|
| FURNITURE & FIXTURES - A\C's 2105\2125 | 55,785.01 | 54,284.02 | 1,500.99 |
| DISPLAYS - A\C'S 2106\2126 | - | 0.00 | (0.00) |
| COMPUTER EQUIPMENT - A\C's 2205\2225 | 51,202.31 | 42,089.10 | 9,113.21 |
| WAREHOUSE EQUIPMENT - A\C's 2305\2325 | 168,082.42 | 124,807.50 | 43,274.92 |
| TOOLS & EQUIPMENT - A\C's 2405\2425 | 1,562.08 | 1,562.08 | - |
| LEASEHOLD IMPROVEMENTS - A\C's 2605\2625 | 7,441.47 | 7,441.47 | 0.00 |
| GOODWILL - A\C's 2705\2725 | 1,000.00 | 500.00 | 500.00 |

## M DESIGN VILLAGE, LLC
### Fixed Assets - Baby Division
### 12/31/24

| Description | Date In Service | Depreciation Method | Opening Cost | Additions | Deletions | Ending Cost | Opening Accumulated Depreciation | Current Year Depreciation | Closing Accumulated Depreciation | Ending Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| **FURNITURE & FIXTURES - A/C# 2105\1215** | | | | | | | | | | |
| FURNITURE & FIXTURES | 6/30/2015 | SL - 5 Yrs. HYC | 13,747.78 | | | 13,747.78 | 13,747.78 | - | 13,747.78 | - |
| 2016 FF Additions | 6/30/2016 | SL - 5 Yrs. HYC | 6,298.26 | | | 6,298.26 | 6,298.26 | - | 6,298.26 | - |
| TRADE SHOW WALLS | 8/27/2016 | SL - 5 Yrs. HYC | 21,835.55 | | | 21,835.55 | 21,835.55 | - | 21,835.55 | - |
| 2017 FURNITURE AND FIXTURES | 6/30/2017 | SL - 5 Yrs. HYC | 6,005.60 | | | 6,005.60 | 6,005.60 | - | 6,005.60 | - |
| 2019 ADDITIONS-BABY | 6/30/2019 | SL - 5 Yrs. HYC | 1,026.69 | | | 1,026.69 | 924.02 | 102.67 | 1,026.69 | (0.00) |
| DESK & CHAIRS | 8/15/2020 | SL - 5 Yrs. HYC | 5,046.71 | | | 5,046.71 | 3,448.59 | 1,009.34 | 4,457.93 | 588.78 |
| DESK & CHAIRS | 1/31/2022 | SL - 5 Yrs. HYC | 881.26 | | | 881.26 | 264.38 | 176.25 | 440.63 | 440.63 |
| DESK & CHAIRS | 3/15/2022 | SL - 5 Yrs. HYC | 943.16 | | | 943.16 | 282.95 | 188.63 | 471.58 | 471.58 |
| | | | 55,785.01 | | | 55,785.01 | 52,807.13 | 1,476.90 | 54,284.02 | 1,500.99 |
| **DISPLAYS - A/C# 2106\1216** | | | | | | | | | | |
| Walmart - 2023 | 2023 | SL - 3 Yrs. HYC | 178,111.60 | | | 178,111.60 | 29,685.27 | 59,370.53 | 89,055.80 | 89,055.80 |
| Buy Buy Baby - 2023 | 2023 | SL - 3 Yrs. HYC | 37,609.00 | | | 37,609.00 | 6,268.17 | 12,536.33 | 18,804.50 | 18,804.50 |
| Walmart & Target - 2024 | 2024 | SL - 3 Yrs. HYC | - | 440,925.00 | | 440,925.00 | | 73,487.50 | 73,487.50 | 367,437.50 |
| Write-Off Related to Ch. 11 Filing | 2024 | SL - 3 Yrs. HYC | | | | (656,645.00) | (35,953.43) | (145,394.37) | (181,341.80) | (475,297.80) |
| | | | 215,720.60 | 440,925.00 | | | 0.00 | 0.00 | (0.00) | |
| **COMPUTER EQUIPMENT - A/C# 2205\1225** | | | | | | | | | | |
| COMPUTER EQUIPMENT | 6/30/2015 | SL - 3 Yrs. HYC | 3,717.42 | | | 3,717.42 | 3,717.42 | - | 3,717.42 | - |
| 2016 COMPUTER EQUIPMENT | 3/31/2016 | SL - 3 Yrs. HYC | 4,293.31 | | | 4,293.31 | 4,293.31 | - | 4,293.31 | - |
| 2017 COMPUTER EQUIPMENT | 6/30/2017 | SL - 3 Yrs. HYC | 6,793.27 | | | 6,793.27 | 6,793.27 | - | 6,793.27 | - |
| COMPUTER EQUIPMENT CRUCIAL.COM | 4/16/2018 | SL - 3 Yrs. HYC | 171.64 | | | 171.64 | 171.64 | - | 171.64 | - |
| COMPUTER EQUIPMENT MIDCOM | 5/2/2018 | SL - 3 Yrs. HYC | 351.86 | | | 351.86 | 351.86 | - | 351.86 | - |
| COMPUTER EQUIPMENT MIDCOM | 5/10/2018 | SL - 3 Yrs. HYC | 1,118.50 | | | 1,118.50 | 1,118.50 | - | 1,118.50 | - |
| 2019 ADDITIONS BABY | 6/30/2019 | SL - 3 Yrs. HYC | 3,970.31 | | | 3,970.31 | 3,970.31 | - | 3,970.31 | - |
| COMPUTER,MONITOR,SOFTWARE | 1/1/2020 | SL - 3 Yrs. HYC | 1,862.53 | | | 1,862.53 | 1,862.53 | - | 1,862.53 | - |
| COMPUTER,MONITOR,SOFTWARE | 8/15/2020 | SL - 3 Yrs. HYC | 2,112.32 | | | 2,112.32 | 2,112.32 | - | 2,112.32 | - |
| Laptop & Camera - QC China | 3/24/2021 | SL - 3 Yrs. HYC | 1,223.00 | | | 1,223.00 | 815.33 | 407.67 | 1,223.00 | - |
| Laptop - Ed Eagen | 4/15/2021 | SL - 3 Yrs. HYC | 1,330.00 | | | 1,330.00 | 886.67 | 443.33 | 1,330.00 | - |
| Laptop | 7/6/2021 | SL - 3 Yrs. HYC | 1,322.12 | | | 1,322.12 | 881.41 | 440.71 | 1,322.12 | - |
| Lenovo Laptop - Adam Singer | 10/20/2021 | SL - 3 Yrs. HYC | 2,335.06 | | | 2,335.06 | 1,556.71 | 778.35 | 2,335.06 | - |
| Thermal Label Printer | 1/18/2022 | SL - 3 Yrs. HYC | 1,226.88 | | | 1,226.88 | 613.44 | 408.96 | 1,022.40 | 204.48 |
| Dell Laptops (2) | 2/12/2022 | SL - 3 Yrs. HYC | 3,150.92 | | | 3,150.92 | 1,575.46 | 1,050.31 | 2,625.77 | 525.15 |
| Laptops (2) for QC | 5/31/2022 | SL - 3 Yrs. HYC | 1,031.14 | | | 1,031.14 | 515.57 | 343.71 | 859.28 | 171.86 |
| Monitors & keyboards (3) - Asia Office | 7/31/2022 | SL - 3 Yrs. HYC | 546.00 | | | 546.00 | 273.00 | 182.00 | 455.00 | 91.00 |
| Laptops (2) & Printer - Asia Office | 10/30/2022 | SL - 3 Yrs. HYC | 1,138.80 | | | 1,138.80 | 569.40 | 379.60 | 949.00 | 189.80 |
| Laptop - Munir | 12/6/2022 | SL - 3 Yrs. HYC | 3,002.26 | | | 3,002.26 | 1,501.13 | 1,000.75 | 2,501.88 | 500.38 |
| Laptop - Joanne | 6/26/2023 | SL - 3 Yrs. HYC | 1,534.33 | | | 1,534.33 | 255.72 | 511.44 | 767.16 | 767.17 |
| Laptop - Jason VN | 7/30/2023 | SL - 3 Yrs. HYC | 1,240.24 | | | 1,240.24 | 206.71 | 413.41 | 620.12 | 620.12 |
| Desktop - Dana | 12/4/2023 | SL - 3 Yrs. HYC | 1,955.70 | | | 1,955.70 | 205.95 | 651.90 | 977.85 | 977.85 |
| Lenovo Laptop - Lavina | 2/14/2024 | SL - 3 Yrs. HYC | | 2,907.43 | | 2,907.43 | | 484.57 | 484.57 | 2,422.86 |
| Laptop - Armit - India | 4/15/2024 | SL - 3 Yrs. HYC | | 1,348.34 | | 1,348.34 | | 224.72 | 224.72 | 1,123.62 |
| Laptop - Delisha - India | 5/14/2024 | SL - 3 Yrs. HYC | | 1,388.93 | | 1,388.93 | | | | 1,388.93 |
| 2nd Monitor - Delisha | 8/29/2024 | SL - 3 Yrs. HYC | | 130.00 | | 130.00 | | | | 130.00 |
| | | | 45,427.61 | 5,774.70 | | 51,202.31 | 34,367.66 | 7,721.45 | 42,089.10 | 9,113.21 |

M DESIGN VILLAGE, LLC
Fixed Assets - Baby Division
12/31/24

| Description | Date In Service | Depreciation Method | Opening Cost | Additions | Deletions | Ending Cost | Opening Accumulated Depreciation | Current Year Depreciation | Closing Accumulated Depreciation | Ending Book Value |
|---|---|---|---|---|---|---|---|---|---|---|
| **WAREHOUSE EQUIPMENT - A/C's 2365\2325** | | | | | | | | | | |
| WAREHOUSE EQUIP | 4/8/2015 | SL - 3 Yrs. HYC | 528.30 | | | 528.30 | 528.30 | - | 528.30 | - |
| FORKLIFT | 10/6/2016 | SL - 5 Yrs. HYC | 26,809.53 | | | 26,809.53 | 26,809.53 | - | 26,809.53 | - |
| 2017 WAREHOUSE EQUIPMENT | 6/30/2017 | SL - 5 Yrs. HYC | 16,280.46 | | | 16,280.46 | 16,280.46 | - | 16,280.46 | - |
| ALWAYS EQUIPMENT | 1/30/2018 | SL - 5 Yrs. HYC | 464.89 | | | 464.89 | 464.89 | - | 464.89 | - |
| ALWAYS EQUIPMENT | 11/12/2018 | SL - 5 Yrs. HYC | 6,544.64 | | | 6,544.64 | 6,544.64 | - | 6,544.64 | - |
| 2019 ADDITIONS BABY | 6/30/2019 | SL - 5 Yrs. HYC | 24,923.56 | | | 24,923.56 | 22,431.21 | 2,492.36 | 24,923.56 | (0.00) |
| WAREHOUSE RACKS-ALWAYS EQUIP. | 6/16/2020 | SL - 5 Yrs. HYC | 5,341.91 | | | 5,341.91 | 3,739.34 | 1,068.38 | 4,807.72 | 534.19 |
| ELECTRIC JACK | 8/15/2020 | SL - 5 Yrs. HYC | 2,227.40 | | | 2,227.40 | 1,522.06 | 445.48 | 1,967.54 | 259.86 |
| Pallet Jack | 2/1/2022 | SL - 5 Yrs. HYC | 5,219.29 | | | 5,219.29 | 1,565.79 | 1,043.86 | 2,609.65 | 2,609.65 |
| Storage Trailers - Used | 8/31/2022 | SL - 5 Yrs. HYC | 52,000.00 | | | 52,000.00 | 15,600.00 | 10,400.00 | 26,000.00 | 26,000.00 |
| WAREHOUSE RACKS-FIRST ACCESS | 11/23/2022 | SL - 5 Yrs. HYC | 7,090.31 | | | 7,090.31 | 2,127.09 | 1,418.06 | 3,545.16 | 3,545.16 |
| FORKLIFT | 12/20/2022 | SL - 5 Yrs. HYC | 20,652.13 | | | 20,652.13 | 6,195.64 | 4,130.43 | 10,326.07 | 10,326.07 |
| | | | 168,082.42 | - | - | 168,082.42 | 103,808.94 | 20,998.56 | 124,807.50 | 43,274.97 |
| **TOOLS & EQUIPMENT - A/C's 2405\2425** | | | | | | | | | | |
| TOOLS & EQUIP | 2/13/2015 | SL - 3 Yrs. HYC | 1,562.08 | | | 1,562.08 | 1,562.08 | - | 1,562.08 | - |
| | | | 1,562.08 | | | 1,562.08 | 1,562.08 | - | 1,562.08 | - |
| **LEASEHOLD IMPROVEMENTS - A/C's 2605\2625** | | | | | | | | | | |
| SIGNS | 6/30/2015 | SL - 7 Yrs. | 1,920.24 | | | 1,920.24 | 1,920.24 | - | 1,920.24 | - |
| LEASEHOLD IMPROVEMENTS | 6/30/2015 | SL - 7 Yrs. | 5,521.23 | | | 5,521.23 | 5,521.23 | - | 5,521.23 | - |
| | | | 7,441.47 | | | 7,441.47 | 7,441.47 | - | 7,441.47 | - |

1/10/2025

**M DESIGN VILLAGE, LLC**
**Fixed Assets - Adult Division**
**12/31/24 (*)**

| Description | Date In Service | Depreciation Method | Opening Cost | Additions | Deletions | Ending Cost | Opening Accumulated Depreciation | Current Year Depreciation | Deletions | Closing Accumulated Depreciation | Ending Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GOODWILL - A\C's 2705\2725** | | | | | | | | | | | |
| GOODWILL | 7/1/2017 | SL - 15 Yrs. | 1,000.00 | - | - | 1,000.00 | 433.34 | 66.67 | - | 500.00 | 500.00 |
| | | | 1,000.00 | | | 1,000.00 | 433.34 | 66.67 | | 500.00 | 500.00 |

(*) NC Facilities were completely closed down in 2022. The only asset that remains is Goodwill as that was acquired when we purchased BK Home and that part of the business remains; it has been consolidated into our NJ operations.

1/10/2025

**M Design Village**
**Schedule of Payments to Professionals**
**11/18/24 - 12/31/24**

| Description | Amount |
|---|---|
| NONE | |

1/16/2025

**M Design Village**
**Schedule of Payments to Insiders**
**11/18/24 - 12/31/24**

|  Description | Amount |
| --- | --- |
| NONE | |

CHASE **O** *for* BUSINESS®

Printed from Chase for Business

## PLAT BUS CHECKING (...8810)

M DESIGN VILLAGE, LLC

# $24,421.18
Available balance

$551.32
Available credit

$24,972.50
Available plus credit

$24,421.18
Present balance

## Account activity

SHOWING

| Search ⌄ |
| --- |

Filtered by:  Nov 18, 2024 to Nov 30, 2024     All transactions

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Nov 29, 2024 | ORIG CO NAME:OLYMPIC PAYROLL ORIG ID:1222394782 DESC DATE:241127 CO ENTRY DESCR:P/R TAXES SEC:PPD TRACE#:026014386452802 EED:241129 IND ID:472821514-D33 IND NAME:M DESIGN VILLAGE LLC PAYROLL TAXES TRN: 3346452802TC | ACH debit | -$11,335.76 | $11,391.26 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: TD BANK, NA/026013673 A/C: HAN SUN CHEN STATEN ISLAND NY 10305 US REF: DEMURRAGE FOR 3 CONTAINERS IMAD: 1129MMQFMP2N026675 TRN: 3683224334ES 11/29 | Outgoing wire transfer | -$3,547.50 | $22,727.02 |
| | ORIG CO NAME:FEDERAL EXPRESS ORIG ID:1710427007 DESC DATE:241128 CO ENTRY DESCR:DEBIT SEC:WEB TRACE#:021000022870249 EED:241129 IND ID:EPA31350789 IND NAME:M DESIGN VILLAGE TRN: 3342870249TC | ACH debit | -$1,609.90 | $26,274.52 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ORIG CO NAME: AMERICAN FUNDS ORIG ID:1954797716 DESC DATE:241127 CO ENTRY DESCR:INVESTMENTSEC:CCD TRACE#:091000012870251 EED:241129 IND ID:IRK135292241127 IND NAME:M DESIGN VILLAGE 000002000 TRN: 3342870251TC | ACH debit | -$6,834.05 | $27,884.42 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241128 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000020851347 EED:241129 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3340851347TC | Other | $104.77 | $34,718.47 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000010851345 EED:241129 IND ID:ST-K4M7I6E7B0G1 IND NAME:M DESIGN VILLAGE LLC TRN: 3340851345TC | Other | $192.12 | $34,613.70 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000010851343 EED:241129 IND ID:ST-F7C3G6P6A9V0 IND NAME:M DESIGN VILLAGE LLC TRN: 3340851343TC | Other | $791.38 | $34,421.58 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241129 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000021997131 EED:241129 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3341997131TC | Other | $1,906.60 | $33,630.20 |
| Nov 27, 2024 | CHECK # 7255 | Check | -$760.00 | $31,723.60 |
| | CHECK # 7257 | Check | -$720.00 | $32,483.60 |
| | CHECK # 7256 | Check | -$760.00 | $33,203.60 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: VIETNAM TECHNOLOGICAL AND COMMERCIAHANOI VIET NAM 0000 - VN REF: DETAIL TO FOLLOW INVOICE PAYMENT TRN: 3764844332ES 11/27 | Outgoing wire transfer | -$16,755.41 | $33,963.60 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: BANK OF CHINA LIMITED HEAD OFFICE BEIJING CHINA 100818 CN BEN:/218240824321 QINGDAO HONGYANG WOODEN CO LTD REF: DETAIL TO FOLLOW TEL8615806537263/INVOICE PAYMENT TRN: 3758364332ES 11/27 | Outgoing wire transfer | -$117,500.00 | $50,719.01 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: DETAIL TO FOLLOW INVOICE PAYMENT TRN: 3757104332ES 11/27 | Outgoing wire transfer | -$3,667.50 | $168,219.01 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: MEGA INTERNATIONAL COMMERCIAL BANK TAIPEI TAIWAN TW BEN:/04058000381 BEST FURNITURE INTL CO LTD REF: DETAIL TO FOLLOW INVOICE PAYMENT/TEL087382820 TRN: 3756634332ES 11/27 | Outgoing wire transfer | -$136,669.00 | $171,886.51 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: HSBC USA/021001088 A/C: MAINFREIGHT INC CARSON CA 90746 US REF: M DESIGN VILLAGE - DEMURRAGE IMAD: 1127MMQFMP2M038633 TRN: 3749094332ES 11/27 | Outgoing wire transfer | -$92,010.00 | $308,555.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: ICICI BANK LIMITED MUMBAI INDIA 40005-1 IN BEN:/20281951692 AMRUTHA LAKSHMI REF: NOVEMBER 2024 TEL9164558869/P1019/IN TRN: 3727404332ES 11/27 | Outgoing wire transfer | -$1,666.00 | $400,565.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: HDFC BANK LTD KANJUR MARG EAST MUMBAI INDIA IN REF: NOVEMBER 2024 P1019/IN TRN: 3726044332ES 11/27 | Outgoing wire transfer | -$1,000.00 | $402,231.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3724384332ES 11/27 | Outgoing wire transfer | -$1,515.00 | $403,231.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3720514332ES 11/27 | Outgoing wire transfer | -$1,015.00 | $404,746.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3721104332ES 11/27 | Outgoing wire transfer | -$1,515.00 | $405,761.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3718194332ES 11/27 | Outgoing wire transfer | -$1,615.00 | $407,276.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3715954332ES 11/27 | Outgoing wire transfer | -$3,065.00 | $408,891.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3709914332ES 11/27 | Outgoing wire transfer | -$965.00 | $411,956.51 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: AGRICULTURAL BANK OF CHINA LIMITED BEIJING CHINA 10003-7 CN BEN:/6228480248386737576 WANG GUOSHENG REF: NOVEMBER 2024 & EXPENSES TEL8618662672847/INVOICE PAYMENT TRN: 3707434332ES 11/27 | Outgoing wire transfer | -$3,047.00 | $412,921.51 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM VN REF: NOVEMBER 2024 INVOICE PAYMENT TRN: 3707414332ES 11/27 | Outgoing wire transfer | -$815.00 | $415,968.51 |
| | ORIG CO NAME:VZ WIRELESS VE ORIG ID:0000751800 DESC DATE:241127 CO ENTRY DESCR:VZW WEBPAYSEC:WEB TRACE#:021000020872220 EED:241127 IND ID:2284371 IND NAME:SIMRAT *HUSSAIN 800-350-2830 TRN: 3320872220TC | Misc. debit | -$147.87 | $416,783.51 |
| | ORIG CO NAME:VZ WIRELESS VE ORIG ID:0000751800 DESC DATE:241127 CO ENTRY DESCR:VZW WEBPAYSEC:WEB TRACE#:021000020872218 EED:241127 IND ID:2315062 IND NAME:LAVINA *DSOUZA 800-350-2830 TRN: 3320872218TC | Misc. debit | -$162.65 | $416,931.38 |
| | ORIG CO NAME:OLYMPIC PAYROLL ORIG ID:1222394782 DESC DATE:241124 CO ENTRY DESCR:DD-M DESIGSEC:CCD TRACE#:026014380872216 EED:241127 IND ID:472821514-D33 IND NAME:M DESIGN VILLAGE LLC DD-PAYROLL TRN: 3320872216TC | ACH debit | -$38,408.91 | $417,094.03 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000015494669 EED:241127 IND ID:ST-M2D6B1A3X3I1 IND NAME:M DESIGN VILLAGE LLC TRN: 3315494669TC | Other | $1,148.92 | $455,502.94 |
| | ORIG CO NAME:SHOPPAYINST AFRM ORIG ID:394440 DESC DATE:241126 CO ENTRY DESCR:AutoPay SEC:CCD TRACE#:124084806661000 EED:241127 IND ID:LATMV9Z4AK6DH8V IND NAME:Oxford Baby & Kids TRN: 3326661000TC | Other | $1,210.73 | $454,354.02 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000015494668 EED:241127 IND ID:ST-K5L2Z9H4R6V8 IND NAME:M DESIGN VILLAGE LLC TRN: 3315494668TC | Other | $3,030.56 | $453,143.29 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $390.00 | $450,112.73 |
| | REAL TIME PAYMENT CREDIT RECD FROM ABA/CONTR BNK-021000089 FROM: BNF-VERSANT FUNDING LLC REF: 96513568865 INFO: TEXT- IID: 20241127021000089P1BXOP120562133600 RECD: 15:56:22 TRN: 0727641332GB | Other | $36,628.00 | $449,722.73 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | REAL TIME PAYMENT CREDIT RECD FROM ABA/CONTR BNK-021000089 FROM: BNF-VERSANT FUNDING LLC REF: 78979389295 INFO: TEXT- IID: 20241127021000089P1BXOP120544412601 RECD: 15:54:45 TRN: 0724311332GE | Other | $330,000.00 | $413,094.73 |
| Nov 26, 2024 | ONLINE DOMESTIC WIRE TRANSFER VIA: BANK OF AMERICA, N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 US BEN: ACCURATE TRANSPORT CARLSTADT NJ 07072 US SSN: 00510496 TRN: 3444974331ES 11/26 | Outgoing wire transfer | -$560.80 | $83,094.73 |
| | ORIG CO NAME:UPSBILLCTR ORIG ID:5193070436 DESC DATE:241125 CO ENTRY DESCR:PAYMENT SEC:CCD TRACE#:091000010764767 EED:241126 IND ID:0000Y64980 IND NAME:M Design Village Log in to the UPS Billing Center fo r payment details. TRN: 3310764767TC | ACH debit | -$33.56 | $83,655.53 |
| | ORIG CO NAME:PLIC-SBD ORIG ID:9GPSBD0000 DESC DATE:241125 CO ENTRY DESCR:INSUR CLM SEC:CCD TRACE#:091000014626357 EED:241126 IND ID:PACT#239340781 IND NAME:Chase MDV PACT TRN: 3314626357TC | ACH debit | -$977.32 | $83,689.09 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000011495772 EED:241126 IND ID:ST-D8B3Q1E3Y4B7 IND NAME:M DESIGN VILLAGE LLC TRN: 3301495772TC | Other | $3,774.65 | $84,666.41 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000011495770 EED:241126 IND ID:ST-F1Y1F4X5U9T8 IND NAME:M DESIGN VILLAGE LLC TRN: 3301495770TC | Other | $5,098.70 | $80,891.76 |
| Nov 25, 2024 | CHECK # 7253 | Check | -$720.00 | $75,793.06 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM 10000-0 VN REF: DETAIL TO FOLLOW INVOICE PAYMENT TRN: 3810084330ES 11/25 | Outgoing wire transfer | -$50,000.00 | $76,513.06 |
| | ORIG CO NAME:NEXT INSUR (AP I ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:NEXT INSURSEC:CCD TRACE#:091000013960101 EED:241125 IND ID:ST-L3X2E1X3G8O0 IND NAME:M DESIGN VILLAGE LLC TRN: 3303960101TC | ACH debit | -$564.49 | $126,513.06 |
| | Payment to Chase card ending in 3062 11/25 | Loan payment | -$500.00 | $127,077.55 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ORIG CO NAME:SHOPPAYINST AFRM ORIG ID:9729198000 DESC DATE:241125 CO ENTRY DESCR:PAYMENTS SEC:CCD TRACE#:021000021701656 EED:241125 IND ID:2U8L6UU21J951PA IND NAME:M Design Village LLC TRN: 3271701656TC | Other | $39.22 | $127,577.55 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000010009592 EED:241125 IND ID:ST-N5Y9L5M1E2A3 IND NAME:M DESIGN VILLAGE LLC TRN: 3300009592TC | Other | $40.57 | $127,538.33 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241125 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000022301345 EED:241125 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3302301345TC | Other | $314.93 | $127,497.76 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241123 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000020009598 EED:241125 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3300009598TC | Other | $875.39 | $127,182.83 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241124 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000020009596 EED:241125 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3300009596TC | Other | $919.17 | $126,307.44 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000010009594 EED:241125 IND ID:ST-S2X0V3X4P7I0 IND NAME:M DESIGN VILLAGE LLC TRN: 3300009594TC | Other | $2,206.81 | $125,388.27 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $994.00 | $123,181.46 |
| | REAL TIME PAYMENT CREDIT RECD FROM ABA/CONTR BNK-021000089 FROM: BNF-VERSANT FUNDING LLC REF: 78372829962 INFO: TEXT- IID: 20241125021000089P1BXOP120063751300 RECD: 15:06:39 TRN: 0613711330GE | Other | $37,791.00 | $122,187.46 |
| Nov 22, 2024 | CHECK # 7254 | Check | -$760.00 | $84,396.46 |
| | CHECK # 7252 | Check | -$760.00 | $85,156.46 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: BANK OF AMERICA, N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 US BEN: ACCURATE TRANSPORT CARLSTADT NJ 07072 US REF: INV 100650650 SSN: 00629187 TRN: 3703464327ES 11/22 | Outgoing wire transfer | -$201.60 | $85,916.46 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: MEGA INTERNATIONAL COMMERCIAL BANK TAIPEI TAIWAN TW BEN:/04058000381 BEST FURNITURE INTL CO LTD REF: DETAIL TO FOLLOW INVOICE PAYMENT/TEL087382820 TRN: 3695204327ES 11/22 | Outgoing wire transfer | -$16,896.00 | $86,118.06 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM 10000-0 VN REF: DETAIL TO FOLLOW INVOICE PAYMENT TRN: 3695134327ES 11/22 | Outgoing wire transfer | -$34,624.79 | $103,014.06 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: VERSANT FUNDING LLC BOCA RATON FL 33431 US REF: BBB COLLECTIONS/TIME/14:45 IMAD: 1122MMQFMP2N029516 TRN: 3589134327ES 11/22 | Outgoing wire transfer | -$50,295.65 | $137,638.85 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000012260634 EED:241122 IND ID:ST-R0V2M0H7O1X3 IND NAME:M DESIGN VILLAGE LLC TRN: 3262260634TC | Other | $734.63 | $187,934.50 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000012260636 EED:241122 IND ID:ST-R9C3O4R9V5K6 IND NAME:M DESIGN VILLAGE LLC TRN: 3262260636TC | Other | $2,632.27 | $187,199.87 |
| | REAL TIME PAYMENT CREDIT RECD FROM ABA/CONTR BNK-021000089 FROM: BNF-VERSANT FUNDING LLC REF: 51630270280 INFO: TEXT- IID: 20241122021000089P1BXOP121410141311 RECD: 16:41:03 TRN: 0876220327GE | Other | $47,799.00 | $184,567.60 |
| Nov 21, 2024 | CHECK # 7251 | Check | -$145.30 | $136,768.60 |
| | ORIG CO NAME:Oakmont Capital ORIG ID:1854050507 DESC DATE: CO ENTRY DESCR:ACH XFER SEC:CCD TRACE#:111000021725520 EED:241121 IND ID:8162039-000 IND NAME:M Design Village, LLC Nov2011241-0306 TRN: 3261725520TC | ACH debit | -$421.23 | $136,913.90 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: TD BANK, NA/026013673 A/C: HAN SUN CHEN STATEN ISLAND NY 10305 US REF: FOR DEMURRAGE IMAD: 1121MMQFMP2N014471 TRN: 3216804326ES 11/21 | Outgoing wire transfer | -$3,637.00 | $137,335.13 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000016859624 EED:241121 IND ID:ST-U8A7J9C0L7P7 IND NAME:M DESIGN VILLAGE LLC TRN: 3256859624TC | Other | $104.77 | $140,972.13 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ORIG CO NAME:SHOPPAYINST AFRM ORIG ID:394440 DESC DATE:241120 CO ENTRY DESCR:AutoPay SEC:CCD TRACE#:124084806859628 EED:241121 IND ID:H90EH7L48RGJ36X IND NAME:Oxford Baby & Kids TRN: 3256859628TC | Other | $151.13 | $140,867.36 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241121 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000023726912 EED:241121 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3263726912TC | Other | $185.91 | $140,716.23 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000016859626 EED:241121 IND ID:ST-W2G9V0D2L6H0 IND NAME:M DESIGN VILLAGE LLC TRN: 3256859626TC | Other | $408.69 | $140,530.32 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $180.00 | $140,121.63 |
| Nov 20, 2024 | CHECK # 7213 | Check | -$1,465.00 | $139,941.63 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: FIFTH THIRD BK NA/042000314 A/C: ABA/071923909 GURNEE IL US BEN: SAVINO DEL BENE USA INC AVENAL NJ 07001 US REF: INV 10932194 - BALANCE/TIME/15:52 IMAD: 1120MMQFMP2N029289 TRN: 3545964325ES 11/20 | Outgoing wire transfer | -$800.00 | $141,406.63 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: TD BANK, NA/026013673 A/C: HAN SUN CHEN STATEN ISLAND NY 10305 US REF: DEMURRAGE - DETAIL TO FOLLOW IMAD: 1120MMQFMP2N027769 TRN: 3521514325ES 11/20 | Outgoing wire transfer | -$3,270.00 | $142,206.63 |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: FIFTH THIRD BK NA/042000314 A/C: ABA/071923909 GURNEE IL US BEN: SAVINO DEL BENE USA INC AVENAL NJ 07001 US REF: INV 10928719/TIME/15:02 IMAD: 1120MMQFMP2L027385 TRN: 3503044325ES 11/20 | Outgoing wire transfer | -$10,324.52 | $145,476.63 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241120 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000027296347 EED:241120 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3257296347TC | Other | $104.77 | $155,801.15 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000011699809 EED:241120 IND ID:ST-E7Y8Y7V5S1Q3 IND NAME:M DESIGN VILLAGE LLC TRN: 3241699809TC | Other | $177.68 | $155,696.38 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000011699807 EED:241120 IND ID:ST-O4M7D5V4L6Z0 IND NAME:M DESIGN VILLAGE LLC TRN: 3241699807TC | Other | $314.93 | $155,518.70 |
| | ORIG CO NAME:BEYOND INC ORIG ID:1870634302 DESC DATE:241119 CO ENTRY DESCR:267867517 SEC:CTX TRACE#:071000282240370 EED:241120 IND ID:99284 IND NAME:0001M DESIGN VILLAGE MP11192024P1ACHB TRN: 3252240370TC | ACH credit | $2,875.90 | $155,203.77 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $284.83 | $152,327.87 |
| | REAL TIME PAYMENT CREDIT RECD FROM ABA/CONTR BNK-021000089 FROM: BNF-VERSANT FUNDING LLC REF: 87498028709 INFO: TEXT- IID: 20241120021000089P1BXOP119322386500 RECD: 14:32:25 TRN: 0575380325GB | Other | $10,000.00 | $152,043.04 |
| | BOOK TRANSFER CREDIT B/O: BBBY ACQUISITION CO. LLC PISCATAWAY NJ 08854-3947 US TRN: 3002974325ES | Incoming wire transfer | $24,044.13 | $142,043.04 |
| Nov 19, 2024 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: MEGA INTERNATIONAL COMMERCIAL BANK TAIPEI TAIWAN TW BEN:/04058000381 BEST FURNITURE INTL CO LTD REF: DETAIL TO FOLLOW INVOICE PAYMENT/TEL087382820 TRN: 3628914324ES 11/19 | Outgoing wire transfer | -$2,000.00 | $117,998.91 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: BANK OF CHINA LIMITED HEAD OFFICE BEIJING CHINA 100818 CN BEN:/218240824321 QINGDAO HONGYANG WOODEN CO LTD REF: DETAIL TO FOLLOW TEL8615806537263/INVOICE PAYMENT TRN: 3622054324ES 11/19 | Outgoing wire transfer | -$85,310.00 | $119,998.91 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: MEGA INTERNATIONAL COMMERCIAL BANK TAIPEI TAIWAN TW BEN:/04058000381 BEST FURNITURE INTL CO LTD REF: DETAIL TO FOLLOW INVOICE PAYMENT/TEL087382820 TRN: 3620614324ES 11/19 | Outgoing wire transfer | -$167,560.00 | $205,308.91 |
| | ONLINE INTERNATIONAL WIRE TRANSFER A/C: JOINT STOCK COMMERCIAL BANK FOR HANOI VIETNAM 10000-0 VN REF: DETAIL TO FOLLOW INVOICE PAYMENT TRN: 3605434324ES 11/19 | Outgoing wire transfer | -$95,273.00 | $372,868.91 |
| | ORIG CO NAME:SHOPPAYINST AFRM ORIG ID:394440 DESC DATE:241118 CO ENTRY DESCR:AutoPay SEC:CCD TRACE#:124084800921507 EED:241119 IND ID:129IWGJU1ZBS2OL IND NAME:M Design Village LLC TRN: 3230921507TC | Other | $948.20 | $468,141.91 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000010921505 EED:241119 IND ID:ST-W5X6Y1W5L1H7 IND NAME:M DESIGN VILLAGE LLC TRN: 3230921505TC | Other | $1,042.64 | $467,193.71 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241119 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000024505319 EED:241119 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3244505319TC | Other | $1,050.51 | $466,151.07 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000010921503 EED:241119 IND ID:ST-C7F8U0G6P1D8 IND NAME:M DESIGN VILLAGE LLC TRN: 3230921503TC | Other | $5,507.84 | $465,100.56 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $3,962.70 | $459,592.72 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $6,983.00 | $455,630.02 |
| | BOOK TRANSFER CREDIT B/O: BBBY ACQUISITION CO. LLC PISCATAWAY NJ 08854-3947 US REF: DROP SHIP TRN: 3545664324ES | Incoming wire transfer | $1,212.75 | $448,647.02 |
| | BOOK TRANSFER CREDIT B/O: BBBY ACQUISITION CO. LLC PISCATAWAY NJ 08854-3947 US REF: STORE TRN: 3546534324ES | Incoming wire transfer | $25,038.77 | $447,434.27 |
| | REAL TIME PAYMENT CREDIT RECD FROM ABA/CONTR BNK-021000000 FROM: BNF-VERSANT FUNDING LLC REF: 42257047140 INFO: TEXT- IID: 20241119021000089P1BXOP121405424110 RECD: 16:40:57 TRN: 0677410324GD | Other | $350,000.00 | $422,395.50 |
| Nov 18, 2024 | ONLINE DOMESTIC WIRE TRANSFER VIA: CITIBANK NYC/021000089 A/C: CASTLEGATE LOGISTICS CAROL STREAM IL 60132 US REF: INV 24081700045/TIME/09:15 IMAD: 1118MMQFMP2N014019 TRN: 3325824323ES 11/18 | Outgoing wire transfer | -$1,560.00 | $72,395.50 |
| | CHECK # 7248 | Check | -$249.99 | $73,955.50 |
| | CHECK # 7250 | Check | -$720.00 | $74,205.49 |
| | ORIG CO NAME:Capital Group ORIG ID:1824555287 DESC DATE: CO ENTRY DESCR:WEB PYMNT SEC:WEB TRACE#:111000023165970 EED:241118 IND ID:866138887 IND NAME:PSWRLEM0 M DESIGN VILL TRN: 3233165970TC | ACH debit | -$125.00 | $74,925.49 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| | ORIG CO NAME:PREFERREDBUSINES ORIG ID:3383693141 DESC DATE:241115 CO ENTRY DESCR:WEBPAYMENTSEC:WEB TRACE#:091000013165974 EED:241118 IND ID: IND NAME:M DESIGN VILLAGE 973-945-8360 TRN: 3233165974TC | ACH debit | -$284.51 | $75,050.49 |
| | ORIG CO NAME:PLIC-SBD ORIG ID:9GPSBD0000 DESC DATE:241115 CO ENTRY DESCR:INSUR CLM SEC:CCD TRACE#:091000013165972 EED:241118 IND ID:PACT#238661308 IND NAME:Chase MDV PACT TRN: 3233165972TC | ACH debit | -$914.67 | $75,335.00 |
| | ORIG CO NAME:FIRST INSURANCE ORIG ID:2363437365 DESC DATE: CO ENTRY DESCR:INSURANCE SEC:CCD TRACE#:071925333165968 EED:241118 IND ID:900-101498244 IND NAME:M Design Village LLC PBS ACH DEBIT TRN: 3233165968TC | ACH debit | -$21,162.39 | $76,249.67 |
| | ORIG CO NAME:OLYMPIC PAYROLL ORIG ID:1222394782 DESC DATE:241115 CO ENTRY DESCR:P/R FEE SEC:PPD TRACE#:026014387332764 EED:241118 IND ID:472821514-D33 IND NAME:M DESIGN VILLAGE LLC PAYROLL FEE TRN: 3207332764TC | ACH debit | -$256.23 | $97,412.06 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000011302106 EED:241118 IND ID:ST-N0I6J2K5X0S6 IND NAME:M DESIGN VILLAGE LLC TRN: 3231302106TC | Other | $58.08 | $97,668.29 |
| | ORIG CO NAME:Shopify ORIG ID:1800948598 DESC DATE: CO ENTRY DESCR:TRANSFER SEC:CCD TRACE#:091000011302108 EED:241118 IND ID:ST-Z1L6T8O4W4F3 IND NAME:M DESIGN VILLAGE LLC TRN: 3231302108TC | Other | $397.92 | $97,610.21 |
| | ORIG CO NAME:SHOPIFY ORIG ID:SHOPIFYPMT DESC DATE:241118 CO ENTRY DESCR:TRANSFER SEC:WEB TRACE#:021000022111785 EED:241118 IND ID:SHOPIFY IND NAME:M DESIGN VILLAGE LLC TRN: 3232111785TC | Other | $1,225.64 | $97,212.29 |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $291.77 | $95,986.65 |

CHASE ○ for BUSINESS·

Printed from Chase for Business

Overview / Account: BUS SELECT HY SAV (...9295)

BUS SELECT HY SAV (...9295)

M DESIGN VILLAGE, LLC

# $551.32
Available balance

**$551.32**
Present balance

---

## Transactions

Showing      | All transactions                                         ▾ |

We found 1 transaction.

Filtered by:    All transactions    Nov 18, 2024 to Nov 30, 2024

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Nov 29, 2024 | INTEREST PAYMENT | Other | $0.01 | $551.31 |

If you have other transactions that aren't shown in your account activity, review your [monthly statements](#).

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2025 JPMorgan Chase & Co          Equal Opportunity Lender

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024
Primary Account: ███████08810



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00039233 DRE 802 219 00425 NNNNNNNNNNN   1 000000000 D2 0000

M DESIGN VILLAGE, LLC
701 COTTONTAIL LN
SOMERSET NJ 08873-1234

## A reminder about incoming wire transfer fees

Due to a systems issue, we may not have charged you for all incoming wires in the past. On or after March 23, 2025, wire transfer fees will be charged for incoming wires in accordance with your Chase Deposit Account Agreement.

Please visit **chase.com/business/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Performance Business Checking®, Chase Performance Business Checking with Interest®, Chase Platinum Business Checking℠, Chase Business Complete Checking℠ accounts when transfer is originally sent with the help of a Chase banker or using chase.com or Chase Mobile, Chase Business Complete Checking℠ accounts with Military Banking Benefits, IOLTA, IOTA, IOLA, IBRETA, IOREBTA, IRETA, COLTAF, CARHOF, UARHOF℠, Client Funds Checking℠ and Client Funds Savings℠ accounts.

If you have any questions, call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | ████8810 | $11,391.26 | $32,548.56 |
| Chase Business Select High Yield Savings | ████9295 | 551.31 | 551.32 |
| **Total** | | **$11,942.57** | **$33,099.88** |
| | | | |
| **TOTAL  ASSETS** | | **$11,942.57** | **$33,099.88** |

**CHASE ◆**

## CHASE PLATINUM BUSINESS CHECKING

M DESIGN VILLAGE, LLC                                   Account Number: ▮▮▮▮8810

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$11,391.26** |
| Deposits and Additions | 110 | 1,542,978.81 |
| Checks Paid | 28 | -16,390.84 |
| ATM & Debit Card Withdrawals | 1 | -600.00 |
| Electronic Withdrawals | 96 | -1,503,042.37 |
| Fees | 1 | -1,788.30 |
| **Ending Balance** | **236** | **$32,548.56** |

Your account ending in 9295 is linked to this account for overdraft protection.

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/02 | Remote Online Deposit | 1 | $37,630.45 |
| 12/02 | Remote Online Deposit | 1 | 30,961.98 |
| 12/02 | Remote Online Deposit | 1 | 2,730.00 |
| 12/02 | Remote Online Deposit | 1 | 2,730.00 |
| 12/02 | Remote Online Deposit | 1 | 722.54 |
| 12/02 | Remote Online Deposit | 1 | 522.96 |
| 12/02 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000014993389 Eed:241202  Ind ID:St-R4W0H6G3U8H4       Ind Name:M Design Village LLC Trn: 3374993389Tc | | 1,799.52 |
| 12/02 | Orig CO Name:Shoppayinst Afrm   Orig ID:394440   Desc Date:241129 CO Entry Descr:Autopay  Sec:CCD    Trace#:124084806750635 Eed:241202  Ind ID:Rnzwre2Jsguowqv        Ind Name:Oxford Baby & Kids Trn: 3346750635Tc | | 1,100.65 |
| 12/02 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:091000014993388 Eed:241202  Ind ID:St-V9B8G0G2H0M0       Ind Name:M Design Village LLC Trn: 3374993388Tc | | 843.24 |
| 12/02 | Orig CO Name:Shopify          Orig ID:Shopifypmt Desc Date:241201 CO Entry Descr:Transfer  Sec:Web   Trace#:021000024993391 Eed:241202  Ind ID:Shopify Ind Name:M Design Village LLC Trn: 3374993391Tc | | 420.03 |
| 12/02 | Orig CO Name:Shopify          Orig ID:Shopifypmt Desc Date:241130 CO Entry Descr:Transfer  Sec:Web   Trace#:021000024993393 Eed:241202  Ind ID:Shopify Ind Name:M Design Village LLC Trn: 3374993393Tc | | 264.35 |
| 12/03 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 19416303923 Info: Text-  Tid: 20241203021000089P1Bxop117230217600 Recd: 12:23:03 Trn: 0582251338GA | | 59,195.00 |



November 30, 2024 through December 31, 2024

Primary Account: ████████████**810**

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Book Transfer Credit B/O: Bbby Acquisition CO. LLC Piscataway NJ 08854-3947 US Ref: Vdc Trn: 3670814338Es | 3,317.49 |
| 12/03 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:          CO Entry Descr:Transfer Sec:CCD   Trace#:091000019169191 Eed:241203  Ind ID:St-E9K5D0J7B3Q6             Ind Name:M Design Village LLC Trn: 3379169191Tc | 5,390.97 |
| 12/03 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:241203 Ind Descr:Transfer Sec:CCD   Trace#:091000019169189 Eed:241203  Ind ID:St-L6V4D3H2S9G3             Ind Name:M Design Village LLC Trn: 3379169189Tc | 3,438.88 |
| 12/03 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241203 CO Entry Descr:Payments Sec:CCD   Trace#:021000029169195 Eed:241203  Ind ID:8Nieqbr6V186Wue             Ind Name:M Design Village LLC Trn: 3379169195Tc | 202.95 |
| 12/03 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241203 CO Entry Descr:Payments Sec:CCD   Trace#:021000029169193 Eed:241203  Ind ID:Ds4Xmj0Orhw9148             Ind Name:M Design Village LLC Trn: 3379169193Tc | 196.08 |
| 12/04 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 27340340391 Info: Text-  Iid: 20241204021000089P1Bxop116511117902 Recd: 11:51:12 Trn: 0483260339Gc | 137,185.00 |
| 12/04 | Deposit    2058919641 | 491.00 |
| 12/04 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:          CO Entry Descr:Transfer Sec:CCD   Trace#:091000017719970 Eed:241204  Ind ID:St-V0I8Y4P0I3T7             Ind Name:M Design Village LLC Trn: 3387719970Tc | 2,733.44 |
| 12/04 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:          CO Entry Descr:Transfer Sec:CCD   Trace#:091000017719969 Eed:241204  Ind ID:St-X2I7E7I2C3U9             Ind Name:M Design Village LLC Trn: 3387719969Tc | 2,538.34 |
| 12/04 | Orig CO Name:Shoppayinst Afrm      Orig ID:394440     Desc Date:241203 CO Entry Descr:Autopay Sec:CCD   Trace#:124084809313400 Eed:241204  Ind ID:Zx7V4Ez41Gq8Tuv             Ind Name:M Design Village LLC Trn: 3399313400Tc | 1,363.17 |
| 12/04 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Mbr/0959 Bank of America, N.A. Ref:/Bnf/Our Ref Jpm241204-012859 Chaseref0132228339Fc Rtn Dtd 12/04/202 4 Trn 3444794339Es As/Ac01/Format Oft He Account Number Specified Is Not Correct Less Fees Trn: 2919400339Hh | 555.10 |
| 12/04 | Orig CO Name:Beyond Inc       Orig ID:1870634302 Desc Date:241202 CO Entry Descr:268414861 Sec:CTX   Trace#:071000289313397 Eed:241204  Ind ID:99284 Ind Name:0001M Design Village Mp12022024P12 Trn: 3399313397Tc | 188.70 |
| 12/05 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 91510425315 Info: Text-  Iid: 20241205021000089P1Bxop116061321212 Recd: 11:06:14 Trn: 0492110340GA | 68,595.00 |
| 12/05 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:          CO Entry Descr:Transfer Sec:CCD   Trace#:091000011374091 Eed:241205  Ind ID:St-U1V6U5K4W3T0             Ind Name:M Design Village LLC Trn: 3391374091Tc | 2,061.48 |
| 12/05 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:          CO Entry Descr:Transfer Sec:CCD   Trace#:091000011374092 Eed:241205  Ind ID:St-O0R5H0L8B2H1             Ind Name:M Design Village LLC Trn: 3391374092Tc | 564.71 |
| 12/06 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 39464625088 Info: Text-  Iid: 20241206021000089P1Bxop116144633111 Recd: 11:14:47 Trn: 0549591341Gb | 33,586.00 |
| 12/06 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:          CO Entry Descr:Transfer Sec:CCD   Trace#:091000015480490 Eed:241206  Ind ID:St-X1H4B8Q7U9B3             Ind Name:M Design Village LLC Trn: 3405480490Tc | 411.01 |
| 12/09 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 15221141411 Info: Text-  Iid: 20241209021000089P1Bxop121041453410 Recd: 16:04:15 Trn: 0695780344Ge | 186,632.00 |
| 12/09 | Remote Online Deposit    1 | 4,503.00 |





November 30, 2024 through December 31, 2024

Primary Account: ████████8810

# DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:091000010031844 Eed:241209   Ind ID:St-Z7H5V5Z8K7X9          Ind Name:M Design Village LLC Tm: 3440031844Tc | 4,531.11 |
| 12/09 | Orig CO Name:Bison Commerce L      Orig ID:9200502235 Desc Date:241209 CO Entry Descr:ACH Pmt   Sec:CCD    Trace#:021000020882043 Eed:241209   Ind ID:11154354867 Ind Name:M Design Village          2024 November Invoice Report Tm: 3410882043Tc | 3,040.30 |
| 12/09 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Mbr/0959 Bank of America, N.A. Ref:/Bnf/Our Ref Jpm241209-014307 Chaseref0146484344Fc Rtn Dtd 12/09/202 4 Tm 3736604344Es As/Ac01/Format Oft He Account Number Specified Is Not Correct Less Fees Tm: 8445100344Hh | 1,521.40 |
| 12/09 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241209 CO Entry Descr:Payments Sec:CCD    Trace#:021000020882041 Eed:241209   Ind ID:Rqnuv723Ignx7Tz          Ind Name:M Design Village LLC Tm: 3410882041Tc | 406.20 |
| 12/09 | Orig CO Name:Smceau-Weather V      Orig ID:4270465600 Desc Date:        CO Entry Descr:Acctverifysec:CCD    Trace#:111000020031846 Eed:241209   Ind ID:St-J3E1N3S7W6W1          Ind Name:M Design Village Tm: 3440031846Tc | 0.01 |
| 12/10 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 18990113310 Info: Text-   Iid: 20241210021000089P1Bxop116591002000 Recd: 11:59:11 Tm: 0486501345Gb | 21,149.00 |
| 12/10 | Book Transfer Credit B/O: Bbby Acquisition CO. LLC Piscataway NJ 08854-3947 US Tm: 3295524345Es | 6,999.30 |
| 12/10 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:091000011156686 Eed:241210   Ind ID:St-Z5G5N4R0B9J8          Ind Name:M Design Village LLC Tm: 3441156686Tc | 985.40 |
| 12/10 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:091000011156687 Eed:241210   Ind ID:St-L7R7D6P2J1I3          Ind Name:M Design Village LLC Tm: 3441156687Tc | 698.79 |
| 12/10 | Orig CO Name:Shopify          Orig ID:Shopifypmt Desc Date:241210 CO Entry Descr:Transfer Sec:Web    Trace#:021000029944159 Eed:241210   Ind ID:Shopify Ind Name:M Design Village LLC Tm: 3459944159Tc | 167.70 |
| 12/10 | Orig CO Name:Newborn Nursery      Orig ID:1822557284 Desc Date:241210 CO Entry Descr:Mercuryachsec:CCD    Trace#:084106764567722 Eed:241210   Ind ID:Mrcr-ING4Hbwaxf          Ind Name:M Design Village, LLC      To M Design Village, LLC Nb-1272          Mercuryach Tm: 3454567722Tc | 40.00 |
| 12/11 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 39053627452 Info: Text-   Iid: 20241211021000089P1Bxop115364973911 Recd: 10:36:51 Tm: 0385631346GA | 13,099.00 |
| 12/11 | Remote Online Deposit          1 | 227.50 |
| 12/11 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:091000018406073 Eed:241211   Ind ID:St-Y0U1W4C9K4S8          Ind Name:M Design Village LLC Tm: 3458406073Tc | 1,906.18 |
| 12/11 | Orig CO Name:Shoppayinst Afrm      Orig ID:394440    Desc Date:241210 CO Entry Descr:Autopay   Sec:CCD    Trace#:124084808406071 Eed:241211   Ind ID:Ryvfe5Rb4U55F0C          Ind Name:M Design Village LLC Tm: 3458406071Tc | 507.83 |
| 12/11 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:091000018406069 Eed:241211   Ind ID:St-Z1I2G1K2F9O1          Ind Name:M Design Village LLC Tm: 3458406069Tc | 146.74 |
| 12/12 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 18957161349 Info: Text-   Iid: 20241212021000089P1Bxop117192100510 Recd: 12:19:22 Tm: 0511530347Gb | 89,653.00 |
| 12/12 | Orig CO Name:The Classy Home      Orig ID:9200502235 Desc Date:241212 CO Entry Descr:ACH Pmt   Sec:PPD    Trace#:021000027062703 Eed:241212   Ind ID:11154911165 Ind Name:M Design Village Tm: 3467062703Tc | 4,372.00 |
| 12/12 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:091000017062705 Eed:241212   Ind ID:St-X5U6N7C3Y8D2          Ind Name:M Design Village LLC Tm: 3467062705Tc | 1,364.32 |



# DEPOSITS AND ADDITIONS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000017062707 Eed:241212  Ind ID:St-G0Q6L0Y4T2T2            Ind Name:M Design Village LLC Trn: 3467062707Tc | 784.91 |
| 12/13 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 26853831516 Info: Text- Iid: 20241213021000089P1Bxop120411873401 Recd: 15:41:20 Tn: 0832671348Gc | 78,166.00 |
| 12/13 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 68426404222 Info: Text- Iid: 20241213021000089P1Bxop117225639001 Recd: 12:22:57 Tn: 0610730348Ge | 40,443.00 |
| 12/13 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000144405451 Eed:241213  Ind ID:St-K3R4E4X4K2D1            Ind Name:M Design Village LLC Trn: 3474405451Tc | 949.99 |
| 12/13 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000144405453 Eed:241213  Ind ID:St-I0I4K5R9S7Z5            Ind Name:M Design Village LLC Trn: 3474405453Tc | 639.23 |
| 12/13 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:241213 CO Entry Descr:Payments Sec:CCD     Trace#:021000244405449 Eed:241213  Ind ID:Vdjj5Txqnwnm1Zx            Ind Name:M Design Village LLC Trn: 3474405449Tc | 350.69 |
| 12/16 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 40270724400 Info: Text- Iid: 20241216021000089P1Bxop118104549411 Recd: 13:10:46 Tn: 0560471351Gc | 14,708.00 |
| 12/16 | Remote Online Deposit           1 | 140.00 |
| 12/16 | Remote Online Deposit           1 | 120.00 |
| 12/16 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000015028137 Eed:241216  Ind ID:St-B8F3M5L0E3Y6            Ind Name:M Design Village LLC Trn: 3515028137Tc | 1,738.17 |
| 12/16 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000015028139 Eed:241216  Ind ID:St-M4D6B6I5F2V3            Ind Name:M Design Village LLC Trn: 3515028139Tc | 1,505.55 |
| 12/16 | Orig CO Name:Shoppayinst Afrm     Orig ID:394440 Desc Date:241213 CO Entry Descr:Autopay Sec:CCD      Trace#:124084802993089 Eed:241216  Ind ID:W820Eqhe7Fp9Ng9            Ind Name:M Design Village LLC Trn: 3482993089Tc | 812.40 |
| 12/16 | Orig CO Name:Shopify            Orig ID:Shopifypmt Desc Date:241216 CO Entry Descr:Transfer Sec:Web      Trace#:021000029706771 Eed:241216  Ind ID:Shopify Ind Name:M Design Village LLC Trn: 3519706771Tc | 80.93 |
| 12/16 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:241216 CO Entry Descr:Payments Sec:CCD     Trace#:021000022993087 Eed:241216  Ind ID:8Kgw2Dgs4Ryj4Uo            Ind Name:Oxford Baby & Kids Trn: 3482993087Tc | 39.22 |
| 12/17 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 89734861425 Info: Text- Iid: 20241217021000089P1Bxop116082530211 Recd: 11:08:26 Tn: 0447500352GA | 66,549.00 |
| 12/17 | Book Transfer Credit B/O: Bbby Acquisition CO. LLC Piscataway NJ 08854-3947 US Trn: 3640224352Es | 2,762.00 |
| 12/17 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000018371868 Eed:241217  Ind ID:St-W9U7A5X7S8V0            Ind Name:M Design Village LLC Trn: 3518371868Tc | 4,431.51 |
| 12/17 | Orig CO Name:Shopify            Orig ID:1800948598 Desc Date:       CO Entry Descr:Transfer Sec:CCD      Trace#:091000018371869 Eed:241217  Ind ID:St-I4X0U4H5I3T2            Ind Name:M Design Village LLC Trn: 3518371869Tc | 3,419.92 |
| 12/17 | Orig CO Name:Beyond Inc         Orig ID:1870634302 Desc Date:241216 CO Entry Descr:268993962 Sec:CTX     Trace#:071000287190400 Eed:241217  Ind ID:99284 Ind Name:0001M Design Village Ah12162024-P1ACH Trn: 3527190400Tc | 1,563.22 |
| 12/17 | Orig CO Name:Shoppayinst Afrm     Orig ID:9729198000 Desc Date:241217 CO Entry Descr:Payments Sec:CCD     Trace#:021000028371871 Eed:241217  Ind ID:Oaikabq4Hfyjri5            Ind Name:M Design Village LLC Trn: 3518371871Tc | 823.22 |

November 30, 2024 through December 31, 2024

Primary Account: ▮▮▮▮▮3810

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | Orig CO Name:Shopify        Orig ID:Shopifypmt Desc Date:241217 CO Entry Descr:Transfer Sec:Web   Trace#:021000028505077 Eed:241217  Ind ID:Shopify Ind Name:M Design Village LLC Trn: 3528505077Tc | 629.89 |
| 12/17 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241217 CO Entry Descr:Payments Sec:CCD   Trace#:021000028371873 Eed:241217  Ind ID:Oy23H5G95Xx34EI        Ind Name:M Design Village LLC Trn: 3518371873Tc | 101.32 |
| 12/17 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241217 CO Entry Descr:Payments Sec:CCD   Trace#:021000028371876 Eed:241217  Ind ID:J2Ihgogy1Ixuxh2        Ind Name:Oxford Baby & Kids Trn: 3518371876Tc | 101.32 |
| 12/17 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241217 CO Entry Descr:Payments Sec:CCD   Trace#:021000028371874 Eed:241217  Ind ID:GxpjmI0Jf21Xilv        Ind Name:Oxford Baby & Kids Trn: 3518371874Tc | 39.22 |
| 12/18 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 19416850064 Info: Text- Iid: 20241218021000089P1Bxop116090901501 Recd: 11:09:10 Tm: 0434101353GA | 50,959.00 |
| 12/18 | Remote Online Deposit          1 | 35,520.50 |
| 12/18 | Orig CO Name:City Furniture      Orig ID:1591621198 Desc Date:    CO Entry Descr:Payments Sec:CCD   Trace#:091000016712483 Eed:241218  Ind ID:000000000000576        Ind Name:M Design Village LLC Trn: 3526712483Tc | 29,819.00 |
| 12/18 | Orig CO Name:Shopify        Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000016712481 Eed:241218  Ind ID:St-J5I8S3S1Q8A2        Ind Name:M Design Village LLC Trn: 3526712481Tc | 334.92 |
| 12/18 | Orig CO Name:Shopify        Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000016712480 Eed:241218  Ind ID:St-N2A9M4A7U4V6        Ind Name:M Design Village LLC Trn: 3526712480Tc | 40.57 |
| 12/19 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 13109242574 Info: Text- Iid: 20241219021000089P1Bxop117193923311 Recd: 12:19:40 Tm: 0542210354Gb | 25,079.00 |
| 12/19 | Remote Online Deposit | 426.79 |
| 12/19 | Orig CO Name:Shopify        Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000012885075 Eed:241219  Ind ID:St-Q5R2K6O2Z5S4        Ind Name:M Design Village LLC Trn: 3532885075Tc | 2,608.62 |
| 12/19 | Orig CO Name:Shopify        Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000012885074 Eed:241219  Ind ID:St-O8X3H3G4K9S3        Ind Name:M Design Village LLC Trn: 3532885074Tc | 1,174.18 |
| 12/19 | Orig CO Name:Shoppayinst Afrm      Orig ID:394440    Desc Date:241218 CO Entry Descr:Autopay Sec:CCD   Trace#:124084802885077 Eed:241219  Ind ID:6Hfy8Yac8Qvmi2M        Ind Name:M Design Village LLC Trn: 3532885077Tc | 982.08 |
| 12/20 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 87889231416 Info: Text- Iid: 20241220021000089P1Bxop119120766500 Recd: 14:12:08 Tm: 0754760355Ge | 25,028.00 |
| 12/20 | Orig CO Name:Shopify        Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000010752170 Eed:241220  Ind ID:St-V7G4V7D2U0N6        Ind Name:M Design Village LLC Trn: 3540752170Tc | 1,347.93 |
| 12/20 | Orig CO Name:Shopify        Orig ID:Shopifypmt Desc Date:241220 CO Entry Descr:Transfer Sec:Web   Trace#:021000027385785 Eed:241220  Ind ID:Shopify Ind Name:M Design Village LLC Trn: 3557385785Tc | 209.86 |
| 12/20 | Orig CO Name:Shopify        Orig ID:1800948598 Desc Date:     CO Entry Descr:Transfer Sec:CCD   Trace#:091000010752169 Eed:241220  Ind ID:St-W8R7E5H5T1R5        Ind Name:M Design Village LLC Trn: 3540752169Tc | 40.57 |
| 12/23 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 14470946496 Info: Text- Iid: 20241223021000089P1Bxop120341517601 Recd: 15:34:16 Tm: 0701031358GA | 150,000.00 |
| 12/23 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089 From: Bnf-Versant Funding LLC Ref: 16161244722 Info: Text- Iid: 20241223021000089P1Bxop116583305102 Recd: 11:58:34 Tm: 0463990358Gd | 12,955.00 |



November 30, 2024 through December 31, 2024

Primary Account: ████████810

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/23 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000013866078 Eed:241223   Ind ID:St-W4P7P7W0F9C4          Ind Name:M Design Village LLC Tm: 3583866078Tc | 481.15 |
| 12/24 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 17544154476 Info: Text-  Iid: 20241224021000089P1Bxop116444820910 Recd: 11:44:49 Tm: 0476230359Ge | 40,020.00 |
| 12/24 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000016994046 Eed:241224   Ind ID:St-E2C8E0R4V4N9          Ind Name:M Design Village LLC Tm: 3586994046Tc | 2,634.56 |
| 12/24 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000016994045 Eed:241224   Ind ID:St-T4P9I8Y7F6F9          Ind Name:M Design Village LLC Tm: 3586994045Tc | 2,267.21 |
| 12/26 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 23285169831 Info: Text-  Iid: 20241226021000089P1Bxop116202206002 Recd: 11:20:23 Tm: 0305741361GA | 30,857.00 |
| 12/26 | Book Transfer Credit B/O: Bbby Acquisition CO. LLC Piscataway NJ 08854-3947 US Ref: Vdc-12/17-12/26 Tm: 3569694361Es | 2,072.00 |
| 12/26 | Remote Online Deposit         1 | 507.78 |
| 12/26 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000012241334 Eed:241226   Ind ID:St-B3E0L1S1E6P3          Ind Name:M Design Village LLC Tm: 3612241334Tc | 268.27 |
| 12/27 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 25495172802 Info: Text-  Iid: 20241227021000089P1Bxop116572836310 Recd: 11:57:29 Tm: 0495611362GA | 30,797.00 |
| 12/27 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 41296522124 Info: Text-  Iid: 20241227021000089P1Bxop118240752712 Recd: 13:24:08 Tm: 0573570362GA | 20,326.00 |
| 12/27 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000012139861 Eed:241227   Ind ID:St-S5H7H2R1R3Z9          Ind Name:M Design Village LLC Tm: 3612139861Tc | 104.77 |
| 12/27 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000012139860 Eed:241227   Ind ID:St-L8G8S9U6P8V6          Ind Name:M Design Village LLC Tm: 3612139860Tc | 56.31 |
| 12/30 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 35292952640 Info: Text-  Iid: 20241230021000089P1Bxop118313690810 Recd: 13:31:37 Tm: 0519981365Ge | 51,941.00 |
| 12/30 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 22874174328 Info: Text-  Iid: 20241230021000089P1Bxop117254216711 Recd: 12:25:43 Tm: 0451690365Gb | 13,268.00 |
| 12/30 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000016841615 Eed:241230   Ind ID:St-C9Q5L4J9D7P4          Ind Name:M Design Village LLC Tm: 3656841615Tc | 2,791.46 |
| 12/30 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD     Trace#:091000016841616 Eed:241230   Ind ID:St-N1Z4K9G4E4D3          Ind Name:M Design Village LLC Tm: 3656841616Tc | 1,527.00 |
| 12/31 | Real Time Payment Credit Recd From Aba/Contr Bnk-021000089  From: Bnf-Versant Funding LLC Ref: 50803085084 Info: Text-  Iid: 20241231021000089P1Bxop116305138611 Recd: 11:30:52 Tm: 0498790366GA | 30,296.00 |





November 30, 2024 through December 31, 2024

Primary Account: ████████3810

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/31 | Remote Online Deposit | 1 | 2,492.04 |
| 12/31 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD Trace#:091000017686072 Eed:241231  Ind ID:St-N9S9V4U4E0R5          Ind Name:M Design Village LLC Tm: 3657686072Tc | | 6,072.42 |
| 12/31 | Orig CO Name:Shopify          Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer Sec:CCD Trace#:091000017686073 Eed:241231  Ind ID:St-N4A3A8G0V4K9          Ind Name:M Design Village LLC Tm: 3657686073Tc | | 3,083.29 |
| **Total Deposits and Additions** | | | **$1,542,978.81** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 7258 ^ | | 12/10 | $249.00 |
| 7259 ^ | | 12/17 | 100.00 |
| 7261 * ^ | | 12/09 | 225.00 |
| 7262 ^ | | 12/24 | 595.58 |
| 7263 ^ | | 12/05 | 767.70 |
| 7264 ^ | | 12/06 | 760.00 |
| 7265 ^ | | 12/06 | 760.00 |
| 7266 ^ | | 12/06 | 720.00 |
| 7267 ^ | | 12/11 | 768.03 |
| 7268 ^ | | 12/10 | 75.00 |
| 7269 ^ | | 12/10 | 182.21 |
| 7270 ^ | | 12/16 | 760.00 |
| 7271 ^ | | 12/13 | 760.00 |
| 7272 ^ | | 12/16 | 720.00 |
| 7273 ^ | | 12/24 | 225.00 |
| 7274 ^ | | 12/24 | 75.00 |
| 7275 ^ | | 12/26 | 415.00 |
| 7276 ^ | | 12/23 | 760.00 |
| 7277 ^ | | 12/20 | 760.00 |
| 7278 ^ | | 12/23 | 720.00 |
| 7279 ^ | | 12/27 | 767.70 |
| 7280 ^ | | 12/31 | 792.16 |
| 7282 * ^ | | 12/31 | 347.08 |
| 7286 * ^ | | 12/31 | 1,525.57 |
| 7288 * ^ | | 12/30 | 320.81 |
| 7290 * ^ | | 12/30 | 760.00 |
| 7291 ^ | | 12/27 | 760.00 |
| 7292 ^ | | 12/30 | 720.00 |
| **Total Checks Paid** | | | **$16,390.84** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



**CHASE**

November 30, 2024 through December 31, 2024

Primary Account: ████████8810

# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | ATM Withdrawal    12/20 460 Elizabeth Ave Somerset NJ Card 2395 | $600.00 |
| **Total ATM & Debit Card Withdrawals** | | **$600.00** |

# ATM & DEBIT CARD SUMMARY

Lavina F Dsouza  Card 2395

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $600.00 |
| | Total Card Purchases | $0.00 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $600.00 |
| | Total Card Purchases | $0.00 |
| | Total Card Deposits & Credits | $0.00 |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Orig CO Name:Next Insur (Ap I       Orig ID:1800948598 Desc Date:       CO Entry Descr:Next Insursec:CCD     Trace#:091000013974689 Eed:241202  Ind ID:St-Z0S3G3A8I7K2       Ind Name:M Design Village LLC Tm: 3373974689Tc | $524.88 |
| 12/02 | 12/02 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A NJ New York NY 10036-6710 US Ben: Accurate Transport Carlstadt NJ 07072 US Ref: Inv. W-10640 Ssn: 00552895 Tm: 3666944337Es | 4,165.00 |
| 12/02 | 12/02 Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Han Sun Chen Staten Island NY 10305 US Ref: Demurrage And Wire Fee Imad: 1202Mmqfmp2L038717 Tm: 4018664337Es | 5,612.40 |
| 12/02 | 12/02 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A NJ New York NY 10036-6710 US Ben: Accurate Transport Carlstadt NJ 07072 US Ref: Inv-78 Ssn: 00652937 Tm: 4161474337Es | 546.00 |
| 12/02 | Orig CO Name:Capital One       Orig ID:9279744391 Desc Date:241202 CO Entry Descr:Online Pmtsec:CCD     Trace#:021000028887232 Eed:241202  Ind ID:3Yo5Ouk4Foishjc  Ind Name:Simrat M Hussain  Tm: 3378887232Tc | 4,000.00 |
| 12/03 | Orig CO Name:Lease Direct       Orig ID:2233010982 Desc Date:241202 CO Entry Descr:Web Pay  Sec:CCD    Trace#:043000094430101 Eed:241203  Ind ID:83231983  Ind Name:M Design Village LLC  8007360220 Tm: 3384430101Tc | 355.22 |
| 12/03 | Orig CO Name:Upsbillctr       Orig ID:5193070436 Desc Date:241202 CO Entry Descr:Payment  Sec:CCD    Trace#:091000014430643 Eed:241203  Ind ID:0000Y64980  Ind Name:M Design Village       Log IN To The UPS Billing Center Fo R Payment Details. Tm: 3384430103Tc | 34.23 |
| 12/03 | 12/03 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam 10000-0 Vn Ref: Detail To Follow Invoice Payment Tm: 3756074338Es | 132,407.78 |
| 12/04 | 12/04 Same-Day ACH Payment 11153993594 To Tomar (_######2121) | 3,518.01 |
| 12/04 | 12/04 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A NJ New York NY 10036-6710 US Ben: Accurate Transport Carlstadt NJ 07072 US Ref: Inv W 10181 Ssn: 00477733 Tm: 3444794339Es | 600.10 |
| 12/04 | 12/04 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Versant Funding LLC Boca Raton FL 33431 US Ref: Bbb Payment/Time/14:22 Imad: 1204Mmqfmp2N027304 Tm: 3570304339Es | 3,317.49 |
| 12/04 | 12/04 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A NJ New York NY 10036-6710 US Ben: Accurate Transport Carlstadt NJ 07072 US Ref: Inv 47 Ssn: 00512279 Tm: 3571434339Es | 1,785.00 |



November 30, 2024 through December 31, 2024

Primary Account: ████████8810

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | 12/05 Online ACH Payment 11154181308 To Kre701Cottontaillane (_########3521) | 74,375.24 |
| 12/05 | 12/05 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam 10000-0 Vn Ref: Detail To Follow Invoice Payment Trn: 3329934340Es | 50,000.00 |
| 12/05 | 12/05 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: Quotes 38422031, 38422110, 38420426/Time/12:29 Imad: 1205Mmqfmp2N023618 Trn: 3441244340Es | 1,648.03 |
| 12/05 | 12/05 Online ACH Payment 11154220209 To Adamsinger (_########9342) | 1,616.88 |
| 12/05 | 12/05 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: One Circle Logistics Torrence CA 90503 US Ref: Detail To Follow/Time/13:37 Imad: 1205Mmqfmp2N026460 Trn: 3504884340Es | 11,215.31 |
| 12/05 | 12/05 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. NJ New York NY 10036-6710 US Ben: Accurate Transport Carlstadt NJ 07072 US Ref: Replacement Wire Inv W 10181 Ssn: 00522695 Trn: 3534344340Es | 600.10 |
| 12/06 | Orig CO Name:First Insurance    Orig ID:2363437365 Desc Date:    CO Entry Descr:Insurance Sec:CCD   Trace#:071925335129954 Eed:241206   Ind ID:900-101498244 Ind Name:Ndip M Design Village                    Pbs ACH Debit Trn: 3415129954Tc | 20,849.87 |
| 12/06 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000015129956 Eed:241206   Ind ID:St-X7X9S5Q4M1C8    Ind Name:M Design Village LLC Trn: 3415129956Tc | 629.99 |
| 12/06 | 12/06 Online ACH Payment 11154383160 To Edeagennewchase (_####2018) | 3,943.70 |
| 12/09 | Orig CO Name:Upsbillctr    Orig ID:5193070436 Desc Date:241206 CO Entry Descr:Payment  Sec:CCD   Trace#:091000011927678 Eed:241209   Ind ID:0000Y64980 Ind Name:M Design Village    Log IN To The UPS Billing Center Fo R Payment Details. Trn: 3441927678Tc | 58.48 |
| 12/09 | Orig CO Name:Shopify    Orig ID:1800948598 Desc Date:    CO Entry Descr:Transfer Sec:CCD   Trace#:091000014086756 Eed:241209   Ind ID:St-P3M6A1Q7C4L5    Ind Name:M Design Village LLC Trn: 3444086756Tc | 501.60 |
| 12/09 | Orig CO Name:Smceau-Weather V    Orig ID:4270465600 Desc Date:    CO Entry Descr:Acctverifysec:CCD   Trace#:111000024086758 Eed:241209   Ind ID:St-Q4R5H3Q7G2P5    Ind Name:M Design Village Trn: 3444086758Tc | 0.01 |
| 12/09 | 12/09 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. NJ New York NY 10036-6710 US Ben: Accurate Transport Carlstadt NJ 07072 US Ref: Inv W-9403 And Mds3 Ssn: 00580845 Trn: 3736604344Es | 1,566.40 |
| 12/09 | 12/09 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:218240824321 Qingdao Hongyang Wooden CO Ltd Ref: Detail To Follow Tel:8615806537263/Invoice Payment Trn: 3840204344Es | 259,752.00 |
| 12/10 | 12/10 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Versant Funding LLC Boca Raton FL 33431 US Ref: Bbb Prepayment/Time/12:20 Imad: 1210Mmqfmp2L021722 Trn: 3359914345Es | 6,999.30 |
| 12/10 | 12/10 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. NJ New York NY 10036-6710 US Ben: Worldwide Logistics of NJ LLC Carlstadt NJ 07072 US Ref: Resent Wire - See Detail From 12-9-24 Ssn: 00466669 Trn: 3369054345Es | 1,566.40 |
| 12/10 | 12/10 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A. NJ New York NY 10036-6710 US Ben: Worldwide Logistics of NJ LLC Carlstadt NJ 07072 US Ref: Prepayment Ssn: 00520829 Trn: 3594464345Es | 2,000.00 |
| 12/11 | Orig CO Name:Olympic Payroll    Orig ID:1222394782 Desc Date:241208 CO Entry Descr:Dd-M Desigsec:CCD   Trace#:026014381459249 Eed:241211   Ind ID:472821514-D33 Ind Name:M Design Village LLC Dd-Payroll Trn: 3461459249Tc | 39,396.61 |
| 12/12 | 12/12 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: Inv 2717155, 2717146, 2717161/Time/14:56 Imad: 1212Mmqfmp2K029612 Trn: 3538554347Es | 747.10 |



November 30, 2024 through December 31, 2024

Primary Account: ███████████810



# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | Orig CO Name:Olympic Payroll    Orig ID:1222394782 Desc Date:241211 CO Entry Descr:P/R Taxes Sec:PPD    Trace#:026014380786782 Eed:241212    Ind ID:472821514-D33 Ind Name:M Design Village LLC Payroll Taxes Trn: 3470786782Tc | 10,966.33 |
| 12/12 | Orig CO Name: American Funds    Orig ID:1954797716 Desc Date:241211 CO Entry Descr:Investmentsec:CCD    Trace#:091000010786784 Eed:241212    Ind ID:Irk135292241211 Ind Name:M Design Village 000002000 Trn: 3470786784Tc | 4,219.72 |
| 12/12 | 12/12 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/218240824321 Qingdao Hongyang Wooden CO Ltd Ref: Detail To Follow Tel8615806537263/Invoice Payment Trn: 3674064347Es | 50,787.00 |
| 12/13 | 12/13 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: Quotes 3870443, 38702463,38702464,38702511,38702538/Time/12:35 Imad: 1213Mmqfmp2M024239 Trn: 3548754348Es | 938.30 |
| 12/13 | 12/13 Online International Wire Transfer A/C: Mega International Commercial Bank Taipei Taiwan Tw Ben:/04058000381 Best Furniture Intl CO Ltd Ref: Detail To Follow Invoice Payment/Tel087382820 Trn: 3834274348Es | 31,350.00 |
| 12/13 | 12/13 Online International Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Corpohong Kong Hong Kong Hk Ben: Bureau Veritas Hong Kong Limited Kowloon Hk Ref: Detail To Follow Invoice Payment Ssn: 00644737 Trn: 3833884348Es | 1,050.00 |
| 12/13 | 12/13 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: One Circle Logistics Torrence CA 90503 US Ref: Detail To Follow/Time/16:26 Imad: 1213Mmqfmp2K035876 Trn: 3844374348Es | 5,767.55 |
| 12/13 | 12/13 Online International Wire Transfer A/C: Vietnam Technological And Commerciahanoi Viet Nam 0000 - Vn Ref: Detail To Follow Invoice Payment Trn: 3848644348Es | 3,900.00 |
| 12/13 | 12/13 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/218240824321 Qingdao Hongyang Wooden CO Ltd Ref: Detail To Follow Tel8615806537263/Invoice Payment Trn: 3862294348Es | 20,757.30 |
| 12/13 | 12/13 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam 10000-0 Vn Ref: Detail To Follow Invoice Payment Trn: 3875524348Es | 50,000.00 |
| 12/13 | Orig CO Name:Capital One    Orig ID:9279744391 Desc Date:241213 CO Entry Descr:Online Pmtsec:CCD    Trace#:021000025147582 Eed:241213    Ind ID:3Yqhn9Annh03Xs8    Ind Name:Simrat M Hussain Trn: 3485147582Tc | 1,000.00 |
| 12/16 | Orig CO Name:Sba Loan    Orig ID:7300000104 Desc Date:241213 CO Entry Descr:Payment Sec:CCD    Trace#:041036049598732 Eed:241216    Ind ID:0000    Ind Name:M Design Village LLC    ACH Transaction Trn: 3519598732Tc | 2,515.00 |
| 12/16 | Orig CO Name:Federal Express    Orig ID:1710427007 Desc Date:241214 CO Entry Descr:Debit    Sec:Web    Trace#:021000029598739 Eed:241216    Ind ID:Epa31884285 Ind Name:M Design Village Trn: 3519598739Tc | 1,931.01 |
| 12/16 | Orig CO Name:Olympic Payroll    Orig ID:1222394782 Desc Date:241213 CO Entry Descr:P/R Fee Sec:PPD    Trace#:026014389598734 Eed:241216    Ind ID:472821514-D33 Ind Name:M Design Village LLC Payroll Fee Trn: 3519598734Tc | 172.24 |
| 12/16 | Orig CO Name:Upsbillctr    Orig ID:5193070436 Desc Date:241213 CO Entry Descr:Payment Sec:CCD    Trace#:091000019598736 Eed:241216    Ind ID:0000Y64980 Ind Name:M Design Village    Log In To The UPS Billing Center Fo R Payment Details. Trn: 3519598736Tc | 32.90 |
| 12/17 | Orig CO Name:Lease Direct    Orig ID:2233010982 Desc Date:241216 CO Entry Descr:Web Pay Sec:CCD    Trace#:043000099544090 Eed:241217    Ind ID:83263230 Ind Name:M Design Village LLC 8007360220 Trn: 3519544090Tc | 210.99 |
| 12/17 | 12/17 Online Domestic Wire Transfer Via: Hsbc USA/021001088 A/C: Mainfreight Inc Carson CA 90746 US Ref: Number 1 of 3 Imad: 1217Mmqfmp2K012932 Trn: 3246104352Es | 39,425.00 |



November 30, 2024 through December 31, 2024

Primary Account: ████████8810

# ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | 12/17 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: Quotes 38780151, 38780200, 38780201/Time/12:40 Imad: 1217Mmqfmp2N022199 Trn: 3432354352Es | 552.12 |
| 12/17 | 12/17 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Versant Funding LLC Boca Raton FL 33431 US Ref: Bbb Prepayment/Time/16:20 Imad: 1217Mmqfmp2K031227 Trn: 3686534352Es | 2,762.00 |
| 12/18 | 12/18 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: Quotes 38814189 & 38814328/Time/13:00 Imad: 1218Mmqfmp2M025670 Trn: 3445634353Es | 880.15 |
| 12/19 | 12/19 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: November 2024 Invoice Payment Trn: 3252884354Es | 1,651.14 |
| 12/19 | Orig CO Name:Weather Vane Dig       Orig ID:4270465600 Desc Date:       CO Entry Descr:Weather Vasec:CCD   Trace#:111000023218014 Eed:241219  Ind ID:St-F5K8Y8Y2V4J1       Ind Name:M Design Village Trn: 3543218014Tc | 1,998.00 |
| 12/19 | Orig CO Name:Estes Express Li       Orig ID:4540492941 Desc Date:121824 CO Entry Descr:Bt1218   Sec:CCD   Trace#:091000013218016 Eed:241219  Ind ID:000000303497575 Ind Name:M Design Village                                                  Estes Trn: 3543218016Tc | 695.29 |
| 12/19 | 12/19 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam 10000-0 Vn Ref: Detail To Follow Invoice Payment Trn: 3290694354Es | 200,000.00 |
| 12/19 | 12/19 Payment To Chase Card Ending IN 3062 | 500.00 |
| 12/20 | 12/20 Online ACH Payment 11156096379 To Sfvtruckingco (_######9142) | 4,270.00 |
| 12/20 | 12/20 Online ACH Payment 11156092465 To Edeagennewchase (_#####2018) | 4,190.04 |
| 12/20 | Orig CO Name:Federal Express       Orig ID:1710427007 Desc Date:241220 CO Entry Descr:Debit   Sec:Web   Trace#:021000027462431 Eed:241220  Ind ID:Epa42585766 Ind Name:M Design Village Trn: 3557462431Tc | 2,670.83 |
| 12/23 | Orig CO Name:Shopify       Orig ID:4270465600 Desc Date:       CO Entry Descr:Transfer Sec:CCD   Trace#:111000029793737 Eed:241223  Ind ID:St-O6P2K7P3B8G2       Ind Name:M Design Village LLC Trn: 3589793737Tc | 896.14 |
| 12/23 | Orig CO Name:Next Insur (Ap I       Orig ID:1800948598 Desc Date:       CO Entry Descr:Next Insursec:CCD   Trace#:091000019793728 Eed:241223  Ind ID:St-I3G6D2P5H4H0 Ind Name:M Design Village LLC Trn: 3589793728Tc | 564.80 |
| 12/23 | Orig CO Name:Verizon Wireless       Orig ID:7223344794 Desc Date:241223 CO Entry Descr:Payments Sec:PPD   Trace#:021000029793735 Eed:241223  Ind ID:028612501400001       Ind Name:000000028612501400001 Trn: 3589793735Tc | 152.56 |
| 12/23 | Orig CO Name:Verizon Wireless       Orig ID:1223344794 Desc Date:241223 CO Entry Descr:Payments Sec:PPD   Trace#:021000029793733 Eed:241223  Ind ID:052472760700002       Ind Name:000000052472760700002 Trn: 3589793733Tc | 145.37 |
| 12/23 | Orig CO Name:Upsbillctr       Orig ID:5193070436 Desc Date:241220 CO Entry Descr:Payment  Sec:CCD   Trace#:091000019793730 Eed:241223  Ind ID:0000Y64980 Ind Name:M Design Village       Log IN To The UPS Billing Center Fo R Payment Details. Trn: 3589793730Tc | 32.90 |
| 12/23 | 12/23 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/218240824321 Qingdao Hongyang Wooden Co Ltd Ref: Detail To Follow Tel:8615806537263/Invoice Payment Trn: 3886434358Es | 164,609.50 |
| 12/24 | 12/24 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: Quotes 38962934, 38963042 & 38963043/Time/09:19 Imad: 1224Mmqfmp2K012762 Trn: 3238814359Es | 1,096.39 |
| 12/24 | Orig CO Name:Olympic Payroll       Orig ID:1222394782 Desc Date:241222 CO Entry Descr:Dd-M Desigsec:CCD   Trace#:026014382327104 Eed:241224  Ind ID:472821514-D33 Ind Name:M Design Village LLC Dd-Payroll Trn: 3592327104Tc | 38,498.07 |
| 12/24 | Orig CO Name:Aceitsolutionsll       Orig ID:3383693141 Desc Date:241223 CO Entry Descr:Webpaymentsec:Web   Trace#:091000012327106 Eed:241224  Ind ID: Ind Name:M Design Village 646-558-5575 Trn: 3592327106Tc | 948.75 |



November 30, 2024 through December 31, 2024

Primary Account: ███████810



# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/24 | Orig CO Name:Lease Services      Orig ID:B510269559 Desc Date:241223 CO Entry Descr:Web Pay  Sec:CCD  Trace#:022000042327108 Eed:241224  Ind ID:Leasesvcs Ind Name:M Design Village, LLC 8008195556 Tm: 3592327108Tc | 421.23 |
| 12/24 | Orig CO Name:United Healthcar      Orig ID:1411289245 Desc Date:      CO Entry Descr:EDI Paymtssec:CTX      Trace#:043000260818867 Eed:241224   Ind ID:166220144141 Ind Name:0007M Design Village Tm: 3590818867Tc | 15,796.73 |
| 12/26 | Orig CO Name:Olympic Payroll      Orig ID:1222394782 Desc Date:241224 CO Entry Descr:P/R Taxes Sec:PPD   Trace#:026014386623234 Eed:241226   Ind ID:472821514-D33 Ind Name:M Design Village LLC Payroll Taxes Tm: 3616623234Tc | 10,251.02 |
| 12/26 | Orig CO Name: American Funds      Orig ID:1954797716 Desc Date:241224 CO Entry Descr:Investmentsec:CCD   Trace#:091000016623236 Eed:241226   Ind ID:Irk135292241224 Ind Name:M Design Village 000002000 Tm: 3616623236Tc | 3,973.52 |
| 12/26 | Orig CO Name:Shopify      Orig ID:4270465600 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:111000026623238 Eed:241226   Ind ID:St-X9F6W0F3C4B5      Ind Name:M Design Village LLC Tm: 3616623238Tc | 628.60 |
| 12/26 | 12/26 Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Versant Funding LLC Boca Raton FL 33431 US Ref: Bbb Prepayment/Time:15:52 Imad: 1226Mmqfmp2K028324 Tm: 3592584361Es | 2,072.00 |
| 12/27 | 12/27 Online ACH Payment 11156712743 To Spscommerceinc (_######2273) | 9,175.69 |
| 12/27 | 12/27 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America N.A NJ New York NY 10036-6710 US Ben: Worldwide Logistics of NJ LLC Carlstadt NJ 07072 US Ref: On Account Ssn: 00522298 Tm: 3369454362Es | 2,000.00 |
| 12/27 | 12/27 Online International Wire Transfer A/C: Bank of Ningbo CO Ltd Ningbo City China 31510-0 Cn Ref: Balance MD001 Invoice Payment Tm: 3493164362Es | 67,990.00 |
| 12/27 | Orig CO Name:Federal Express      Orig ID:1710427007 Desc Date:241227 CO Entry Descr:Debit  Sec:Web   Trace#:021000027007451 Eed:241227   Ind ID:Epa32276150 Ind Name:M Design Village Tm: 3627007451Tc | 1,756.67 |
| 12/27 | Orig CO Name:Capital One      Orig ID:9279744391 Desc Date:241227 CO Entry Descr:Online Pmtsec:CCD   Trace#:021000022003341 Eed:241227  Ind ID:3Ytfu9N4Mm2Hzuw      Ind Name:Simrat M Hussain Tm: 3622003341Tc | 3,000.00 |
| 12/30 | Orig CO Name:Shoppayinst Afrm      Orig ID:9729198000 Desc Date:241230 CO Entry Descr:Payments Sec:CCD   Trace#:021000021243750 Eed:241230  Ind ID:8Xj6th87AK8Ukdn      Ind Name:Oxford Baby & Kids Tm: 3621243750Tc | 42.00 |
| 12/30 | Orig CO Name:Upsbillctr      Orig ID:5193070436 Desc Date:241227 CO Entry Descr:Payment  Sec:CCD   Trace#:091000018949779 Eed:241230  Ind ID:0000Y64980 Ind Name:M Design Village      Log IN To The UPS Billing Center Fo R Payment Details. Tm: 3658949779Tc | 32.90 |
| 12/30 | 12/30 Online International Wire Transfer Via: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/218240824321 Qingdao Hongyang Wooden CO Ltd Ref: Detail To Follow Tel:861580653726263/Invoice Payment Tm: 3768264365Es | 38,976.00 |
| 12/30 | 12/30 Online Domestic Wire Transfer Via: Hsbc USA/021001088 A/C: Mainfreight Inc Carson CA 90746 US Ref: 2 of 3 Imad: 1230Mmqfmp2N033532 Tm: 3768974365Es | 39,425.00 |
| 12/30 | 12/30 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: One Circle Logistics Torrence CA 90503 US Ref: Ref Bhcmdn24120874/Time:14:20 Imad: 1230Mmqfmp2K033617 Tm: 3794954365Es | 615.00 |
| 12/30 | 12/30 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Freight And Logistics Inc Pico Rivera CA 90660 US Ref: 2736229, 2736233, 2736236/Time:15:23 Imad: 1230Mmqfmp2N037719 Tm: 3868674365Es | 1,584.14 |
| 12/31 | Orig CO Name:Aceitsolutionsll      Orig ID:3383693141 Desc Date:241230 CO Entry Descr:Webpaymentsec:Web   Trace#:091000014303578 Eed:241231  Ind ID: Ind Name:M Design Village 646-558-5575 Tm: 3664303578Tc | 2,424.35 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Tm: 3769244366Es | 1,515.00 |



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Trn: 3775334366Es | 3,065.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Trn: 3777194366Es | 1,015.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Trn: 3784424366Es | 965.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Trn: 3789734366Es | 815.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Hdfc Bank Ltd Kanjur Marg East Mumbai India IN Ref: December 2024 P1019/IN Trn: 3792864366Es | 1,300.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Trn: 3792784366Es | 1,515.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Icici Bank Limited Mumbai India 40005-1 IN Ben:/20281951692 Amrutha Lakshmi Ref: December 2024 Tel9164558869/P1019/IN Trn: 3794564366Es | 1,966.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Agricultural Bank of China Limited Beijing China 10003-7 Cn Ben:/6228480248386737576 Wang Guosheng Ref: December 2024 & Expenses Tel861866672847/Invoice Payment Trn: 3795234366Es | 2,636.00 |
| 12/31 | 12/31 Online International Wire Transfer A/C: Joint Stock Commercial Bank For Hanoi Vietnam Vn Ref: December 2024 Invoice Payment Trn: 3798034366Es | 1,615.00 |
| **Total Electronic Withdrawals** | | **$1,503,042.37** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 12/04 | Service Charges For The Month of November | $1,788.30 |
| **Total Fees** | | **$1,788.30** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|------|-------:|
| 12/02 | $76,268.70 | 12/11 | 19,811.49 | 12/20 | 60,030.53 |
| 12/03 | 15,212.84 | 12/12 | 49,265.57 | 12/23 | 55,585.41 |
| 12/04 | 149,258.69 | 12/13 | 54,291.33 | 12/24 | 42,850.43 |
| 12/05 | 80,256.62 | 12/16 | 67,304.45 | 12/26 | 59,215.34 |
| 12/06 | 86,590.07 | 12/17 | 104,674.96 | 12/27 | 25,049.36 |
| 12/09 | 25,120.60 | 12/18 | 220,468.80 | 12/30 | 12,100.97 |
| 12/10 | 44,088.88 | 12/19 | 45,895.04 | 12/31 | 32,548.56 |

## SERVICE CHARGE SUMMARY

| | |
|------|-------:|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $1,511.16 |
| **Total Service Charges** | **$1,606.16** Will be assessed on 1/6/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.



# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 15 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 93 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 119 | 500 | 0 | $0.40 | $0.00 |
| Branch Deposit - Immediate Verification | $491 | $25,000 | $0 | $0.0025 | $0.00 |
| **Branch Deposit - Immediate Verification** | | | | | |
| Rtp/Same Day-Low Value | 2,616 | 0 | 2,616 | $0.01 | $26.16 |
| Rtp/Same Day-High Value | 1 | 0 | 1 | $25.00 | $25.00 |
| **Other Service Charges:** | | | | | |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 24 | 4 | 20 | $40.00 | $800.00 |
| Online Domestic Wire Fee | 26 | 0 | 26 | $25.00 | $650.00 |
| **Cash Management Services** | | | | | |
| Standard ACH Pmnts Initial Fee | 4 | 0 | 4 | $2.50 | $10.00 |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| ACH Debit Block - Authorized ID | 10 | 0 | 10 | $0.00 | $0.00 |
| Online - Check Monitoring | 1 | 0 | 1 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 1/6/25)** | | | | | **$1,606.16** |

**ACCOUNT ████████8810**

| | |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 15 |
| Electronic Credits | 93 |
| **Credits** | |
| Non-Electronic Transactions | 119 |
| Branch Deposit - Immediate Verification | $491 |
| **Branch Deposit - Immediate Verification** | |
| Rtp/Same Day-Low Value | 2,616 |
| Rtp/Same Day-High Value | 1 |
| **Other Service Charges:** | |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 24 |
| Online Domestic Wire Fee | 26 |
| **Cash Management Services** | |
| Standard ACH Pmnts Initial Fee | 4 |
| Debit Block Maintenance | 1 |
| ACH Debit Block - Authorized ID | 10 |
| Online - Check Monitoring | 1 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



**CHASE**

November 30, 2024 through December 31, 2024

Primary Account: 8810

This Page Intentionally Left Blank



November 30, 2024 through December 31, 2024

Primary Account: ████████ 8810

## STOP PAYMENT RENEWAL NOTICE



| ACCOUNT NUMBER | BANK NUMBER |
|---|---|
| ████████ 8810 | 802 |

The following Stop Payments will automatically renew for a 1-year period.  You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000007-01 | 03/04/20 | 03/04/25 | 3657 | $308.00 |
| ☐ | 0000017-01 | 03/28/22 | 03/28/25 | 5227 | $309.21 |
| ☐ | 0000020-01 | 03/15/23 | 03/15/25 | 5957 | $13,918.87 |

M Design Village, LLC
701 Cottontail Ln
Somerset NJ 08873-1234

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus  OH 43218-2051

**CHASE ◯**

This Page Intentionally Left Blank



![CHASE logo]

November 30, 2024 through December 31, 2024
Primary Account: ████████8810

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

M DESIGN VILLAGE, LLC                    Account Number: ██████9295

### SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$551.31** |
| Deposits and Additions | 1 | 0.01 |
| **Ending Balance** | **1** | **$551.32** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.12 |

The monthly service fee for this account was waived as an added feature of a linked Chase Platinum Business Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$551.31** |
| 12/31 | Interest Payment | **0.01** | 551.32 |
|  | **Ending Balance** |  | **$551.32** |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase Platinum Business Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE

This Page Intentionally Left Blank

**M DESIGN VILLAGE**
**BANK RECONCILIATION #** ▉8810
**FOR THE PERIOD ENDING NOVEMBER 17, 2024**

| | | | | **Amount** |
|---|---|---|---|---|
| **BALANCE PER G\L** | | | | 69,447.31 |

ADD OUTSTANDING CHECKS:

| Date | Cleared | # | | |
|---|---|---|---|---|
| 10/4/24 | | 7189 | 359.99 | |
| 10/11/24 | 11/20/24 | 7213 | 1,465.00 | |
| | | | | |
| 11/8/24 | 11/18/24 | 7248 | 249.99 | |
| 11/13/24 | 11/18/24 | PR Fees EFT | 256.23 | |
| 11/13/24 | 11/25/24 | W\C EFT | 564.49 | |
| 11/14/24 | 11/18/24 | EFT | 284.51 | |
| 11/15/24 | 11/18/24 | 7250 | 720.00 | |
| 11/15/24 | 11/21/24 | 7251 | 145.30 | |
| 11/15/24 | 11/18/24 | Ins. EFT | 21,162.39 | |
| 11/15/24 | 11/18/24 | 401k EFT | 125.00 | |
| 11/15/24 | 11/18/24 | Ins. EFT | 914.67 | |
| | | | | 26,247.57 |

**BALANCE PER BANK STATEMENT**        **95,694.88**

**M DESIGN VILLAGE**
**BANK RECONCILIATION ████████ 8810**
**FOR THE PERIOD ENDING NOVEMBER 30, 2024**

|  |  |  |  | **Amount** |
|---|---|---|---|---|
| **BALANCE PER G\L** |  |  |  | 9,187.81 |

ADD OUTSTANDING CHECKS:

| Date | Cleared | # |  |  |
|---|---|---|---|---|
| 10/4/24 |  | 7189 | 359.99 |  |
| 11/27/24 | 12/2/24 | W\C EFT | 524.88 |  |
| 11/29/24 |  | 7258 | 249.00 |  |
| 11/29/24 |  | 7259 | 100.00 |  |
| 11/29/24 |  | 7260 | 149.00 |  |
| 11/29/24 |  | 7261 | 595.58 |  |
| 11/29/24 |  | 7262 | 225.00 |  |
|  |  |  |  | 2,203.45 |

| **BALANCE PER BANK STATEMENT** |  |  |  | **11,391.26** |
|---|---|---|---|---|

1/10/2025

M DESIGN VILLAGE
BANK RECONCILIATION # ███ 8810
FOR THE PERIOD ENDING DECEMBER 31, 2024

| | | | | Amount |
|---|---|---|---|---|
| **BALANCE PER G\L** | | | | 27,476.84 |

ADD OUTSTANDING CHECKS:

| Date | Cleared | # | | |
|---|---|---|---|---|
| 10/4/24 | | 7189 | 359.99 | |
| 11/29/24 | | 7260 | 149.00 | |
| | | | | |
| 12/24/24 | 1/6/25 | W\C EFT | 558.74 | |
| 12/27/24 | 1/2/25 | 7281 | 1,137.82 | |
| 12/27/24 | 1/3/25 | 7284 | 1,000.00 | |
| 12/27/24 | 1/7/25 | 7285 | 1,226.19 | |
| 12/27/24 | 1/2/25 | 7287 | 420.00 | |
| 12/27/24 | 1/2/25 | 7289 | 219.98 | |
| | | | | 5,071.72 |

**BALANCE PER BANK STATEMENT**                    **32,548.56**

1/10/2025

M DESIGN VILLAGE
BANK RECONCILIATION #████9295
FOR THE PERIOD ENDING NOVEMBER 17, 2024

|                                              | Amount |
|----------------------------------------------|--------|
| **BALANCE PER G\L - 10/31/24**               | 551.30 |
| Interest Earned - 11/1/24-11/17/24           | -      |
|                                              | -      |
| **BALANCE PER G\L & BANK STATEMENT - 11/17/24** | **551.30** |

**M DESIGN VILLAGE**
**BANK RECONCILIATION #** ████ **9295**
**FOR THE PERIOD ENDING NOVEMBER 30, 2024**

|                                              | Amount  |
| -------------------------------------------- | ------- |
|                                              | **Amount** |
| **BALANCE PER G\L - 11/17/24**               | 551.30  |
| Interest Earned - 11/18/24-11/30/24          | 0.01    |
|                                              | -       |
| **BALANCE PER G\L & BANK STATEMENT - 11/30/24** | **551.31** |

# M DESIGN VILLAGE
## BANK RECONCILIATION # ▇▇▇▇9295
## FOR THE PERIOD ENDING DECEMBER 31, 2024

|  | Amount |
|---|---|
| **BALANCE PER G\L - 11/30/24** | 551.31 |
| Interest Earned - 12/24 | 0.01 |
|  | - |
| **BALANCE PER G\L & BANK STATEMENT - 12/31/24** | **551.32** |

# M DESIGN VILLAGE
# PETTY CASH RECONCILIATION
# FOR THE PERIOD ENDING NOVEMBER 17, 2024

|  | Amount |
|---|---|
| **BALANCE PER G\L - 10/31/24** | 300.00 |
| Activity - 11/1/24-11/17/24 | - |
|  | - |
| **BALANCE PER G\L & BANK STATEMENT - 11/17/24** | **300.00** |

# M DESIGN VILLAGE
# PETTY CASH RECONCILIATION
# FOR THE PERIOD ENDING NOVEMBER 30, 2024

|  | Amount |
|---|---|
| BALANCE PER G\L - 11/17/24 | 300.00 |
| Activity - 11/18/24-11/30/24 | - |
|  | - |
| BALANCE PER G\L & BANK STATEMENT - 11/30/24 | 300.00 |

# M DESIGN VILLAGE
## PETTY CASH RECONCILIATION
## FOR THE PERIOD ENDING DECEMBER 31, 2024

|  | Amount |
|---|---|
| BALANCE PER G\L - 11/30/24 | 300.00 |
| Activity - 12/24 | - |
|  | - |
| BALANCE PER G\L & BANK STATEMENT - 12/31/24 | 300.00 |

**M Design Village**
**Description of Assests Sold or Transferred**
**11/18/24 - 12/31/24**

**Description**                    **Amount**

NONE

# EXHIBIT "C"

**M Design Village LLC**
**Annual Cash Flow Projection**
**February 2025 Through December 2029**

| | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|
| **Gross Sales** | 23,713,253 | 28,234,526 | 29,534,526 | 30,184,526 | 31,630,126 |
| | | | | | |
| **CASH FLOW** | | | | | |
| | | | | | |
| ***Cash Receipts*** | | | | | |
| Import Sales | 18,342,874 | 21,956,363 | 22,718,626 | 23,940,400 | 24,699,111 |
| Ecommerce Sales | 720,000 | 780,000 | 1,020,000 | 1,060,000 | 1,040,000 |
| Factor Collections Rebate | 1,043,493 | 1,313,545 | 1,330,316 | 1,415,449 | 1,459,305 |
| ***Total Collections*** | 20,106,367 | 24,049,908 | 25,068,942 | 26,415,849 | 27,198,416 |
| | | | | | |
| ***Operating Disbursements*** | | | | | |
| Factory Payments | 11,265,340 | 14,317,263 | 14,815,400 | 15,342,000 | 16,214,600 |
| Ocean Freight Forwarding & Duty | 3,111,440 | 3,120,000 | 3,470,000 | 3,550,000 | 3,580,000 |
| Local Freight | 480,000 | 572,000 | 714,000 | 742,000 | 728,000 |
| Payroll & Benefits | 1,835,326 | 2,244,900 | 2,274,500 | 2,573,550 | 2,597,400 |
| Rent | 1,142,427 | 862,660 | 882,750 | 1,072,603 | 929,225 |
| IT / Systems | 55,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| Equipment Lease | 4,632 | 5,055 | 4,634 | 421 | - |
| Insurance - Commercial | 252,050 | 264,500 | 253,400 | 315,200 | 331,700 |
| Insurance - Health | 167,200 | 200,520 | 219,960 | 241,920 | 266,400 |
| SBA EIDL Repayment | 27,665 | 30,180 | 30,180 | 30,180 | 30,180 |
| Utilities | 99,000 | 108,000 | 108,000 | 108,000 | 108,000 |
| All Other Operating | 908,500 | 1,019,000 | 1,099,500 | 1,252,000 | 1,226,500 |
| ***Total Operating Disbursements*** | 19,348,580 | 22,804,078 | 23,932,324 | 25,287,874 | 26,072,005 |
| | | | | | |
| **Operating Cash Flow** | 757,787 | 1,245,830 | 1,136,618 | 1,127,975 | 1,126,411 |
| | | | | | |
| ***Non-Operating Disbursements*** | | | | | |
| Professional Fees/US Trustee | 88,000 | - | - | - | - |
| Settlements | 240,000 | 320,000 | 320,000 | 320,000 | 325,500 |
| Interest | 528,000 | 792,000 | 792,000 | 792,000 | 792,000 |
| ***Total Non-Operating Disbursements*** | 856,000 | 1,112,000 | 1,112,000 | 1,112,000 | 1,117,500 |
| | | | | | |
| **Net Cash Flow** | (98,213) | 133,830 | 24,618 | 15,975 | 8,911 |
| | | | | | |
| **Beginning Cash** | 129,695 | 31,482 | 165,312 | 189,931 | 205,905 |
| + Collections | 20,106,367 | 24,049,908 | 25,068,942 | 26,415,849 | 27,198,416 |
| - Disbursements | 20,204,580 | 23,916,078 | 25,044,324 | 26,399,874 | 27,189,505 |
| **Ending Cash** | 31,482 | 165,312 | 189,931 | 205,905 | 214,816 |

1/29/2025